**A.Y. STRAUSS, LLC**
Kelly M. Purcaro
101 Eisenhower Square, Suite 412
Roseland, New Jersey 07068
Tel.: (973) 287-5008
Fax: (973) 226-4104
kpurcaro@aystrauss.com

**GLANCY PRONGAY & MURRAY LLP**
Marc L. Godino
*(admitted pro hac vice)*
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel.: (310) 201-9150
Fax: (310) 201-9160
mgodino@glancylaw.com
lglancy@glancylaw.com

*Counsel for Plaintiff and the Class*
*[Additional Counsel appear on signature page]*

## UNITED STATES DISTRICT COURT
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAOUD SHAAYA, MARK FREIBURGHOUSE, and ZACH PATTERSON individually and on behalf of a class of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>JAGUAR LAND ROVER NORTH AMERICA LLC,<br><br>     Defendant. | Case No.: 2:20-cv-05679-CCC-MF<br><br>Civil Action<br><br>**SECOND AMENDED CLASS ACTION COMPLAINT & DEMAND FOR JURY TRIAL** |

Plaintiffs Daoud Shaaya, Mark Freiburghouse, and Zach Patterson ("Plaintiffs"), on behalf of themselves and all others similarly situated, allege the following against Defendant Jaguar Land Rover North America LLC ("Defendant" or "Jaguar Land Rover").

## I.    INTRODUCTION

1.      In order to meet stringent emissions requirements, beginning in 2009 Defendant equipped all its diesel vehicles with an exhaust filter known as a Diesel Particulate Filter ("DPF").  Vehicles equipped with a DPF allegedly have more efficient emissions because DPFs efficiently capture and store soot particles from exhaust gases, helping to lower tailpipe emissions.  These soot particles must be burnt to keep the filter clean, through a combustion process known as regeneration. On information and belief, without the DPF, Defendant's diesel vehicles would not meet California and federal emission standards.

2.      For regeneration to occur, a vehicle must be driven on a regular basis at highway speeds for prolonged periods of time.  Consequently, the DPF in Defendant's diesel vehicles is prone to becoming clogged under many normal operating conditions including, but not limited to, frequent stop-and-go traffic.  To make matters worse, Defendant's DPF warning light system often activates only after it is too late for regeneration to occur, necessitating costly replacement of the DPF.  These issues are collectively referred to herein as the "DPF Defect."

3.      The DPF Defect poses an extreme and unreasonable safety hazard to drivers, passengers, and pedestrians alike.  This is because a clogged DPF can cause sudden and unexpected loss of power that can severely inhibit vehicle performance and even complete shut-down.  The DPF Defect thus increases the risk of an accident as well as the risk that drivers will become stranded with an inoperable vehicle.  In addition, a clogged DPF substantially raises the risk of a vehicle fire because the engine and various components of the vehicle's undercarriage can become extremely hot.  A clogged DPF also poses a safety risk because of the potential for exhaust inhalation by vehicle occupants.

4.      Plaintiffs are purchasers of Range Rover vehicles equipped with a DPF and seek to represent all persons who purchased or leased 2016-2021 Range Rover or other Jaguar Land Rover vehicle equipped with a substantially similar DPF system within the United States, or alternatively within all states that follow California Emissions Standards or in the States of New York, Oregon, and California ("Class Vehicles").

5.      As a result of the DPF Defect, numerous Class Vehicle owners have had to replace their DPF at exorbitant costs and/or contend with ongoing DPF issues that remain unresolved.

6.      Defendant knew the Class Vehicles were defective and not fit for their intended purpose of providing consumers with safe and reliable transportation at the

time of the sale and thereafter. Defendant has actively concealed the true nature and extent of the DPF Defect from Plaintiffs and the other Class Members, and failed to disclose it to them, at the time of purchase or lease and thereafter. Had Plaintiffs and prospective Class Members known about the DPF Defect, they would not have purchased the Class Vehicles or would have paid less for them.

7.      Defendant was aware of the DPF Defect at the time it placed the Class Vehicles on the road because it is a design defect with consequences that were necessarily known to Defendant. Defendant was also aware of the DPF Defect from, among other things, pre-production testing, warranty data, customer complaints at dealerships, and dealership repair orders submitted to Defendant. Notwithstanding its awareness of the DPF Defect, Defendant has not recalled the Class Vehicles to repair the Defect, has not offered its customers a suitable repair or replacement free of charge, and has not offered to reimburse all Class Vehicle owners and leaseholders the costs they incurred relating to diagnosing and repairing the DPF Defect.

8.      Defendant knew of and concealed the DPF Defect that is contained in every Class Vehicle, along with the attendant dangerous safety problems and associated repair costs, from Plaintiffs and the other Class Members both at the time of sale and repair and thereafter. As a result of their reliance on Defendant's omissions and/or misrepresentations, owners and/or lessees of the Class Vehicles

have suffered ascertainable loss of money, property, and/or loss in value of their Class Vehicles.

9.      An example of the Land Rover "Passport to Service" warranty booklet describing the various warranties applicable to the Class Vehicles was previously filed by Defendant.  *See* Dkt. No. 30-4.  The Class Vehicles come with a "bumper to bumper" New Vehicle Limited Warranty ("NVLW") of 4 years or 50,000 miles, whichever comes first. *Id*. at 8. [1]  By operation of law, the Class Vehicles also come with a Federal Emission Control System Warranty comprised of a Design and Defect Warranty of 2 years or 24,000 miles, whichever comes first, which Defendant voluntarily extended under the NVLW to 4 years or 50,000 miles, whichever comes first, and an Emission Performance Warranty of 2 years or 24,000 miles, whichever comes first ("Federal Emission Warranty").  *Id*.[2]  Also by operation of law, the Class Vehicles come with a California Emission Defect Warranty comprised of a Short-term Warranty of 3 years or 50,000 miles, whichever comes first, which Defendant voluntarily extended under the NVLW to 4 years or 50,000 miles, whichever comes first, and a Long-term Warranty on specified high-cost components of 7 years or 70,000 miles, whichever comes first, as well as certain other coverages (the "California Emission Warranty").  *Id*.  The California Emission Warranty is

---

[1] Citations to filed documents herein are to the ECF system pagination.

[2] The Federal Emission Warranty also includes a warranty of 8 years / 80,000 miles on certain enumerated components.

applicable to all vehicles registered in the states of California, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont and Washington. *Id*.

10.     Defendant's Emissions Warranties do not include the terms "DPF" or "Diesel Particulate Filter" and, according to Defendant, do not cover the DPF. *Id*.; *see also* Memorandum of Law in Support of Defendant Jaguar Land Rover North America LLC's Motion to Dismiss Amended Complaint (Dkt. No. 30-1 at p. 24) and Reply Memorandum of Law in Further Support of Defendant Jaguar Land Rover North America LLC's Motion to Dismiss Amended Complaint (Dkt. No.35 at p. 14). As discussed in greater detail below, the DPF is required to be a covered component under both the Federal and California Emission Warranties.

## II.    PARTIES

### Plaintiff Daoud Shaaya

11.     Plaintiff Daoud Shaaya is a New York citizen who lives in Brooklyn, Kings County, New York. In or about July of 2018, Mr. Shaaya leased a new 2018 Land Rover Range Rover HSE equipped with a diesel engine from Land Rover Manhattan in New York, New York. At the time he leased his vehicle, Mr. Shaaya test drove the vehicle, spoke with the dealer sales representative at length about the vehicle and viewed the Monroney sticker posted on the side window of the vehicle. At the time he leased his vehicle, Mr. Shaaya was not aware that his vehicle was equipped with a DPF or of the unique driving requirements necessary for the DPF

regeneration process to occur; nor did the dealer service representative inform him of the existence of the DPF or its driving requirements.  Mr. Shaaya was never informed by the dealer sales representative that his vehicle suffered from the DPF Defect and relied upon this fact in leasing his vehicle.  Had Mr. Shaaya been informed that his vehicle suffered from the DPF Defect, he would not have leased it.  Mr. Shaaya purchased his vehicle for personal, family or household purposes. Mr. Shaaya's vehicle was designed, manufactured, sold, distributed, advertised, marketed and warranted by Jaguar Land Rover.  Mr. Shaaya's vehicle is registered in the state of New York.

12.    In about November 2018, the DPF warning light in Mr. Shaaya's vehicle illuminated in amber and instructed him to drive approximately 40 miles per hour or above or above for approximately 20 minutes.  Mr. Shaaya promptly attempted to drive to a highway so that he could follow these instructions, but the vehicle would not accelerate past nine miles per hour. Meanwhile, the DPF warning light turned from amber to red within an hour. Mr. Shaaya took his vehicle to Land Rover Manhattan and informed the service representative of the problem.  At the time of service, Mr. Shaaya's vehicle had 3,325 miles on its odometer and was well within the vehicle's NVLW as well as the Federal and California Emission Warranty coverages.  The service representative inspected Mr. Shaaya's vehicle and attempted a regeneration which failed.  Mr. Shaaya was then informed that his DPF was full

and required replacement at a cost of over $5,000. It is Mr. Shaaya's understanding that the dealer did not offer warranty coverage, even though his vehicle was within warranty, because it took the position that the problems he experienced were due to the manner in which the vehicle was driven. This is a common position taken by Defendant and its dealers to evade responsibility for DPF repairs.

13.    Mr. Shaaya complained that he was never informed prior to purchase that his DPF would become clogged under normal driving conditions and would require replacement despite the fact that he had promptly attempted regeneration as instructed by his vehicle's warning lights. Mr. Shaaya requested that Land Rover Manhattan provide warranty coverage, which request Land Rover Manhattan in turn communicated to Defendant's customer relations department. However, Defendant denied his request. After extensive negotiations, the Land Rover Manhattan required Mr. Shaaya to pay $3,122.98 out-of-pocket for the repair of his DPF. During his discussions with Land Rover Manhattan, Mr. Shaaya asked whether Land Rover Manhattan had received a lot of complaints regarding the problem he experienced, to which the service representative responded in the affirmative. The service representative further informed Mr. Shaaya that Land Rover Manhattan was not taking any diesels for 2019 and would only be selling diesel vehicles on special request to limit the number of diesels sold because the problems were costing the dealership too much time.

14.    Mr. Shaaya's vehicle continued to suffer from the DPF Defect following this repair.  This is because when repairs are performed one defective component is merely replaced with a similarly defective component.  For example, in February of 2019 with 4,766 miles on his odometer, Mr. Shaaya's vehicle again displayed a DPF warning light and Mr. Shaaya promptly took his vehicle to Land Rover Manhattan.  The service representative inspected the vehicle and attempted a DPF regeneration which failed, and replaced the DPF this time under warranty.  Mr. Shaaya has continued to experience the DPF Defect since this repair.

15.    At all times Mr. Shaaya has driven his vehicle in a foreseeable manner and in the manner in which a vehicle is typically intended to be driven.

**Plaintiff Mark Freiburghouse**

16.    Plaintiff Mark Freiburghouse is a citizen of California who lives in Long Beach, California.   In or about the end of December of 2016, Mr. Freiburghouse purchased a new 2017 Land Rover Range Rover Sport HSE equipped with a diesel engine from Penske Jaguar Land Rover in Cerritos, California.  Prior to purchasing his vehicle, Mr. Freiburghouse visited Land Rover dealers in Newport Beach, Carlsbad, and the Los Angeles South Bay to view Range Rover vehicles.  At the time he purchased his vehicle, Mr. Freiburghouse test drove the vehicle, spoke with the dealer sales representative at length about the vehicle and viewed the Monroney sticker posted on the side window of the vehicle.  At the time of purchase,

Mr. Freiburghouse was not aware that his vehicle was equipped with a DPF or of the unique driving requirements necessary for the DPF regeneration process to occur; nor did the dealer service representative inform him of the existence of the DPF or its diving requirements.  Mr. Freiburghouse was never informed by the dealer sales representative that his vehicle suffered from the DPF Defect and relied upon this fact in purchasing his vehicle.  Had Mr. Freiburghouse been informed that his vehicle suffered from the DPF Defect, he would not have purchased it.  Mr. Freiburghouse purchased his vehicle for personal, family or household purposes.   Mr. Freiburghouse's vehicle was designed, manufactured, sold, distributed, advertised, marketed and warranted by Jaguar Land Rover.  Mr. Freiburghouse's vehicle is registered in the state of California.

17.    Recently, in or about the beginning of August, 2020, Mr. Freiburghouse's check engine light illuminated.  Mr. Freiburghouse's DPF warning light did not illuminate.  Mr. Freiburghouse drove promptly to Penske Jaguar Land Rover to have his vehicle inspected and was told that an appointment was not available for two weeks.  Mr. Freiburghouse made an appointment and returned on August 18, 2020.  Penske Jaguar Land Rover ran a diagnostic test and informed Mr. Freiburghouse that his DPF was clogged, and that his diesel exhaust fluid had become compromised.  Penske Jaguar Land Rover replaced the fluid and induced a regeneration to clean the DPF.  Mr. Freiburghouse picked up his vehicle on Friday,

August 21, 2020.  Two days later on Sunday, August 23, 2020, Mr. Freiburghouse contacted Penske Jaguar Land Rover to inform them that his engine light was on again, and to inquire as to why his amber DPF warning light had never illuminated even though his vehicle's DPF needed regeneration.  The following day he was advised to bring his vehicle back to the dealer, which he did.  On Wednesday, August 26, 2020, Mr. Freiburghouse was informed that Penske Jaguar Land Rover was replacing his diesel exhaust fluid tank and the injector for the diesel exhaust fluid. With regard to Mr. Freiburghouse's repeated inquiries as to why his DPF warning light never illuminated, the dealer service representative sent Mr. Freiburghouse the following explanation via text message which stated, in pertinent part: "the message for the particulate filter won't come on unless the system is completely blocked/clogged and then the vehicle would go into fail-safe mode (won't accelerate past 30 mph)."   At the time of servicing, Mr. Freiburghouse's vehicle had approximately 22,396 miles on its odometer and was within the vehicle's NVLW as well as the Federal and California Emission Warranty coverages. Nevertheless, the dealership initially attempted to charge him a $189 diagnostic fee, suggesting that the DPF problems he experienced were because of the manner in which the vehicle was driven.  Penske Jaguar Land Rover ultimately agreed to cover this cost as goodwill when Mr. Freiburghouse protested.

18.     Although Mr. Freiburghouse was not charged for the above servicing and repairs, he was and continues to be damaged because he was knowingly sold a defective vehicle and has not been offered a suitable repair or replacement.  Because of the DPF Defect, Mr. Freiburghouse owns a vehicle with a DPF system that is prone to clogging and that does not provide adequate (or indeed, any) warning of the need for regeneration.

19.     At all times Mr. Freiburghouse has driven his vehicle in a foreseeable manner and in the manner in which a vehicle is typically intended to be driven.

**Plaintiff Zach Patterson**

20.     Plaintiff Zach Patterson is a California citizen residing in Marina Del Rey, California.  In or about May 2019, Mr. Patterson purchased a used 2016 Land Rover Range Rover Sport equipped with a diesel engine from a CarMax located in Clackamas, Oregon with approximately 25,000 miles on the odometer.   On information and belief, Mr. Patterson's vehicle was sold new in 2016 to a previous owner by Hornburg Jaguar & Land Rover ("Hornburg") in West Hollywood, California and registered in California.   In addition, Mr. Patterson's vehicle is currently registered in California.

21.     Prior to purchasing his vehicle, Mr. Patterson visited Land Rover Santa Monica and spoke with a Land Rover sales representative at length about the vehicle, including the fact that the diesel system ran cleaner than traditional diesel because it

burned off pollutants before they were expelled into the atmosphere. In addition, Mr. Patterson researched the Class Vehicles and their various features, including their diesel systems, on the internet, including on the Land Rover website. At no time was Mr. Patterson informed that the vehicles suffered from the DPF Defect; had he been so informed, he would not have purchased his vehicle. Mr. Patterson purchased his vehicle for personal, family or household purposes. Mr. Patterson's vehicle was designed, manufactured, sold, distributed, advertised, marketed and warranted by Jaguar Land Rover.

22.     At the time that Mr. Patterson purchased his vehicle, it still had in place the remainder of the NVLW, as well as the Federal and California Emissions Warranties.

23.     Shortly after purchase, on about June 26, 2019, with 27,235 miles on his odometer, Mr. Patterson took his vehicle to Hornburg because the check engine light was on due to the DPF being full. Hornburg performed a regeneration at a cost of $205.

24.     Shortly thereafter, on about August 6, 2019 with 28,492 miles on his odometer, Mr. Patterson returned to Hornburg because the vehicle's warning light system indicated the DPF was full. Hornburg performed another regeneration at a cost of $205.

25.     In June 2021, Mr. Patterson was driving his vehicle from Marina Del Rey to Beverly Hills and the amber DPF warning light came on but then disappeared as he kept driving. Less than forty-eight hours later, however, Mr. Patterson was driving home late in the evening when the amber DPF light illuminated again. He drove the vehicle for approximately 25 minutes at 65 miles per hour and parked. The next day, while driving to Costa Mesa, the vehicle indicated that the DPF filter was full and immediately lost power—going into "limp" mode with little or no warning. Mr. Patterson was forced to pull over on the side of the highway and call emergency services.

26.     After his vehicle was towed to Jaguar Land Rover Newport Beach, the dealer performed a DPF regeneration. When the regeneration failed to clear the DPF filter, however, the dealer replaced the filter, charging Mr. Patterson $5,749.26 for the work.

27.     Despite replacement of the DPF, Mr. Patterson's DPF system remained prone to clogging with inadequate warning of the need for regeneration. In May 2022, Mr. Patterson was driving to Big Bear, California when his vehicle's amber DPF warning light illuminated. Again, the vehicle left him stranded on the side of the road and he was forced to call emergency services and take an Uber home. Mr. Patterson arranged to have his vehicle brought to Land Rover Santa Monica, where the dealer performed regeneration.

28.     Just one month later in June 2022, however, the vehicle's amber DPF light illuminated and did not disappear when he drove at 65 miles per hour for 20 minutes.  Mr. Patterson brought his vehicle back to Land Rover Santa Monica, which was unable to successfully clear the DPF through regeneration.  The dealer noted that despite driving steadily at highway speeds, the DPF soot levels failed to drop significantly and, in some instances, increased.  After making three attempts to perform regeneration, the dealer replaced the DPF filter at no cost to Mr. Patterson.

29.     At all times, Mr. Patterson has driven his vehicle in a foreseeable manner and in the manner in which a vehicle is typically intended to be driven.

**Defendant**

30.     Defendant, Jaguar Land Rover LLC is a limited liability company organized under the laws of the State of Delaware and registered to do business throughout the United States.  Jaguar Land Rover's corporate headquarters are located at 555 Macarthur Blvd., Mahwah, New Jersey 07430.

31.     Jaguar Land Rover designees, manufactures, markets, distributes, services, repairs, sells and/or leases passenger vehicles, including the Class Vehicles, nationwide.  Jaguar Land Rover is the warrantor and distributor of the Class Vehicles in the United States.  Jaguar Land Rover vehicles are sold, leased and serviced through Defendant's network of dealers, including at over twenty Land Rover dealerships located in the states of New York and California (each).  Defendant also

14

advertises its produces regularly, including its diesel vehicles, via television, print and digital media to the citizens of New York and California.

32.     Whenever, in this Complaint, reference is made to any act, deed or conduct of Jaguar Land Rover, the allegation means that Defendant engaged in the act, deed, or conduct by or through one or more of its officers, directors, agents, employees or representatives who was actively engaged in the management, direction, control, or transaction of the ordinary business and affairs of Defendant.

### III.    JURISDICTION AND VENUE

33.     This Court has subject matter jurisdiction over this class action under the Class Action Fairness Act, 28 U.S.C. § 1332(d).  The aggregated claims of the individual class members exceed the sum value of $5,000,000, exclusive of interests and costs.  There are more than 100 Class Members.  At least one Class Member is a citizen of a different state than the Defendant.

34.     This court also has federal question jurisdiction over this action under 28 U.S.C. §1331 because Plaintiffs' claims under the Magnuson-Moss Act arise under federal law, 15 U.S.C. § 2301, et seq.  This Court has personal jurisdiction over Defendant because it's its principle place of business is located in New Jersey.

35.     Venue is proper in this District because Defendant is headquartered, and thus resides, in this District within the meaning of 28 U.S.C. §1391 and a substantial part of the acts and omissions alleged herein took place in this District,

as the Class Vehicles are, were, and are regularly advertised, marketed, sold / leased and serviced in this District through Defendant's network of dealers. Plaintiffs' counsel's Declaration of Venue, to the extent required under California Civil Code Section 1780(d), is attached hereto as Exhibit 1.

## IV.    ADDITIONAL FACTUAL ALLEGATIONS

### A.    How Defendant's DPF Functions

36.    Diesel particulate matter resulting from the incomplete combustion of diesel fuel produces soot (*i.e.*, black carbon) particles. The expulsion of soot and other particles from diesel engines worsen the particulate matter pollution in the air and are harmful to the environment and people's health.

37.    A DPF is a device designed to remove diesel particulate matter from the exhaust gas of a diesel engine. As exhaust travels through the filter particulate matter particles are trapped while the exhaust gas is allowed to escape. These particles must be burnt through a combustion process called regeneration, or the DPF will become clogged.

38.    Regeneration, in turn, requires a high temperature to ensure effective combustion which is often only achieved under a high engine load. By design, therefore, regeneration may occur automatically when a vehicle is driven regularly at highway speeds for extended periods of time (i.e., in excess of twenty or thirty minutes). This process is called passive regeneration. Many common driving conditions such as frequent city driving in slow moving traffic or even driving in

16

cold weather may not provide a sufficient opportunity for passive regeneration to occur, causing particulate matter to build up in the filter.  In such instances active regeneration—a process initiated by the vehicle's on-board computer to increase exhaust temperature so that the soot particles can be burnt -- is required.  As in passive regeneration, for the active regeneration process to be effective, the vehicle must be driven at highway speeds for an extended period of time.

39.     Although Defendant has equipped its vehicles with warning lights to alert drivers when regeneration is necessary, this system is ineffective.  Defendant's DPF warning system has three lights that may appear on the display panel.  An amber light indicates regeneration is required, and instructs the driver to drive at highway speeds for approximately twenty minutes.  A red light indicates that the DPF is full and instructs the driver to contact a service center.  A green light will display when regeneration is complete.  However, by the time the amber light appears, the filter is often already substantially clogged and requires replacement, or will require replacement in an extremely short period of time.

40.     The DPF has a maximum capacity of approximately 31.5 grams of soot. The amber warning light is programmed to illuminate when the filter contains approximately 27 grams of soot.  Thus, the amber warning light is programmed to illuminated when the DPF is over 85% full.  Given the margin of error in soot measurement and the manner in which the DPF functions, this is far too close to full

for the amber warning light to operate as a consistent, safe and effective warning system. If regeneration is even possible by the time of an amber light warning (which it often is not), the time to regenerate the filter is far too short.

41. The manner in which Defendant's warning system functions has severe safety implications. As a DPF becomes clogged, exhaust fumes literally become trapped within the engine. This impacts engine performance and will ultimately lead to complete shutdown—vehicles cannot run without a functioning exhaust system. In addition, as the fumes gather there is an increased risk of exhaust inhalation and the undercarriage of the vehicle becomes hotter, posing a greater risk of fire.

42. To use a layman's analogy, Defendant's approach to the DPF warning light system is akin to a cardiologist whose practice is to only warn patients of a need for intervention when an artery is dangerously blocked or almost blocked—a heart attack may well occur before the patient ever makes it to the hospital.

43. Defendant provides conflicting and inaccurate information concerning the actions to be taken when the amber warning light flashes. When the amber warning light illuminates in Mr. Shaaya's vehicle, it is accompanied by an instruction that directs the driver to drive above 40 miles per hour for 20 minutes. Defendant's warranty booklet for the 2018 Range Rover, and its website, state that when the amber light flashes driving above 37 mph for 20 minutes should clean the

filter.  However, various TOPIx[3] documents published by Defendant to guide its dealers suggest a much higher engine load is needed for regeneration to occur.  For example, Defendant's Diagnostic Trouble Code Index for the 2018 Range Rover identifies "particulate filter regeneration conditions" as driving "70mph in 6th gear for 30 min."  A technical guide for the 2018 Range Rover published by Defendant on May 6, 2019 similarly identifies driving at approximately 70 mph in 6th gear for 30 min as DPF "regeneration conditions."   This same technical guide states elsewhere that:

> [t]he ideal speed and conditions for regeneration are 100 km/h (62 mph) – 12 km/h (75 mph), in Drive.  Keeping a constant speed enables the diesel particulate filter to regenerate more efficiently.  It is therefore recommended that cruise control is used to achieve this, if possible.

On information and belief, driving only 40 mph for 20 minutes may not be sufficient for regeneration to occur.

44.     Mr. Shaaya estimates that the amber warning light on his vehicle has illuminated approximately ten times since owning the car.  The time Mr. Shaaya has had to regenerate his vehicle (i.e. the time between an amber warning light and a red warning light) has typically ranged from fifteen minutes to one hour, and has never been longer than a few hours.  This window of time can translate to a driving distance of three or four miles in congested traffic before the amber light turns red.  On more

---

[3] TOPIx is Defendant's factory workshop manual system.

than one of these occasions, Mr. Shaaya's DPF failed to regenerate even though he followed the warning light's instructions.

45.    As one article explained: "There can be as little as a minute between the car alerting you to a problem and it going into limp home mode … In that time, and assuming you're on a clear road, you must start the regen process, which involves driving the car at no less than 37 mph for 10 minutes with the engine turning at over 2000 rpm."[4]  In other words, by the time the warning light comes on, it is often essentially too late.

46.    The DPF Defect is such a problem that Defendant published guidance to its sales staff in Europe advising them of the challenges it presents, and advising that certain customers be encouraged to purchase other vehicles.  This document identifies various impacted models by vehicle architecture type, including the Range Rover and Range Rover Sport.  This document explains that if a customer routinely drives for less than 20 minutes at less than 40 mph, "the vehicle may continually fail to regenerate and the filter then will become blocked."  This document also notes that failed regeneration attempts can lead to oil dilution.  This document concludes as follows:

> In summary, if a customer has a diesel vehicle listed above
> and uses the car in a typical low-speed, low-duration drive

---

[4]  Getting cleaned out: diesel particulate filters 10 years on, AutoCar, https://www.autocar.co.uk/car-news/features/getting-cleaned-out-diesel-particulate-filters-10-years (Feb. 3, 2019).

cycle (Rural/Urban), they will suffer from oil dilution as a minimum but also in many cases will have blocked DPFs. To avoid these issues, we strongly recommend that customers should be advised to choose an equivalent petrol vehicle or an alternative JLR diesel model that supports the customer drive cycle better and minimizes their risk of having old dilution or blocked DPF filter problems.

47.     The DPF system in all Jaguar Land Rover diesel vehicles in the United States and Europe is the same or substantially similar.

**B.    Defendant's Knowledge of the DPF Defect**

48.     Defendant was necessarily aware of the DPF Defect prior to sale of the Class Vehicles because it is a design defect.  By design, Defendant's DPF is prone to clog under normal driving conditions for much of the country, such as driving frequently in congested urban traffic or even cold weather.  By design, a DPF-equipped vehicle must be driven at highway speeds on a regular basis for the DPF process of passive regeneration to clean the DPF automatically.  Defendant was necessarily aware of this at the time it sold the Class Vehicles, but failed to inform Plaintiffs and Class Members.  The fact that Defendant's vehicles incorporate a DPF warning system (albeit ineffective) evidences Defendant's knowledge.  Also by design, Defendant's DPF warning light system only illuminates when the DPF filter is clogged or substantially clogged.

49.     Since Defendant's introduction of diesel engine vehicles equipped with DPFs, Defendant also became aware of the DPF Defect through sources not

available to Plaintiffs and Class Members, including, but not limited to, pre-production testing, pre-production design failure mode and analysis data, production design failure mode and analysis data, early consumer complaints made exclusively to Defendant's network of dealers and directly to Defendant, aggregate warranty data compiled from Defendant's network of dealers, testing conducted by Defendant in response to consumer complaints, and repair order and parts data received by Defendant from Defendant's network of dealers.

50.     During the pre-release process of designing, manufacturing, engineering, and testing the Class Vehicles which would necessarily have taken place prior to the sale of the Class Vehicles, Defendant, directly and/or through its agents or affiliated companies in the supply chain, necessarily would have gained comprehensive and exclusive knowledge about the Class Vehicle's DPF system: its capabilities including its ability to passively or actively regenerate, and the conditions required to do so; the vehicle's ability to detect when active regeneration is needed; whether the warnings given to drivers were adequate and timely; how the DPF would experience performance problems or fail; and, the cumulative and specific impacts on the DPF caused by wear and use, the passage of time, driver habits, driving patterns, environmental factors, etc.

51.     An adequate pre-release analysis of the design, engineering, and manufacture of the DPF system used for the Class Vehicles would have revealed to

Defendant that it does not operate properly and is not fit for its intended use. Thus, during the pre-release design stage of the Class Vehicles, Defendant would have known that the DPF system in the Class Vehicles was defective and would pose a safety risk to owners/lessees and the motoring public. Defendant introduced diesel engines equipped with DPFs into its Range Rover vehicles in 2016. Since that introduction through at least 2020, the DPF system in these vehicles has remained the same or substantially similar in all material respects. For example, the same DPF is indicated in dealer part listings as a vehicle fitment for Range Rover vehicles from 2016-2021.[5]

52.    As is common in the automotive industry, the design and testing process for the DPF system took many years. By way of example, a TOPIx document for the 2017 Range Rover Sport titled "Diesel Particulate Filter – Component Location" which discusses the description and operation of the exhaust system bears the publishing date September 30, 2014.

53.    On January 11, 2015 Land Rover issued a press release touting the fuel efficient diesel powertrains in the 2016 model year Land Rover.[6] The article

---

[5] *See, e.g.*, https://parts.centurylandroverhuntsville.com/oem-parts/land-rover-diesel-particulate-filter-lr071089.

[6] *See* Land Rover Brings Two-Luxury Diesel SUV models North America Market available at https://media.landrover.com/en-us/news/2015/01/land-rover-brings-two-luxury-diesel-suv-models-north-america-market.

describes, *inter alia*, how the exhaust gas recirculation ("EGR") system of the Land Rover takes low pressure gasses—after the DPF filter in the exhaust pipe—and feeds them back into the turbocharger inlet, resulting in a lower level of NOx emissions. In a section titled "Tested and Proven in the USA" the article discusses the extensive diesel engine testing performed by Defendant in the United States:

> Land Rover engineers embarked on US testing schedule to ensure the new diesel engine could handle all US climate and terrain conditions. By the time US sales have begun, the test fleet will have completed one million test miles.
>
> The test fleet has targeted the most extreme climates and diverse terrains imaginable across the US. The new Range Rover and Range Rover Sport diesel have navigated from sea level to altitudes of 14,000 feet during the grueling test program. To meet unique demands of the North American climate, engineers have undertaken testing year round, from the coldest winter days in Minnesota, to summertime in the deserts of the Southwest.

Surely such testing would have alerted Defendant to the fact that it's DPF's are prone to clog under various driving conditions, and that the DPF's warning light system is inadequate.

54.    In an August 2016 article, Jaguar boasts that "Throughout each stage of design, development and production, every component of a Jaguar goes through thousands of tests and checks for safety, durability and quality, ensuring that the

finished product is the most reliable, dependable and safest car you can drive."[7]  The

article goes on to detail the grueling physical testing to which vehicles are subjected:

> Although virtual engineering is a powerful tool, there's no substitute for physical testing in a laboratory environment as the ultimate proof of concept for reliability and durability. We have doubled the size of our structural test facilities in recent years, with a £22m investment to further enhance our state-of-the-art labs.
>
> New transmission designs go through a continuous 12-week rig test, simulating a 10-year 240,000 kilometre cycle that includes town driving, high-speed highway driving and track driving. This is repeated six times for different engine and transmission variants, meaning that every new gearbox is tested for 72 weeks and 1.45 million kilometres – the equivalent of driving to the moon and back. There are also shift cycle tests that put the clutch through a gruelling series of high-speed shifts, and steady-state tests where the transmission is run at high levels of torque for long periods.
>
> Our engines have their own comprehensive suite of static rig and dynamometer tests, with the new generation of Ingenium engines having gone through 72,000 hours of durability testing – equivalent to eight years of real-world tests – before they hit the road for two million kilometres of final validation testing.
>
> Individual components can be tested in the Environmental Robotic Durability Cell, which uses four robots, which can be used to test everything from seatbelt activation and release, door opening and closing, and key turns. Vehicle noise, vibration and harshness qualities are also refined in advanced anechoic sound chambers.
>
> Climate Chambers replicate the world's toughest weather conditions, freezing cars to -40ºC in hurricane-strength

---

[7] *See* https://www.jaguar.com/about-jaguar/reliability/testing-process.html

winds, or replicating the sort of +50ºC temperatures and solar loads of up to 1,200W/m2 that you'd expect in the Sahara desert – all without vehicles ever having to leave the UK. Water-tightness is proven with monsoon soak tests, drizzle tests that last up to 16 hours, and freeze tests.

Physical laboratory testing even extends to interior features such as the rotary JaguarDrive Selector, which was subject to every abuse imaginable during its development. "A bottle of cola is a tough test, as the sugar turns to treacle in hot climates," says Julian Jones, User Controls Manager. "Sand can also be bad if it gets in the DriveSelector's gears." Each test takes a month to run, with the DriveSelector having to cycle 60,000 times without fault.

Surely such testing would similarly have placed Defendant on notice of the DPF Defect.

55.     Defendant also would have known about the DPF Defect because of the higher than expected number of replacement exhaust filters ordered from Defendant, which should have alerted Defendant that the DPF system was defective. Defendant's service centers use Defendant's replacement parts that they order directly from Defendant. Therefore, Defendant would have detailed and accurate data regarding the number and frequency of replacement part orders, including replacement exhaust filters. The ongoing high sales of replacement exhaust filters was known to Defendant, and would have alerted Defendant that its DPF system was defective and posed a safety risk early on.

56.     Defendant also knew about the DPF Defect because numerous consumer complaints regarding DPF replacements were made directly to Defendant.

The large number of complaints, and the consistency of their descriptions of the DPF defect alerted Defendant to this serious Defect affecting the Class Vehicles. The full universe of complaints made directly to Defendant about the DPF Defect is information presently in the exclusive custody and control of Defendant and is not yet available to Plaintiffs prior to discovery. However, upon information and belief, many Class Vehicle owners complained directly to Defendant and Defendant's dealerships and service centers about the repeated need for exhaust filter replacements that their vehicles experienced.

57.    Defendant also knew about the DPF Defect because Defendant has been provided by its dealers with documentation of DPF failures for years in connection with consumer warranty claims and actual or threatened lemon law litigation. When DPF-related work is performed under warranty, dealers must send documentation of the work to Defendant for reimbursement. Dealers also regularly ask Defendant for authorization to perform DPF-related warranty repairs, as was the case with Mr. Shaaya. Defendant is also provided with repair orders and related documentation for DPF-related work in connection with actual or threatened lemon law litigation.

58.    For example, Confidential Witness ("CW") 1 is the former owner of a 2016 Range Rover. CW 1 brought his vehicle in for dealer servicing multiple times during the period November 2016 through April of 2017 for DPF-related issues. On

or about November 11, 2016 with only 980 miles on the odometer, CW 1 brought his vehicle to the dealer which found one or more DTCs indicating a high DPF soot load, and a regeneration was performed under warranty.  On or about January 16, 2017 with 2,293 miles on the odometer, CW 1 brought his vehicle to the dealer complaining his DPF was full again, and another regeneration was performed under warranty.  On or about February 11, 2017 with 2,309 miles on the odometer, CW 1 returned to the dealer with a full DPF, and this time had his DPF replaced under warranty.  On or about March 13, 2017 with 3,073 miles on his odometer, CW 1 returned to the dealer once again with a full DPF and the dealer replaced the DPF pressure sensor under warranty and performed another regeneration.  On or about March 28, 2017, CW 1, acting through counsel, sent Defendant a demand letter pursuant to various state and federal warranty laws, with repair orders attached.

59.    CW 2 is the former owner of a 2016 Range Rover who also made multiple dealer complaints concerning his DPF system during his period of ownership.  On or about January 6, 2016 with 1,365 miles on the odometer, CW 2 brought his vehicle to the dealer complaining that there was smoke coming from his tailpipe and a heavy odor of fuel inside the cabin.  The vehicle was diagnosed to have a high DPF soot load and a DPF regeneration was performed under warranty.  On or about January 28, 2016 with 1,990 miles on the odometer, CW 2 brought his vehicle back to the dealer reporting that his amber DPF warning light had

illuminated, and that he immediately shut his vehicle off then came straight to the dealer (at which point the light was red). The vehicle was again diagnosed to have a high DPF soot load and another regeneration was performed under warranty. On or about April 18, 2016 with 4,527 miles on the odometer, CW 2 brought his vehicle back to the dealer complaining that his diesel exhaust fluid ("DEF") was low, and the dealer topped off the fluid. On or about September 7, 2016 with 9,449 miles on the odometer, CW 2 returned to the dealer with the DEF message again on, and the system fluid was refilled. On or about February 18, 2017 with 15,266 miles on the odometer CW2 again returned to the dealer with the DEF message on again, and fluid was added to the vehicle. On September 27, 2017 with 27,561 miles on the odometer CW 2 returned to the dealer with his check engine light on, and the vehicle was diagnosed to have a high DPF soot load, and a regeneration was performed. Service records for this visit state "CUSTOMER NEED TO DRIVE VEHICLE ON H/WAY FOR 50 MILE FOR 30 MIN." On or about January 10, 2018, CW 2, acting through counsel, sent Defendant a demand letter pursuant to various state and federal warranty laws, with repair orders attached

60.    CW 3 is the former owner of a 2016 Range Rover who also experienced ongoing DPF system issues during his period of ownership. On or about June 14, 2016 with 7,843 miles on the odometer, CW 3 receive a diesel fluid message and brought his vehicle to the dealer, who added diesel fluid under warranty. On or

about November 11, 2016 with 14,838 miles on the odometer, CW 3 again received a diesel fluid message and brought his vehicle to the dealer who added diesel fluid for which CW 3 paid $433.60 out-of-pocket.  On or about January 2, 2018 with 36,601 miles on the odometer, CW 3 brought the vehicle to the dealer with the engine light on and the dealer proceeded to replace the DPF at a cost of $5,329.59.  On or about April 23, 2018, CW 3 brought his vehicle to the dealer and it was again diagnosed to have a high DPF soot load, and the dealer performed a regeneration. On or about February 2, 2018, CW 3, acting through counsel, sent Defendant a demand letter pursuant to various state and federal warranty laws, with repair orders attached.

61.    Defendant also knew about the DPF Defect from a number of public complaints, and articles complaining of the DPF Defect, posted on the Internet and elsewhere.  By way of example on March 30, 2017, AOL published an article titled "Furious Range Rover owner vandalises his own car."[8]  In relevant part the article explained that:

---

[8] Furious Range Rover owner vandalises his own car, AOL, *available at* https://www.aol.co.uk/cars/2017/03/30/furious-range-rover-owner-vandalises-his-own-car/?guccounter=1&guce_referrer=aHR0cHM6Ly93d3cuZ29vZ2xlLmNvbS8&guce_referrer_sig=AQAAAMGKzPXJAZKWcJEFQ7_yryLVEPmE0_Fkbsj9EKvfcvSGNDwOkEw8qE9GBe44vhI6ecbHTXHlaBa-HRgfS9vOoBKPndXzjByenvnqGCb40l2lTaPtDfkV6_rB94Ynbcuy68L-CBMsSgXLymREHd8CS7n_2wstvGFIWTXozi4dj9mN (Mar. 30, 2017).

> Dev Bath, 30, paid more than £70,000 for the black Range Rover Sport, and has threatened to burn it live on camera if manufacturer Land Rover fails to sort out its alleged issues.
>
> He ditched the SUV in a Mayfair street on Tuesday, and claims Land Rover has repeatedly asked him to remove the vehicle as it is 'damaging its brand'.
>
> One of the messages Bath left on the car reads: 'Be careful, don't buy from Range Rover. I got ripped off. They sold me this junk.'
> . . .
> 'I've only had it for 10 months and we've had nothing but problems. We had had it for six weeks when the yellow light first came on saying I had to drive the car for thirty minutes at 50mph.'
>
> "No-one told me this when I bought the car. Where can you do that in London? Range Rover haven't done anything to help me so I thought what better place to park it than on Berkley Street in Mayfair?'

*Id.* The article concluded by a Land Rover spokeswoman commenting that:

> The customer is complaining of a full DPF (Diesel Particulate Filter) owing to the urban cycle the vehicle has been used on, which would be the case in any diesel with a DPF. There is no fault with the vehicle. Land Rover is trying to work with the customer to bring the situation to a mutually satisfactory conclusion.

*Id.* Therefore, by March of 2017, Jaguar Land Rover was aware of DPF Defect, but refused to acknowledge the Defect or offer an adequate fix, instead blaming the customer's driving style.

31

62.    One Land Rover owner reported bringing his vehicle in to his dealer for DPF regeneration an astounding 20 times.[9]  This vehicle owner has reported the following partial list of service call outs to Land Rover assist for his vehicle's DPF issues for the period June 2016 through June 2018[10]:

| DATE | REGISTRATION | VEHICLE MAKE | FAULT |
|---|---|---|---|
| 06/04/2016 | YH65 | Range Rover | Warning Light Red – DPF |
| 09/11/2016 | YH65 | Range Rover | Warning Light Red – DPF Filter Full |
| 25/12/2016 | YH65 | Range Rover | Warning Light Orange (JLR) |
| 04/03/2017 | YH65 | Range Rover | Warning Light Red (JLR) |
| 23/04/2017 | YH65 | Range Rover | Warning Light Orange (JLR) |
| 09/05/2017 | YH65 | Range Rover | Warning Light Orange – DPF |
| 20/05/2017 | YH65 | Range Rover | Warning Light Red – DPF |
| 26/07/2017 | YH65 | Range Rover | Warning Light Orange (JLR) |
| 10/09/2017 | YH65 | Range Rover | Diesel Particulate Filter (DFP) - Fault |
| 02/10/2017 | YH65 | Range Rover | Diesel Particulate Filter (DFP) – Warning Light On |
| 22/11/2017 | YH6 | Range Rover | Locks – Central Locking (JLR) |
| 22/11/2017 | YHE | Range Rover | Keyless Entry (Prestige) |
| 09/12/2017 | YHE | Range Rover | Warning Light Orange (JLR) |
| 06/01/2018 | YH6 | Range Rover | Diesel Particulate Filter (DFP) – Warning Light On |
| 17/11/2018 | YH6 | Range Rover | Diesel Particulate Filter (DFP) – Warning Light On |
| 06/04/2018 | YH65 | Range Rover | Warning Light Orange (JLR) |

63.    An online forum concerning DPF-related issues contains over one hundred comments from Jaguar Land Rover vehicle owners for the time period September 2017 through the present.[11]  This forum contains the following posts, for example:

---

[9] *See* Land Rover DPF Problems, available at https://www.rangeroverdpf.com/ (last visited Aug. 28, 2020).

[10] Distortion of registration number in document as posted by owner.

[11] *See* Mis-Sold Diesel with DPF Problems, The Car Expert, *available at* https://www.thecarexpert.co.uk/forums/topic/miss-sold-diesel-with-dpf-problems/ (last visited Aug. 28, 2020).

**<u>Posted by Jackie Walsh September 11, 2017</u>**

I raised a complaint about my new car, a Range Rover Evoque, purchased in March 2017. This vehicle although brand new went in for repair on the 19/6/2017 for a DPF (diesel particulate filter) fault and regeneration. I was told by the recovery technician that it was the way I drive it. This was despite me telling him my previous car was also a Range Rover Evoque owned from new that I had for 3 years driven in the same way and mileage with service records to support this but never encountering this problem. I was given no advice or explanation when I collected my car.

Less than 8 weeks later the same fault occurred. This is the 2nd fault in a 5-month-old car and I contacted the dealer and the manufacturer to reject the vehicle

**<u>Posted by Iftikar, April 13, 2018</u>**

Hi, my wife took delivery (on contract hire) of a new diesel manual Evoque in December 2016 (replacing an existing diesel manual Evoque she had for 4 years). Within 2 weeks of driving the car developed a fault i.e. reduced performance, dealer took it in for repair since the first fault the Evoque has now been in for repair 7 times in 12 months and been off the road for 192 days in the year!

**<u>Posted by Single Barrel, April 28, 2018</u>**

Such an interesting thread. I have a Range Rover Sport which I bought new on a 65 plate. I have had no less than 19 breakdowns with the car spending weeks on end in the workshop. As always been told it's my driving style even though the dpf light comes on every 150 miles. I was given a Vogue as a courtesy car with the same SDV6 engine. I had the car for 10 weeks and covered 4000 miles without a single DPF fault.

Escalated to the executive office and spoke to Lorraine Brookes who was useless, knows nothing about Land

Rover products, and offered a meal for 2 as a gesture of good will. Now in the process of pursuing JLR through the courts.

I have created a basic blog at http://www.rangeroverdpf.com detailing my problems. Please share and distribute on social media as JLR will not help these customers until they start losing sales as a result.

Their conduct and attitude towards customers with these DPF issues is disgusting.

**Posted by Keeven, October 12, 2018**

I have my Discovery Sport for 16 months and have sent it to the dealer several times because of the DPF warning. This time the DPF amber warning was on again. I didn't do the regeneration that day because I was busy. The next day the warning turned red directly. I called JLR road assistance, the guy came and diagnosed. He reckoned the amber warning period is too short to take action. I sent my car to the dealer. After a few days, the dealer called me today, telling me they have replaced the DPF, and asking where I normally drive. I told him I mainly drive in the town. Then he said because of my driving style, although the car is under warranty, I have to pay for replacing the DPF, which is nearly 1400 pounds!

I said I mainly drive in the town, but do 100miles journey on motorway every 1 or 2 weeks. And in the week before the warning light was on, I did two motorway journeys. The dealer just keep say it is my driving style fault, I have to pay. It just pissed me off.

If JLR can't make a car to suit all the driving style, Why JLR's never mentioned the driving style limitation in their ad? This car is definitely not for town driving.

64.    Notwithstanding its longstanding knowledge of the DPF Defect, Defendant has actively concealed the Defect, failed to disclose the Defect to its

customers prior to or at the time of purchase of their vehicles, and failed to provide a remedy for the DPF Defect to date.

65.    Customers have reported the DPF Defect in the Class Vehicles to Defendant directly and through its dealers. Indeed, when Plaintiff Shaaya informed Land Rover Manhattan about his DPF Defect, the service representative informed him that this was a common problem and that the dealership would only be selling diesel vehicles in 2019 on special request to limit the number of diesels sold because the problems were costing the dealership too much time.

66.    Defendant is fully aware of the DPF Defect contained in the Class Vehicles.  Nevertheless, Defendant actively concealed the existence and nature of the DPF Defect from Plaintiffs and the other Class Members at the time of purchase or repair and thereafter.  Specifically, Defendant:

    a.    failed to disclose, at the time of purchase or repair and thereafter, any and all known material defects or material nonconformities of the Class Vehicles, including the DPF Defect;

    b.    failed to disclose, at the time of purchase or repair and thereafter, that the Class Vehicles and their DPFs were not in good working order, were defective, and were not fit for their intended purpose; and,

    c.    failed to disclose and/or actively concealed the fact that the Class Vehicles and their DPFs were defective, despite the fact that Defendant

learned of the DPF Defect prior to releasing its vehicles equipped with diesel engines, and prior to Plaintiff's purchase of his vehicle.

67.     Defendant has deprived Class Members of the benefit of their bargain, exposed them all to a dangerous safety Defect, and caused them to expend money at its dealerships or other third-party repair facilities and/or take other remedial measures related to the DPF Defect contained in the Class Vehicles.

68.     Defendant has not recalled the Class Vehicles to repair the DPF Defect, has not offered to its customers a suitable repair or replacement of parts related to the DPF Defect free of charge, and has not reimbursed all Class Vehicle owners and leaseholders who incurred costs for repairs related to the DPF Defect.

69.     Class Members have not received the value for which they bargained when they purchased or leased the Class Vehicles.

70.     As a result of the DPF Defect, the value of the Class Vehicles has diminished, including without limitation, the resale value of the Class Vehicles. Reasonable consumers, like Plaintiffs, expect and assume that a vehicle's DPF and related components are not defective and will not malfunction while operating the vehicle as it is intended.  Plaintiffs and Class Members further expect and assume that Defendant will not sell or lease vehicles with known safety defects, such as the DPF Defect, and will fully disclose any such defect to consumers prior to purchase or offer a suitable repair or non-defective replacement.

## C.    California Emission Warranty Coverage

71.    For over 20 years, California has required Defendant to identify to the California Air Resources Board ("CARB") all vehicle parts that are emission-related and warrant those emission-related parts for at least 3 years and 50,000 miles.  If emission-related parts are deemed "high cost" as defined by CARB regulations, a manufacturer must identify them as such to CARB and provide an additional warranty of 7-years and 70,000-miles.  This provision is sometimes referred to as the "High-Cost Emission-Related Parts Warranty" or the "California Emission Control System Warranty."

72.    Under California law, a vehicle manufacturer is required to warrant that a vehicle is:

(1) Designed, built, and equipped so as to conform with all applicable regulations adopted by the Air Resources Board . . . and

(2) Free from defects in materials and workmanship which cause the failure of a warranted part to be identical in all material respects to the part as described in the vehicle or engine manufacturer's application for certification, including any defect in materials or workmanship which would cause the vehicle's on-board diagnostic malfunction indicator light to illuminate, for a period of three years or 50,000 miles, whichever first occurs; and

(3) Free from defects in materials and workmanship which cause the failure of a warranted part described in section (c) below for seven years or 70,000 miles, whichever first occurs.

Cal. Code Regs. § 2037(b)(1-3).

73.     Under this framework, any part that either effects a vehicle's emissions, or causes a vehicle's on-board diagnostic malfunction indicator light to illuminate, must fall within the 3-year, 50,000-mile California emission control warranty.  And if the part is high-cost, a manufacturer must cover the part for seven years or 70,000 miles.

74.     A part is high-cost if its replacement cost exceeds the cost limit as determined by the following formula: Cost limit (n)  = \$300 x (CPI [n-2]/188.3). C.C.R. § 2037(c)(3), where "CPI" is the annual average nationwide urban consumer price index published by the United States Bureau of Labor Statistics, "n" is the model year of the new vehicles, and "n-2" is the calendar year two years prior to the model year of the new vehicles.

75.     The replacement cost shall be the retail cost to a vehicle owner and include the cost of the part, labor, and standard diagnosis. The costs shall be those of the highest-cost metropolitan area of California.  C.C.R. § 2037(c)(2).

76.     For the Class Vehicle model years (2016-2021) the cost limit has ranged from a low of \$600.34 applicable to 2016 model year vehicles, to a high of \$636.79 applicable to 2020 model year vehicles.

77.     With a replacement cost that can exceed \$5000, the DPF is unquestionably a high-cost part that Land Rover was required to identify to CARB and to the vehicle purchaser.

78.     It its warranty booklet, Land Rover purports to warrant any emission-related part that is defective, defining an "emission-related warranted part" as "any part on the vehicle, or any part installed during a warranty repair, which affects any regulated emission from a motor vehicle that is subject to California emission standards." (Dkt. No. 30-4 at 19).  The purpose of the DPF is to burn off regulated emissions before they are expelled into the atmosphere.

79.     As required by California law, Land Rover further purports to identify high-cost emission-related parts subject to 7 years/70,000 miles coverage.  (*Id*. at 30-4 at 21-22).

80.     In a submission to CARB, Land Rover specifically listed the DPF as an exhaust emission control system.   (Exhibit 2 at p. 1).  Because of the impact of the DPF system on emissions and the high repair cost—which frequently exceeds $5000—Defendant was required to provide 7 year/70,000 warranty coverage under its California Emission Control Warranty.

81.     As part of a systematic business practice, however, Land Rover takes the position that the DPF is not covered by the California emissions warranty, and omitted reference to the terms "DPF" or "Diesel Particulate Filter" from the California Emission Warranty in the Class Vehicles' warranty booklet at the time of distribution—thereby avoiding the significant repair costs for parts that should have been warrantied under California law.

82.     By excluding the DPF from the California Emission Warranty, Defendant has deprived Class Members of benefits to which they are entitled under the law.  Defendant knows that it would be very difficult if not impossible for most consumers to discover this unlawful conduct.  If Defendant complied with California law and properly identified the DPF in the Class Vehicles' warranty booklet as a high-priced emission-related part warranted for 7 years/70,000 miles under the California Emission Warranty, then Land Rover dealerships would properly provide warranty coverage for the DPF Defect and consumers would understand that the DPF is a covered part.

D.    **Federal Emission Warranty Coverage**

83.     Like California law, the Federal Clean Air Act, and related regulations, require Defendant to warrant that the Class Vehicles are free from defects the failure of which would cause the vehicle to be noncompliant with federal emissions regulations for at least 24 months, or 24,000 miles.  *See* C.F.R. § 1037.120,

84.     Many manufacturers extend the length of their Federal Emission Warranty. Land Rover voluntarily extended its Federal Emission Warranty to 4 years or 50,000 miles.

85.     Like Defendant's CARB submission, Defendant's Application for Emissions Certification to the EPA similarly lists the DPF as an emissions control system device on the Class Vehicles.  (Exhibit 3 at pp. 4, 15, 55).

86.     As part of a systematic business practice, however, Land Rover intentionally takes the position that the DPF system is not emissions-related and omitted reference to the terms "DPF" or "Diesel Particulate Filter" in the Federal Emission Warranty contained within its warranty booklet—thereby avoiding the significant repair costs for parts that should have been warrantied under federal law.

E.     **Tolling of the Statute of Limitations**

87.     Plaintiffs and the other Class Members were not reasonably able to discover the DPF Defect, despite their exercise of due diligence.

88.     Despite their due diligence, Plaintiffs and the other Class Members could not reasonably have been expected to learn or discover that they were deceived and that material information concerning the Class Vehicles and their DPF systems was concealed from them.

89.     In addition, even after Class Members contacted Defendant and/or its authorized agents for vehicle repairs concerning the defective nature of the Class Vehicles and their DPFs, they were routinely told by Defendant and/or through their authorized agents for vehicle repairs that the Class Vehicles are not defective.

90.     Hence, any applicable statute of limitation, if any, has been tolled by Defendant's knowledge, active concealment, and denial of the facts alleged herein.

## V.     CLASS ACTION ALLEGATIONS

91.     Plaintiffs bring this lawsuit as a class action on behalf of themselves and all others similarly situated as members of the proposed Class and Sub-Classes pursuant to Federal Rules of Civil Procedure 23(a), (b)(2), and/or (b)(3).  This action satisfies the numerosity, commonality, typicality, adequacy, predominance, and superiority requirements of those provisions.

92.     The Class and Sub-Classes are defined as follows:

> **Nationwide Class:** All persons who purchased or leased a diesel engine-powered 2016-2021 Land Rover Range Rover or other diesel engine-powered Jaguar Land Rover vehicle equipped with a substantially similar DPF system within the United States.

> **California Emission States Class**: All persons who purchased or leased a diesel engine-powered 2016-2021 Land Rover Range Rover or other diesel engine-powered Jaguar Land Rover vehicle equipped with a substantially similar DPF system within the States of California, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and/or Washington.

> **New York Sub-Class:** All persons who purchased or leased a diesel engine-powered 2016-2021 Land Rover Range Rover or other diesel engine-powered Jaguar Land Rover vehicle equipped with a substantially similar DPF system within the State of New York.

> **California Sub-Class:** All persons who purchased or leased a diesel engine-powered 2016-2021 Land Rover Range Rover or other diesel engine-powered Jaguar Land Rover vehicle equipped with a substantially similar DPF system within the State of California.

> **Oregon Sub-Class**: All persons who purchased or leased a diesel engine-powered 2016-2021 Land Rover Range Rover or other diesel engine-powered Jaguar Land Rover vehicle equipped with a substantially similar DPF system within the State of Oregon.

93.     Excluded from the Classes are: (1) Defendant, any entity or division in which Defendant has a controlling interest, and its legal representatives, officers, directors, assigns, and successors; (2) the Judge to whom this case is assigned and the Judge's staff; and (3) those persons who have suffered personal injuries as a result of the facts alleged herein.  Plaintiffs reserve the right to amend the Class and Sub-Class definitions, and to add subclasses, if discovery and further investigation reveal that the Class and Sub-Classes should be expanded or otherwise modified.

94.     **Application of California Law**: Defendant's California Emission Warranty applies to "all vehicles that are registered in California, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, or Washington. The warranty period for the vehicle begins on the date of first retail sale, or on the date of entry into demonstrator or company service, whichever occurs first." (Dkt. No. 30-4 at 19.)

95.     Defendant's warranty representations, omissions, and misrepresentations arise out of California law that Defendant has chosen to apply outside of California to the vehicles in the states listed in Defendant's warranty booklet.  Accordingly, Defendant's conduct was specifically intended to have effects outside of California and was specifically intended to apply to vehicles and members of the Classes that Defendant chose to include by the express terms of the California Emission Warranty.  As Defendant seeks to apply the California Emission Warranty

to owners and lessees of Class Vehicles in the listed States outside of California, those individuals should have the ability to likewise assert their rights under the California Emission Warranty.

96.     **Numerosity**: Although the exact number of Class Members is uncertain and can only be ascertained through appropriate discovery, the number is great enough such that joinder is impracticable.  The disposition of the claims of these Class Members in a single action will provide substantial benefits to all parties and to the Court.  The Class Members are readily identifiable from, *inter alia*, information and records in Defendant's possession, custody, or control.

97.     **Typicality**: The claims of the representative Plaintiffs are typical of the claims of the Class and Sub-Classes in that the representative Plaintiffs, like all Class Members, paid for a Class Vehicle designed, manufactured, and distributed by Defendant which is subject to the DPF Defect.  The representative Plaintiffs, like all Class Members, have been damaged by Defendant's misconduct in that they have incurred or will incur the cost of repairing or replacing a defective or full DPF. Further, the factual bases of Defendant's misconduct are common to all Class Members and represent a common thread of fraudulent, deliberate, and/or grossly negligent misconduct resulting in injury to all Class Members.

98.     **Commonality:** There are numerous questions of law and fact common to Plaintiffs and the Class and Sub-Classes that predominate over any question

affecting only individual Class Members.  These common legal and factual questions include the following:

a.    whether the Class Vehicles suffer from the DPF Defect;

b.    whether the DPF Defect constitutes an unreasonable safety hazard;

c.    whether the defective nature of the Class Vehicles' DPF system constitutes a material fact;

d.    whether Defendant had and has a duty to disclose the defective nature of the Class Vehicles' DPF system to Plaintiffs and the other Class Members;

e.    whether Defendant was required to warrant the DPF under the California Emission Warranty;

f.    whether Defendant was required to warrant the DPF under the Federal Emission Warranty;

g.    whether Plaintiffs and the other Class Members are entitled to equitable relief, including, but not limited to, a preliminary and/or permanent injunction;

h.    whether Defendant knew or reasonably should have known of the DPF Defect contained in the Class Vehicles before it sold or leased them to Class Members; and

    i.  Whether Defendant:  (1) violated New York's General Business Law for Deceptive Acts or Practices § 349; (2) breached the express warranty (N.Y. U.C.C. § 2-313); (3) breached the implied warranty of merchantability (N.Y. U.C.C. §2-314); (4) committed common law fraudulent omission; (5) breached the implied and written warranties under the Magnuson-Moss Warranty Act (15 U.S.C. §2301, *et seq*.); (6) was unjustly enriched; (7) violated California's Consumers Legal Remedies Act, Cal. Civ. Code § 1750 *et seq.* ("CLRA"); (8) breached the express warranty, Cal. Com. Code § 2313; and (9) breached the of implied warranty of merchantability pursuant to California Song-Beverly Consumer Warranty Act (Cal. Civ. Code §§ 1792 and 1791.1, *et seq.*) and Cal. Comm. Code § 2314.

99.  **Adequate Representation**:  Plaintiffs will fairly and adequately protect the interests of the Class Members.  Plaintiffs have retained attorneys experienced in the prosecution of class actions, including consumer and product defect class actions, and Plaintiffs intend to prosecute this action vigorously.

100.  **Predominance and Superiority:**  Plaintiffs and the Class Members have all suffered and will continue to suffer harm and damages as a result of Defendant's unlawful and wrongful conduct.  A class action is superior to other available methods for the fair and efficient adjudication of the controversy.  Absent a class action, most Class Members would likely find the cost of litigating their

claims prohibitively high and would therefore have no effective remedy at law. Because of the relatively small size of the individual Class Members' claims, it is likely that only a few Class Members could afford to seek legal redress for Defendant's misconduct. Absent a class action, Class Members will continue to incur damages, and Defendant's misconduct will continue without remedy. Class treatment of common questions of law and fact would also be a superior method to multiple individual actions or piecemeal litigation in that class treatment will conserve the resources of the courts and the litigants and will promote consistency and efficiency of adjudication.

## VI.    CAUSES OF ACTION

### COUNT I

**VIOLATIONS OF NEW YORK'S GENERAL BUSINESS LAW FOR DECEPTIVE ACTS OR PRACTICES § 349 ("N.Y. GBL")
(On behalf of the Nationwide Class or, in the Alternative,
on behalf of the New York Sub-Class)**

101.    Plaintiff Daoud Shaaya incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

102.    Plaintiff Daoud Shaaya brings this cause of action on behalf of himself and the Nationwide Class, or in the alternative, the New York Sub-Class.

103.    Plaintiff and Class Members are "persons" within the meaning of N.Y. GBL § 349(h).

104.    The N.Y. GBL § 349 makes unlawful "[d]eceptive acts or practices in the conduct of any business, trade or commerce."  Defendant's conduct, as described above and below, constitutes "deceptive acts or practices" within the meaning of the New York GBL § 349.  Furthermore, Defendant's deceptive acts and practices, which were intended to mislead consumers who were in the process of purchasing and/or leasing the Defective Vehicles, constitute conduct directed at consumers.

105.    Defendant knew that the Class Vehicles' suffered from the DPF Defect, as described herein.

106.    In failing to disclose the DPF Defect, Defendant knowingly and intentionally concealed material facts and breached its duty not to do so, thereby engaging in deceptive acts or practices within the meaning of the N.Y. GBL § 349.

107.    Defendant was under a duty to Plaintiff and the other Class Members to disclose the defective nature of the Class Vehicles' DPFs because:

a.    Defendant was in a superior position to know the true state of facts about the safety defect in the Class Vehicles' DPF system;

b.    Plaintiff and the Class Members could not reasonably have been expected to learn or discover that their DPF systems were defective until after they purchased the Class Vehicles;

c.    Defendant knew that Plaintiff and Class Members could not reasonably have been expected to learn about or discover the DPF Defect; and

d.     Defendant actively concealed the defective nature of the Class

Vehicles' DPF system from Plaintiff and Class Members at the time of sale

and thereafter.

108.     Defendant knew, moreover, that it was required to warrant the DPF

under both the California and Federal Emissions Warranties (both of which apply to

vehicles registered in the state of New York).   By failing to do so, Defendant

deceived Class Members and deprived them of their rights relative to repair of the

Class Vehicles under California and federal law

109.     The facts concealed or not disclosed by Defendant to Plaintiff and the

other Class Members are material because a reasonable person would have

considered them to be important in deciding whether or not to purchase or lease

Defendant's Class Vehicles, or to pay less for them.

110.     Defendant continued to conceal the defective nature of the Class

Vehicles and their DPFs even after Class Members began to report problems.

Indeed, Defendant continues to cover up and conceal the true nature of this

systematic problem today.

111.     Plaintiff also asserts a violation of public policy arising from

Defendant's withholding of material safety facts from consumers.   Defendant's

violation of consumer protection and unfair competition laws resulted in harm to

consumers.

112.    Defendant's omissions of material facts, as set forth herein, also constitute deceptive acts or practices because they violate consumer protection laws, warranty laws and the common law as set forth herein.

113.    Thus, by its conduct, Defendant has engaged in deceptive acts or practices within the meaning of the N.Y. GBL § 349.

114.    Defendant's deceptive acts or practices occurred repeatedly in Defendant's trade or business, and were capable of deceiving a substantial portion of the purchasing public.

115.    As a direct and proximate result of Defendant's deceptive acts or practices, Plaintiff and Class Members have suffered and will continue to suffer actual damages. Had Plaintiff and other Class Members known that the Class Vehicles suffered from the DPF Defect described herein, they would not have purchased or leased the Class Vehicles or would have paid less for them.  Moreover, Plaintiff and Class Members have had to pay out of pocket expenses to repair the DPF Defect.

116.    Since Defendant's willful and knowing conduct caused injury to Plaintiff and Class Members, Plaintiff seeks recovery of actual damages or $50, whichever is greater, discretionary treble damages up to $1,000, punitive damages, reasonable attorneys' fees and costs, and an order enjoining Defendant's deceptive conduct, and any other just and proper relief available under N.Y. GBL § 349.

## COUNT II

### BREACH OF EXPRESS WARRANTY N.Y. U.C.C. § 2-313 & OR. REV. STAT. § 72.3130
### (On behalf of the Nationwide Class or, in the Alternative, on behalf of the New York and/or Oregon Sub-Class)

117.    Plaintiffs Daoud Shaaya and Zach Patterson incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

118.    Plaintiffs Daoud Shaaya and Zach Patterson bring this cause of action on behalf of themselves and the Nationwide Class, or in the alternative, the New York and/or Oregon Sub-Classes.

119.    Defendant provided all purchasers and lessees of the Class Vehicles with the NVLW described herein, which became a material part of the bargain. Accordingly, Defendant's express warranty is an express warranty under New York law.

120.    In NVLW, Defendant expressly warranted that it covered "defects in factory-supplied materials or factory workmanship." Defendant's NVLW provided 48 months/50,000 miles Basic Coverage.  Defendant's Federal Emission Warranty also provided coverage of 48 months/50,000 miles, and its California Emission Warranty provided coverage of 7 years/70,000 miles for high-cost emissions components. Plaintiffs' vehicles were within the mileage and durational limits of all of these coverage periods when they were charged by Defendant's dealers for DPF repairs that should have been covered.

51

121.    Defendant breached the express warranty through the acts and omissions described above.

122.    Plaintiffs were not required to notify Defendant of the breach because affording Defendant a reasonable opportunity to cure its breach of written warranty would have been futile.  Defendant was on notice of the DPF Defect from the complaints and service requests it received from Class Members, from repairs and/or replacements of the Class Vehicles' DPFs, and through other internal sources. Additionally, in connection with Plaintiff Shaaya's November 2018 repair and request for warranty coverage, Defendant's customer relations department was contacted and placed on direct notice of Plaintiff's claim.

123.    As a result of Defendant's breach of the applicable express warranties, owners and/or lessees of the Class Vehicles have suffered, and continue to suffer, an ascertainable loss of money, property, and/or value of their Class Vehicles. Additionally, as a result of the DPF Defect, Plaintiff and Class Members were harmed and suffered actual damages in that the Class Vehicles DPFs are substantially certain to fail before their expected useful life has run.

124.    As a result of Defendant's breach of the applicable express warranties, Plaintiff and Class Members are entitled to legal and equitable relief against Defendant, including actual damages, specific performance, attorney's fees, costs of suit, and other relief as appropriate.

125.     In addition, with respect to Class Members whose vehicles failed after the expiration of the applicable warranty period and were repaired within reasonable time thereafter, the durational limits of the warranty are unconscionable pursuant to New York Uniform Commercial Code Sec. 2-302(1) and (2) and Oregon Rev. Stat. Sec. 72.3020, because as alleged herein, Defendant was aware of the basic defects in the DPF system prior to selling or leasing the Class Vehicles and knew or should have known that the Class Vehicles suffered from the DPF Defect, but concealed or intentionally failed to reveal this information to Class Members in order to cause them to wait until after the warranty period to seek repairs.

## COUNT III

### BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY N.Y. U.C.C. § 2-314
### (On behalf of the Nationwide Class or, in the Alternative, the New York Sub-Class)

126.     Plaintiff Daoud Shaaya incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

127.     Plaintiff Daoud Shaaya brings this cause of action on behalf of himself and the Nationwide Class or, in the alternative, the New York Sub-Class.

128.     Class Vehicles are "goods" and Plaintiff and members of the Nationwide Class and New York Sub-Class are "buyers" within the meaning of §§ 2-103, 2-104, 2-105.  Defendant is also a "seller" "merchant," or "retail seller" under §§ 2-103-and 2-104.

129.     Defendant was at all relevant times the manufacturer, distributor, warrantor, and/or merchantor of the Class Vehicles.  Defendant knew or had reason to know of the specific use for which the Class Vehicles were purchased.

130.     Defendant provided Plaintiff and Class Members with an implied warranty that the Class Vehicles and any parts thereof were merchantable and fit for the ordinary purposes for which they were sold.  However, the Class Vehicles were and are not fit for their ordinary purpose of providing reasonably reliable and safe transportation because the Class Vehicles suffer from a DPF Defect that can make driving unreasonably dangerous.

131.     Defendant impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use.  This implied warranty included, among other things: (i) a warranty that the Class Vehicles' designed, manufactured, supplied, distributed, and marketed by Defendant were safe and reliable for providing transportation; and (ii) a warranty that the Class Vehicles' DPF would be fit for their intended use while the Class Vehicles were being operated.

132.     Contrary to the applicable implied warranties, the Class Vehicles, at the time of sale or lease and thereafter, were not fit for their ordinary and intended purpose of providing Plaintiffs and the other Class Members with reliable, durable, and safe transportation.  Instead, the Class Vehicles are defective, as described more fully above.

133.    Defendant's actions, as complained of herein, breached the implied warranty that the Class Vehicles were of merchantable quality and fit for such use in violation of U.C.C. § 2-314 *et. seq*.

## COUNT IV

### FRAUDULENT OMISSION
### (On behalf of the Nationwide Class or, in the Alternative, on behalf of the New York, California and/or Oregon Sub-Classes)

134.    Plaintiffs Dayoud Shaaya, Mark Freiburghouse, and Zach Patterson incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

135.    Plaintiffs Dayoud Shaaya, Mark Freiburghouse and Zach Patterson bring this cause of action on behalf of themselves, the Nationwide Class, or in the alternative, the New York, California and/or Oregon Sub-Classes.

136.    Defendant knew that the Class Vehicles' front DPF were defectively designed and/or manufactured, would fail, and were not suitable for their intended use.

137.    Defendant concealed from and failed to disclose to Plaintiffs and Class Members the defective nature of the Class Vehicles and their DPFs.

138.    Defendant was under a duty to Plaintiffs and Class Members to disclose the defective nature of the Class Vehicles' front DPF because:

a.    Defendant was in a superior position to know the true state of facts about the safety defect in the Class Vehicles' DPF system;

b.    Plaintiffs and the Class Members could not reasonably have been expected to learn or discover that their DPF systems were defective until after they purchased the Class Vehicles;

c.    Defendant knew that Plaintiffs and Class Members could not reasonably have been expected to learn about or discover the DPF Defect; and

d.    Defendant actively concealed the defective nature of the Class Vehicles' DPF system from Plaintiffs and Class Members at the time of sale and thereafter.

139.    The facts concealed or not disclosed by Defendant to Plaintiffs and the other Class Members are material in that a reasonable person would have considered them to be important in deciding whether to purchase or lease Defendant's Class Vehicles or pay a lesser price for them. Had Plaintiffs and Class Members known about the defective nature of the Class Vehicles' DPF systems, they would not have purchased or leased the Class Vehicles, or would have paid less for them.

140.    Defendant concealed or failed to disclose the true nature of the design and/or manufacturing defect(s) contained in the Class Vehicles' DPF system in order to induce Plaintiffs and Class Members to act thereon.  Plaintiffs and the other Class Members justifiably relied on Defendant's omissions to their detriment. This

detriment is evident from Plaintiffs' and Class Members' purchase or lease of Defendant's defective Class Vehicles.

141.    Defendant continued to conceal the defective nature of the Class Vehicles' DPF even after Class Members began to report problems. Indeed, Defendant continues to cover up and conceal the true nature of the problem today.

142.    As a direct and proximate result of Defendant's misconduct, Plaintiffs and Class Members have suffered and will continue to suffer actual damages.

## COUNT V

### BREACH OF IMPLIED AND WRITTEN WARRANTIES UNDER MAGNUSON-MOSS WARRANTY ACT, 15 U.S.C. § 2301 *et seq.*
### (On behalf of the Nationwide Class or, in the Alternative, on behalf of the California Emission States Sub-Class, the New York, California and/or Oregon Sub-Classes)

143.    Plaintiffs Dayoud Shaaya, Mark Freiburghouse, and Zach Patterson incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

144.    Plaintiffs bring this cause of action on behalf of themselves, the Nationwide Class, or in the alternative, the California Emission States Sub-Class, the New York, California and/or Oregon Sub-Classes.

145.    Plaintiffs and Class Members are "consumers" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(3).

146.     Defendant is a "supplier" and "warrantor" within the meaning of 15 U.S.C. §§ 2301(4)-(5).

147.     The Class Vehicles are "consumer products" within the meaning of 15 U.S.C. § 2301(1).

148.     Defendant's implied warranty is an "implied warranty" within the meaning of 15 U.S.C. § 2301(7).

149.     Defendant's express warranty is a "written warranty" within the meaning of 15 U.S.C. §2301(6).

150.     Defendant's Federal and California Emission Warranties are "written warrant[ies]" within the meaning of 15 U.S.C § 2301(6).

151.     Defendant breached the implied warranty and the express warranty by virtue of the above-described acts.

152.     Defendant further breached 15 U.S.C. § 2302(a)(3) by failing to fully and conspicuously disclose the parts and products covered by its Federal and California Emission Warranties.

153.     The Federal Emission Warranty purports to warrant for 4 years or 50,000 miles that the Class Vehicles are "free from defects in factory-supplied materials and workmanship which could cause the vehicle to fail applicable" emission regulations.  (Dkt. No. 30-4).  The DPF is critical for Class Vehicles' compliance with federal emissions regulations.  Defendant, however, omits

reference to the terms "DPF" or "Diesel Particulate Filter" in its Federal Emissions Warranty (Dkt. No. 30-4 at 17) and takes the position that the DPF is not covered.

154.    Similarly, Defendant's California Emission Warranty purports to cover "any part on the vehicle, or any part installed during a warranty repair, which affects any regulated emission from a motor vehicle that is subject to California emission standards." (Dkt. No. 30-4 at 19). However, Defendant omits reference to the terms "DPF" or "Diesel Particulate Filter" as a covered part and takes the position that the part is not covered.

155.    Defendant's failure to plainly and conspicuously identify the DPF as a covered part under its Federal and California Emission Warranties has damaged Plaintiffs and Class Members in that they cannot rely on Defendant's written warranty to enforce their rights under California and federal law and instead have paid out of pocket to repair the DPF defect.

156.    Plaintiffs and the other Class Members notified Defendant of the breach within a reasonable time and/or were not required to do so. Defendant was also on notice of the DPF Defect from, among other sources, Defendant's extensive pre-release testing, complaints from Class Members and dealer requests/feedback.

157.    Defendant's breach of the implied and express warranties deprived Plaintiffs and Class Members of the benefits of their bargains.

158.     As a direct and proximate result of Defendant's breach of the implied and express warranties, Plaintiffs and the other Class Members sustained damages and other losses in an amount to be determined at trial.   Defendant's conduct damaged Plaintiffs and the other Class Members, who are entitled to recover actual damages, consequential damages, specific performance, diminution in value, and costs, including statutory attorney fees and/or other relief as appropriate.

<div align="center">

**COUNT VI**

**UNJUST ENRICHMENT**
**(On behalf of the Nationwide Class or, in the Alternative,**
**on behalf of the California Emission States Class, the New York, California**
**and/or Oregon Sub-Classes)**

</div>

159.     Plaintiffs Daoud Shaaya, Mark Freiburghouse, and Zach Patterson incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

160.     Plaintiffs Daoud Shaaya, Mark Freiburghouse, and Zach Patterson bring this cause of action on behalf of themselves and the Nationwide Class or, in the alternative, the California Emission States Sub-Class, the New York, California and/or Oregon Sub-Classes.

161.     As a direct and proximate result of Defendant's failure to disclose known defects and that DPF is covered by the California and Federal Emissions Warranties, Defendant has profited through the sale and lease of the Class Vehicles.

Although these vehicles are purchased through Defendant's agents, the money from the vehicle sales flows directly back to Defendant.

162.    Additionally, as a direct and proximate result of Defendant's failure to disclose the DPF Defect in the Class Vehicles and the extent of the California and Federal Emission Warranty coverage, Plaintiffs and Class Members have vehicles that require repeated, high-cost repairs that can and therefore have conferred an unjust substantial benefit upon Defendant.

163.    Defendant has been unjustly enriched due to the known DPF Defect in the Class Vehicles through the use money paid that earned interest or otherwise added to Defendant profits when said money should have remained with Plaintiffs and Class Members.

164.    As a result of Defendant's unjust enrichment, Plaintiffs and Class Members have suffered damages.

## COUNT VII

### VIOLATION OF CALIFORNIA CONSUMERS LEGAL REMEDIES ACT, CAL. CIV. CODE § 1750 *et seq*.
**(On behalf of the Nationwide Class or, in the Alternative, the California Emission States Sub-Class, the California Sub-Class, New York Sub-Class and/or Oregon Sub-Class)**

165.    Plaintiffs Mark Freiburghouse, Daoud Shaaya and Zach Patterson hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

166.     Plaintiffs Mark Freiburghouse, Daoud Shaaya and Zach Patterson bring this cause of action on behalf of themselves and the Nationwide Class or, in the alternative, the California Emission States Sub-Class, the California Sub-Class, New York Sub-Class and/or Oregon Sub-Class.

167.     Defendant is a "person" as defined by California Civil Code § 1761(c).

168.     Plaintiff and the other Class Members are "consumers" within the meaning of California Civil Code § 1761(d).

169.     By failing to disclose and concealing the DPF Defect from Plaintiff and prospective Class Members, and by failing to disclose that the DPF is covered by the 7-year, 70,000 mile California Emission Warranty and the Federal Emission Warranty, Defendant violated California Civil Code § 1770(a), as it represented that the Class Vehicles had characteristics and benefits that they do not have, represented that the Class Vehicles were of a particular standard, quality, or grade when they were of another, and advertised the Class Vehicles with the intent not to sell them as advertised.  *See* Cal. Civ. Code §§ 1770(a)(5), (7) & (9).

170.     Defendant's unfair and deceptive acts or practices occurred repeatedly in Defendant's trade or business, were capable of deceiving a substantial portion of the purchasing public and imposed a serious safety risk on the public.

171.     Defendant knew that the Class Vehicles' suffered from the DPF Defect, as described herein.

172.    Defendant was under a duty to Plaintiff and Class Members to disclose the defective nature of the Class Vehicles' DPF because:

a.    Defendant was in a superior position to know the true state of facts about the safety defect in the Class Vehicles' DPF system;

b.    Plaintiff and the Class Members could not reasonably have been expected to learn or discover that their DPF systems were defective until after they purchased the Class Vehicles;

c.    Defendant knew that Plaintiff and Class Members could not reasonably have been expected to learn about or discover the DPF Defect; and

d.    Defendant actively concealed the defective nature of the Class Vehicles' DPF system from Plaintiff and Class Members at the time of sale and thereafter.

173.    Defendant knew, moreover, that it was required to warrant the DPF under both the California and Federal Emissions Warranties.  By failing to do so, Defendant deceived Class Members and deprived them of their rights relative to repair of the Class Vehicles under California and federal law.

174.    The facts concealed or not disclosed by Defendant to Plaintiff and the other Class Members are material because a reasonable consumer would have considered them to be important in deciding whether or not to purchase the Class Vehicles, or to pay less for them.  Had Plaintiff and other Class Members known

about the DPF Defect, and that Defendant would illegally exclude the DPF from warranty coverage, they would not have purchased the Class Vehicles or would have paid less for them.

175.    Plaintiff and the other Class Members are reasonable consumers who do not expect that their vehicles will suffer from a DPF Defect.  They further expect Defendant to provide warranty coverage as required by applicable laws.  That is the reasonable and objective consumer expectation for vehicle.

176.    As a direct and proximate result of Defendant's unfair or deceptive acts and practices, Plaintiff and the other Class Members have been harmed and have suffered and will continue to suffer actual damages in that the Class Vehicles and their DPF systems are defective and repeatedly fail requiring serial repairs or replacements, and are worth less than they would be if they had a non-defective vehicle.  The Class Vehicles' value is further diminished because Defendant fails to warrant this expensive emission-related component as required by law.

177.    By a letter dated August 28, 2020, sent via certified mail concurrently with the filing of this complaint, Plaintiff provided Defendant with notice of its alleged violations of the CLRA pursuant to California Civil Code Section 1782(a) and demanded that Defendant rectify the problems associated with the behavior detailed above.  If Defendant fails to agree to Plaintiff's demands within thirty (30)

days of the receipt of Plaintiff's letter, Plaintiff will seek leave to amend to seek damages.

178.    Accordingly, Plaintiff seeks an order enjoining the acts and practices described above, as well as any other equitable relief available pursuant to the CLRA.

## COUNT VIII

### VIOLATIONS OF THE UNFAIR COMPETITION LAW, CAL. BUS. & PROF. Code § 17200 *et seq.*
### (On behalf of the Nationwide Class or, in the alternative, the California Emission States Sub-Class, the California Sub-Class, New York Sub-Class and/or Oregon Sub-Class)

179.    Plaintiffs Mark Freiburghouse, Daoud Shaaya and Zach Patterson hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

180.    Plaintiffs Mark Frieburghouse, Daoud Shaaya and Zach Patterson bring this cause of action on behalf of themselves and the Nationwide Class or, in the alternative, the California Emission States Sub-Class, the California Sub-Class. New York Sub-Class and/or Oregon Sub-Class.

181.    California Business & Professions Code Section 17200 prohibits acts of "unfair competition," including any "unlawful, unfair or fraudulent business act or practice" and "unfair, deceptive, untrue or misleading advertising."

182.     Defendant knew that the Class Vehicles suffered from the DPF Defect, as described herein and that Defendant was required to warrant the DPF under the Federal and California Emission Warranties.

183.     In failing to disclose the DPF Defect, Defendant knowingly and intentionally concealed material facts and breached its duty not to do so, thereby engaging in a fraudulent business act or practice within the meaning of the UCL.

184.     Moreover, Defendant omitted reference to the terms "DPF" or "Diesel Particulate Filter" from its California and Federal Emissions Warranties in the Class Vehicles' warranty booklet in an effort to reduce the amount of money that it spends on warranty-related repairs knowing that it would be very difficult if not impossible for most consumers to discover this unlawful conduct. If Defendant properly identified the DPF as an emission-related and high-priced warranty part, then Land Rover dealerships would properly provide warranty coverage for the DPF Defect and consumers would be able protect their rights under the Federal and California Emission Warranties.

185.     Defendant was under a duty to Plaintiffs and the other Class Members to disclose the DPF Defect because:

      a.     Defendant was in a superior position to know the true state of facts about the safety defect contained in the Class Vehicles;

b.       Plaintiff and the Class Members could not reasonably have been expected to learn or discover that their Class Vehicles have a dangerous safety defect until after they purchased the Class Vehicles;

c.       Defendant knew that Plaintiff and the Class Members could not reasonably have been expected to learn about or discover the DPF Defect; and

d.       Defendant actively concealed the defective nature of the Class Vehicles' from Plaintiff and Class Members at the time of sale and thereafter.

186.    Defendant was also under a duty to disclose to Class Members and to its dealerships that the DPF is covered under the California and Federal Emission Warranties because: (1) Defendant is and was in a superior position to know the true state of facts about the duration of the Federal and California Emission Warranties and which parts should be covered as high-priced warranted parts; (2) Defendant has made partial disclosures about the extent of the Federal and California Emission Warranties; (3) Defendant has actively concealed and failed to identify all of the parts that are covered under the Federal and California Emission Warranties; and, (4) members of the Classes, including Plaintiffs, have suffered actual loss due to Defendant's concealment and false representations.  The facts concealed and not disclosed by Defendant to Plaintiff and members of the Classes are material.  Had Plaintiffs and members of the Classes known the true extent of the Federal and California Emission Warranties —and if Defendant had been truthful to its

dealerships and members of the Classes in listing the DPF system as covered under these warranties—Plaintiffs and members of the Classes would have been able to avoid spending money to repair the DPF defect.

187.    The facts concealed or not disclosed by Defendant to Plaintiff and the other Class Members are material because a reasonable person would have considered them to be important in deciding whether or not to purchase or lease Defendant's Class Vehicles, or to pay less for them.  Had Plaintiff and other Class Members known that the Class Vehicles suffered from the DPF Defect described herein, they would not have purchased or leased the Class Vehicles or would have paid less for them.

188.    Defendant's conduct is unfair because it intentionally refuses to provide warranty coverage for the DPF for the sole purpose of wrongfully limiting its warranty claims and with no regard for the fact that the public is being forced to pay for repairs which should be covered.  Plaintiffs and Class Members have suffered injury in fact and lost money or property as a result of Defendant's unfair business acts and practices.

189.    Defendant continued to conceal the defective nature of the Class Vehicles and their DPF even after Class Members began to report problems.  Indeed, Defendant continues to cover up and conceal the true nature of this systematic problem today.

190.     Defendant's omissions of material facts, as set forth herein, also constitute "unfair" business acts and practices within the meaning of the UCL, in that Defendant's conduct was injurious to consumers, offended public policy, and was unethical and unscrupulous.  Plaintiff is informed and believe, and based thereon allege, that despite its knowledge of the DPF Defect, Defendant rolled out the Class Vehicles without disclosing the problem to meet its own internal schedules and revenue goals.   The utility of this self-serving conduct, which only benefits Defendant and serves no public good, is greatly outweighed by the gravity of the potential harm to consumers.  Plaintiff also asserts a violation of public policy arising from Defendant's withholding of material safety facts from consumers.  Defendant's violation of consumer protection and unfair competition laws resulted in harm to consumers.

191.     Defendant's omissions of material facts, as set forth herein, also constitute unlawful business acts or practices because they violate consumer protection laws, warranty laws and the common law as set forth herein.

192.     Thus, by its conduct, Defendant has engaged in unfair competition and unlawful, unfair, and fraudulent business practices.

193.     Defendant's unfair and deceptive acts and practices occurred repeatedly in Defendant's trade or business and were capable of deceiving a substantial portion of the purchasing public. Defendant's failure to list the DPF as a covered part under

its California and Federal Emissions Warranties is likely to deceive an ordinary consumer as it concealed this information from consumers and from its dealerships in an effort to minimize the amount of money that it has to pay out in warranty claims.

194.    As a direct and proximate result of Defendant's unfair and deceptive acts and practices, Plaintiff and Class Members have suffered and will continue to suffer actual damages.    Defendant has been unjustly enriched and should be required to make restitution to Plaintiffs and Class Members pursuant to sections 17203 and 17204 of the Business & Professions Code.  Defendant's acts of unfair competition caused members of the Classes to suffer damage, presents a continuing threat and will persist and continue to do so unless and until this Court issues appropriate injunctive relief.

## COUNT IX

### BREACH OF EXPRESS WARRANTY, CAL. COM. CODE § 2313
**(On behalf of the Nationwide Class or, in the alternative, the California Sub-Class)**

195.    Plaintiff Mark Freiburghouse hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

196.    Plaintiff brings this cause of action on behalf of himself and the Nationwide Class or, in the alternative, the California Sub-Class.

197.    Defendant provided all purchasers and lessees of the Class Vehicles with the NVLW described herein, which became a material part of the bargain. Accordingly, Defendant's express warranty is an express warranty under California law.

198.    In NVLW, Defendant expressly warranted that it covered "defects in factory-supplied materials or factory workmanship." Defendant's NVLW provided 48 months/50,000 miles. Defendant's Federal Emission Warranty also provided coverage of 48 months/50,000 miles, and its California Emission Warranty provided coverage of 7 years/70,000 miles for high-cost emissions components.

199.    Plaintiff's vehicle is within the mileage and durational limits of these coverage periods.

200.    Defendant breached the express warranty through the acts and omissions described above.

201.    Plaintiff was not required to notify Defendant of the breach because affording Defendant a reasonable opportunity to cure its breach of written warranty would have been futile.  Defendant was on notice of the DPF Defect from the complaints and service requests it received from Class Members, from repairs and/or replacements of the Class Vehicles' DPFs, and through other internal sources.

202.    As a result of Defendant's breach of the applicable express warranties, owners and/or lessees of the Class Vehicles have suffered, and continue to suffer, an

ascertainable loss of money, property, and/or value of their Class Vehicles. Additionally, as a result of the DPF Defect, Plaintiff and Class Members were harmed and suffered actual damages in that the Class Vehicles DPFs are substantially certain to fail before their expected useful life has run.

203.     As a result of Defendant's breach of the express warranty, Plaintiff and Class Members are entitled to legal and equitable relief against Defendant, including actual damages, specific performance, attorney's fees, costs of suit, and other relief as appropriate.

## COUNT X

### BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY PURSUANT TO SONG-BEVERLY CONSUMER WARRANTY ACT, CAL. CIV. CODE §§ 1792 AND 1791.1 *et seq.*
### (On behalf of the Nationwide Class or, alternatively, the California Sub-Class)

204.     Plaintiff Mark Freiburghouse hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

205.     Plaintiff Mark Freiburghouse brings this cause of action on behalf of himself and the Nationwide Class or, alternatively, the California Sub-Class.

206.     Defendant was at all relevant times the manufacturer, distributor, warrantor, and/or seller of the Class Vehicles.  Defendant knew or had reason to know of the specific use for which the Class Vehicles were purchased.

207.     Defendant provided Plaintiff and Class Members with an implied warranty that the Class Vehicles and any parts thereof were merchantable and fit for the ordinary purposes for which they were sold.  However, the Class Vehicles were and are not fit for their ordinary purpose of providing reasonably reliable and safe transportation because the Class Vehicles suffer from a DPF Defect that can make driving unreasonably dangerous.

208.     Defendant impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use.  This implied warranty included, among other things: (i) a warranty that the Class Vehicles' designed, manufactured, supplied, distributed, and merchanted by Defendant were safe and reliable for providing transportation; and (ii) a warranty that the Class Vehicles' DPF would be fit for its intended use while the Class Vehicles were being operated.

209.     Contrary to the applicable implied warranties, the Class Vehicles at the time of sale or lease and thereafter, were not fit for their ordinary and intended purpose of providing Plaintiff and the other Class Members with reliable, durable, and safe transportation.  Instead, the Class Vehicles are defective, as described more fully above.

210.     Defendant's actions, as complained of herein, breached the implied warranty that the Class Vehicles were of merchantable quality and fit for such use

in violation of California Civil Code sections 1792 and 1791.1, and California Commercial Code section 2314.

## COUNT XI

### VIOLATION OF THE OREGON UNLAWFUL TRADE PRACTICES LAW, OR. REV. STAT. §§ 646.605 *et seq.*
### (On behalf of the Nationwide Class or, alternatively, the Oregon Sub-Class)

211.    Plaintiff Zach Patterson hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

212.    Plaintiff Zach Patterson brings this cause of action on behalf of himself and the Nationwide Class or, alternatively, the Oregon Sub-Class.

213.    Defendant is a "person" within the meaning of Or. Rev. Stat. § 646.605(4).

214.    By engaging in the acts described herein, Defendant violated Or. Rev. Stat. § 646.608 by:

a.    Representing that goods had characteristics, benefits or qualities they do not have (Or. Rev. Stat. § 646.608(1)(e);

b.    Representing that that goods are of a particular standard, quality or grade when they are of another; and,

c.    Advertising goods with intent not to provide them as advertised;

215.     Defendant's unfair and deceptive acts or practices occurred repeatedly in Defendant's trade or business, were capable of deceiving a substantial portion of the purchasing public and imposed a serious safety risk on the public.

216.     Defendant was under a duty to Plaintiff and Class Members to disclose the defective nature of the Class Vehicles' DPF as discussed in detail above.

217.     Defendant knew, moreover, that it was required to warrant the DPF under both the California and Federal Emissions Warranties.  By failing to do so, Defendant deceived Class Members and deprived them of their rights relative to repair of the Class Vehicles under California and federal law

218.     Plaintiff and Class Members were damaged by Defendant's conduct described above.

219.     Plaintiff and Class Members are entitled to actual damages, punitive damages, appropriate equitable relief and attorneys' fees under Oregon law as a result of Defendants' acts and omission described herein.  *See* Or. Rev. Stat. §§ 646.632, 646.636, 646.638.

## PRAYERS FOR RELIEF

**WHEREFORE**, Plaintiffs, on behalf of themselves and all others similarly situated, requests that the Court enter judgment against Defendant, and issue an order providing the following relief.

## **AS TO THE CLASS CLAIMS**

a.    That Defendant provide notice, in a form pre-approved by the counsel identified below, to all Class Members, and in the said notice offer to replace the defective DPF system contained in every Class Vehicle with a non-defective DPF system;

b.    That Defendant provide notice, in a form pre-approved by the counsel identified below, to all Class Members, and in the said notice extend the warranty for the Class Vehicles' DPF system as appropriate;

c.    That Defendant provide notice, in a form pre-approved by the counsel identified below, to all Class Members, and in said notice revise the Class Vehicle Federal and California Emission Warranties to unambiguously and conspicuously list the DPF as a covered part for the appropriate coverage period;

d.    That Defendant offer to reimburse all Class Members all expenses already incurred as a result of the DPF Defect, including repairs, diagnostics, and any other consequential and incidental damages (*e.g.* towing charges, vehicle rentals, etc.);

e.    That Defendant immediately cease the sale and leasing of the Class Vehicles at all authorized Jaguar Land Rover dealerships without first notifying the purchasers of the DPF Defect, and otherwise

immediately cease to engage in the violations of law as set forth above;

f.       Damages and restitution in an amount to be proven at trial including, but not limited to, out-of-pocket expenses and diminution in value;

g.       An order certifying the proposed Class and Sub-Class, designating Plaintiffs as named representatives of the Class and Sub-Class, and designating the undersigned as Class Counsel;

h.       A declaration that Defendant is financially responsible for notifying all Class Members about the defective nature of the Class Vehicles' DPF;

i.       Any and all remedies provided pursuant to the state consumer protection laws, express and implied warranty laws, and fraudulent omissions laws alleged herein;

j.       An award to Plaintiffs and the Class of compensatory, exemplary, and statutory damages, including interest, in an amount to be proven at trial;

k.       A declaration that Defendant must disgorge, for the benefit of the Class, all or part of the ill-gotten profits it received from the sale or lease of the Class Vehicles, and/or make full restitution to Plaintiffs and Class Members;

l.    An award of attorneys' fees and costs, as allowable under the N.J. Stat. Ann. § 56:8-19, N.Y. G.BL. § 349(h), Cal. Civ. Code § 1750 *et seq.*, and the other laws pursuant to which Plaintiff's claims are brought or as otherwise allowed by law;

m.    An award of pre-judgment and post-judgment interest, as provided by law;

n.    Leave to amend the Complaint to add additional class representatives, and conform to the evidence produced at trial; and

o.    Such other relief as may be appropriate under the circumstances.

## **<u>DEMAND FOR JURY TRIAL</u>**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs demand a trial by jury of any and all issues in this action so triable as of right.


Dated: August 29, 2022                    Respectfully submitted,

By:  */s/ Kelly M. Purcaro*
        Kelly M. Purcaro
        **A.Y. STRAUSS, LLC**
        101 Eisenhower Parkway, Suite 412
        Roseland, New Jersey 07068
        Tel.: (973) 287-5008
        Fax: (973) 226-4104
        kpurcaro@aystrauss.com

Marc L. Godino
*(admitted pro hac vice)*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
mgodino@glancylaw.com
lglancy@glancylaw.com

Kevin Landau
(*pro hac vice*)
Brett Cebulash
 (*pro hac vice* to be filed)
**TAUS, CEBULASH & LANDAU, LLP**
80 Maiden Lane, Suite 1204
New York, NY 10038
Tel.: (646) 873-7654
Fax: (212) 931-0703
klandau@tcllaw.com
cgoulding@tcllaw.com

Mark S. Greenstone
 (*admitted pro hac vice*)
**GREENSTONE LAW PC**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel.: (310) 201-9156
Fax: (310) 201-9160
mgreenstone@greenstonelaw.com

*Counsel for Plaintiffs and the Classes*

# EXHIBIT 1

**A.Y. STRAUSS, LLC**
Kelly M. Purcaro
101 Eisenhower Square, Suite 412
Roseland, New Jersey 07068
Tel.: (973) 287-5008
Fax: (973) 226-4104
kpurcaro@aystrauss.com

**GLANCY PRONGAY & MURRAY LLP**
Marc L. Godino
*(admitted pro hac vice)*
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel.: (310) 201-9150
Fax: (310) 201-9160
mgodino@glancylaw.com
lglancy@glancylaw.com
dmanning@glancylaw.com

*Counsel for Plaintiff and the Class*
*[Additional Counsel appear on signature page]*

<div align="center">

**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| DAOUD SHAAYA, MARK FREIBURGHOUSE, and ZACH PATTERSON individually and on behalf of a class of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA LLC,<br><br>Defendant. | Case No.: 2:20-cv-05679-CCC-MF<br><br>Civil Action<br><br>**DECLARATION OF MARK S. GREENSTONE IN SUPPORT OF PLAINTIFFS' SELECTION OF VENUE FOR TRIAL OF CLAIMS ARISING UNDER THE CALIFORNIA CONSUMERS LEGAL REMEDIES ACT** |

1.      I am the founding member of Greenstone Law, APC and I am admitted to practice before all the courts of the State of California, and admitted *pro hac vice* to practice before this Court. I make this declaration based upon my personal knowledge of the facts set forth herein, unless the context indicates otherwise, and if called as a witness, I could and would competently testify thereto.

2.      Pursuant to California Civil Code section 1780(d), this Declaration is submitted in support of Plaintiffs' selection of venue for the trial of Plaintiffs' cause of action alleging violations of California's Consumers Legal Remedies Act.

3.      This is a putative class action based upon an alleged automobile defect. Defendant Jaguar Land Rover North America LLC's corporate headquarters are located in this District and Defendant conducts business in this District regularly directly and/or through its network of dealers. As a result, thousands of putative Class Vehicles have been purchased or leased and serviced in this District.

4.      Based on the facts set forth herein, this Court is a proper venue for the prosecution of Plaintiffs' cause of action alleging violations of California's Consumers Legal Remedies Act because Defendant has its principal place of business in, resides in, and is doing business in this this District, and a substantial portion of the putative Class Members' transactions took place in this District.

2

I declare under penalty of perjury under the laws of the United States of America and the State of California that the forgoing is true and correct.

Executed this 29th day of August, 2022 in Los Angeles, California.

Mark S. Greenstone

EXHIBIT 2



| CALIFORNIA AIR RESOURCES BOARD | JAGUAR LAND ROVER LIMITED | Executive Order: A-409-0047<br>New Passenger Cars, Light-Duty Trucks and Medium-Duty Vehicles<br>Page 1 of 4 |
|---|---|---|

Pursuant to the authority vested in California Air Resources Board by Health and Safety Code (HSC), Division 26, Part 5, Chapter 2; and pursuant to the authority vested in the undersigned by HSC Sections 39515 and 39516 and Executive Order G-14-012;

IT IS ORDERED AND RESOLVED:That the following exhaust and evaporative emission control systems produced by the manufacturer are certified as described below. Production vehicles shall be in all material respects the same as those for which certification is granted.

## TEST GROUP INFORMATION

| MODEL YEAR | TEST GROUP | | VEHICLE CLASS(ES) | | | FUEL CATEGORY | | FUEL TYPE | |
|---|---|---|---|---|---|---|---|---|---|
| 2018 | JJLXT03.0GTR | | LDT4 | | | DEDICATED SINGLE FUEL VEHICLE | | DIESEL | |

| USEFUL LIFE (miles) | | | VEHICLE EMISSION CATEGORY | | | | INTERIM / INTERMEDIATE IN-USE STD | |
|---|---|---|---|---|---|---|---|---|
| EXH/ORVR | EVAP | | FTP | | SFTP | | FTP | SFTP |
| 150000 | * | | LEV3 LEV160 | LEV 3 LEV STAND-ALONE | | | * | * |

| SPECIAL FEATURES & EXHAUST EMISSION CONTROL SYSTEMS | | | OBD STATUS | | ENGINE DISPLACEMENT (L) |
|---|---|---|---|---|---|
| 1 | OC, DPF, SCRC, WR-HO2S, NOXS(2), PMS, DFI, TC, CAC, EGR, EGRC | | FULL | * | |
| * | * | | PARTIAL | * | 3.0 |
| * | * | | PARTIAL WITH FINES | ALL MODELS | |

## EVAPORATIVE & REFUELING (EVAP/ORVR) FAMILY INFORMATION

| EVAP / ORVR FAMILY | EVAPORATIVE STD CATEGORY | EVAP EMISSION STD VEHICLE CLASS | SPECIAL FEATURES |
|---|---|---|---|
| * | * | * | * |

## EMISSION CREDIT INFORMATION

| NMOG+NOX FLEET AVE. CREDIT FOR EXTENDED WARRANTY | NMOG CREDIT FOR NON-PZEV ZERO-EVAP | NMOG CREDIT FOR DOR | OPTIONAL EXH. STD FOR WORK TRUCKS |
|---|---|---|---|
| N | N | N | N |

## NMOG AND FLEET AVERAGE INFORMATION

| NMOG RAF | CH4 RAF | FTP NMOG/NMHC RATIO | HCHO/NMHC RATIO | NMOG+NOX FLEET STD PC+LDT (0-3750 LVW) (g/mi) | NMOG+NOX FLEET STD LDT (3751 LVW-8500 GVWR) + MDPV (g/mi) | NMOG+NOX FLEET STD MDV (10,001-14,000 GVWR) (g/mi) |
|---|---|---|---|---|---|---|
| * | * | * | 0.04 | 0.079 | 0.092 | * |

See the Attachment for Vehicle Models, Evaporative Family, Engine Displacement, Emission Control Systems, Phase-In Standards, OBD Compliance, Emission Standards and Certification Levels, and Abbreviations.



| | JAGUAR LAND ROVER LIMITED | Executive Order: A-409-0047 New Passenger Cars, Light-Duty Trucks and Medium-Duty Vehicles Page 2 of 4 |
|---|---|---|

**BE IT FURTHER RESOLVED:**
The exhaust and evaporative emission standards and the certification emission levels for the listed vehicles are as listed on the Attachment. Compliance with the 50° Fahrenheit testing requirement may have been met based on the manufacturer's submitted compliance plan in lieu of testing. Any debit in the manufacturer's fleet average compliance requirement for NMOG+NOx or Vehicle Equivalent Credit (13 CCR Sections 1961.2(b)(1), 1961.2(b)(3), or 1961.2(c)(3), and the incorporated test procedures, as applicable), or Greenhouse Gas Emissions (13 CCR Section 1961.3, or 17 CCR Section 95663, and the incorporated test procedures, as applicable), for PC, LDT, MDPV or MDV shall be equalized as required.

**BE IT FURTHER RESOLVED:**
For the listed vehicle models, the manufacturer has attested to compliance with Title 13, California Code of Regulations, (13 CCR) Sections 1965 [emission control labels], 1968.2 [on-board diagnostic, full or partial compliance], 2035 et seq. [emission control warranty], 2235 [fuel tank fill pipes and openings] (gasoline and alcohol fueled vehicles only), and "High-Altitude Requirements" and "Inspection and Maintenance Emission Standards" (California 2015 and Subsequent Model Criteria Pollutant Exhaust Emission Standards and Test Procedures and 2017 and Subsequent Model Greenhouse Gas Exhaust Emission Standards and Test Procedures for PC, LDT and MDV).

**BE IT FURTHER RESOLVED:**
The listed vehicle models are conditionally certified in accordance with 13 CCR Section 1968.2(k) (deficiency and fines provisions for certification of malfunction and diagnostic system) because the on-board diagnostic II (OBD) system of the vehicles has been determined to have seven (7) deficiencies. The listed vehicle models are approved subject to the manufacturer paying a fine of two hundred and fifty dollars ($250) per vehicle for the third through seventh deficiencies in the listed test group that is produced and delivered for sale in California.

On a quarterly basis, the manufacturer shall submit to the Air Resources Board reports of the number of vehicles produced and delivered for sale in California and pay the full fine owed for that quarter pursuant to this conditional certification. Payment shall be made payable to the State Treasurer for deposit in the Air Pollution Control Fund no later than thirty (30) days after the end of each calendar quarter during the 2018 model-year production period. Failure to pay the quarterly fine, in full, in the time provided, may be cause for the Executive Officer to rescind this conditional certification, effective from the start of the quarter in question, in which case all vehicles covered under this conditional certification for that quarter and all future quarters would be deemed uncertified and subject to a civil penalty of up to $37,500 per violation per vehicle pursuant to HSC Section 43154.

Vehicles certified under this Executive Order shall conform to all applicable California emission regulations.

The Bureau of Automotive Repair will be notified by copy of this Executive Order.

Executed at El Monte, California on this __15__ day of February 2018.

Annette Hebert, Chief
Emissions Compliance, Automotive Regulations and Science Division



| CALIFORNIA AIR RESOURCES BOARD | JAGUAR LAND ROVER LIMITED | Executive Order: A-409-0047 New Passenger Cars, Light-Duty Trucks and Medium-Duty Vehicles Page 3 of 4 |

# ATTACHMENT

## EXHAUST AND EVAPORATIVE EMISSION STANDARDS AND CERTIFICATION LEVELS

### EXHAUST EMISSION STANDARDS AND CERTIFICATION LEVELS (FTP, HWFET, 50°F, 20°F)

CH4: methane; NMOG: non-CH4 organic gas; HC: hydrocarbon; NMHC: non-CH4 HC; CO: carbon monoxide; NOx: oxides of nitrogen; HCHO: formaldehyde; PM: particulate matter; RAF: reactivity adjustment factor; 2DHS/3DHS [g HC/test]: 2/3 days diurnal+hot-soak; RL [g HC/mi]: running loss; ORVR [g HC/gallon dispensed]: on-board refueling vapor recovery; g: gram; mg: milligram; mi: mile; K: 1000 miles; F: degrees Fahrenheit; FTP: federal test procedure; SFTP: supplemental FTP

| | FUEL TYPE | NMHC+NOx (g/mi) | | CO (g/mi) | | NOx (g/mi) | | HCHO (mg/mi) | | PM (g/mi) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CERT | STD | CERT | STD | CERT | STD | CERT | STD | CERT | STD |
| FTP@50K | * | * | * | · * | * | * | * | * | * | * | * |
| FTP@UL | DIESEL-EPA | 0.082 | 0.160 | 0.3 | 4.2 | * | * | 2 | 4 | 0.000 | 0.003 |
| 50°F @4K | * | * | * | * | * | * | * | * | * | | |

| | FUEL TYPE | NMHC+NOx (g/mi) | | CO (g/mi) | |
|---|---|---|---|---|---|
| | | CERT | STD | CERT | STD |
| HWFET @ 50K | * | * | * | | |
| HWFET @ UL | DIESEL-EPA | 0.034 | 0.160 | | |
| 20°F @ 50K | * | | | * | * |

### SFTP EXHAUST EMISSION STANDARDS AND CERTIFICATION LEVELS

| FUEL TYPE | | | US06 | | | SC03 | | COMPOSITE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | NMHC+NOx (g/mi) | CO (g/mi) | PM (mg/mi) | NMHC+NOx (g/mi) | CO (g/mi) | NMHC+NOx (g/mi) | CO (g/mi) | PM (mg/mi) |
| @ 4K | * | CERT | * | * | | * | * | | | |
| | | STD | * | * | | * | · * | | | |
| @ UL | DIESEL-EPA | CERT | 0.028 | 0.0 | 3.4 | 0.058 | 0.0 | * | * | * |
| | | STD | 0.140 | 9.6 | 10 | 0.100 | 3.2 | * | * | * |
| | | BIN | | | | | | * | | |

### WHOLE VEHICLE EVAPORATIVE EMISSION STANDARDS AND CERTIFICATION LEVELS

| EVAPORATIVE FAMILY | FUEL TYPE | WHOLE VEHICLE EVAPORATIVE TESTING | | | | | | RL (g/mi) @ UL | |
|---|---|---|---|---|---|---|---|---|---|
| | | 3DHS (g/test) @ UL | | | 2DHS (g/test) @ UL | | | | |
| | | CERT | STD | FEL | CERT | STD | FEL | CERT | STD |
| * | * | * | * | * | * | * | * | * | * |

### ORVR / FUEL ONLY / CANISTER BLEED EVAPORATIVE EMISSION STANDARDS AND CERTIFICATION LEVELS

| EVAPORATIVE FAMILY | ORVR (g/gallon) @ UL | | | FUEL TYPE | FUEL ONLY EVAP & CANISTER BLEED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3DHS RIG TEST (g/test) @ UL | | 2DHS RIG TEST (g/test) @ UL | | BLEED CANISTER TEST (g/test) @ 4K | |
| | FUEL TYPE | CERT | STD | | CERT | STD | CERT | STD | CERT | STD |
| * | * | * | * | * | * | * | * | * | * | * |

### EFFECTIVE LEAK DIAMETER STANDARD AND CERTIFICATION LEVEL (INCHES)

| EVAPORATIVE FAMILY | LEAK FAMILY | CERT | STD |
|---|---|---|---|
| * | * | * | * |



| | | Executive Order: A-409-0047 |
|---|---|---|
| CALIFORNIA AIR RESOURCES BOARD | JAGUAR LAND ROVER LIMITED | New Passenger Cars, Light-Duty Trucks and Medium-Duty Vehicles Page 4 of 4 |

\*: not applicable; #: pounds; UL: useful life; PC: passenger car; LDT: light-duty truck; LDT1: LDT<6000#GVWR,0-3750#LVW; LDT2: LDT<6000#GVWR,3751-5750#LVW; LDT3: LDT 6001-8500#GVWR,3751-5750#ALVW; LDT4: LDT 6001-8500#GVWR,5751-8500#ALVW; MDV: medium-duty vehicle; MDV4: MDV 8501-10000#GVWR; MDV5: MDV 10001-14000#GVWR; MDPV: medium-duty passenger vehicle; HDV: heavy-duty vehicle; ECS: emission control system; CERT: certification; STD: standard; FEL: family emission limit; GVWR: gross vehicle weight rating; LVW: loaded vehicle weight; ALVW: adjusted LVW; LEV: low emission vehicle; ULEV: ultra LEV; SULEV: super ULEV; ZEV: zero-emission vehicle; TZEV: transitional ZEV; TWC/OC: 3-way/oxidizing catalyst; ADSTWC: adsorbing TWC; HAC: HC adsorbing catalyst; WU: warm-up catalyst; NAC: NOx adsorption catalyst; SCR-U or SCRC/SCR-N or SCRC-NH3: selective catalytic reduction-urea/ammonia; NH3OC: ammonia oxidation catalyst; CTOX/PTOX: continuous/periodic trap oxidizer; DPF: diesel particulate filter (active); GPF: PM filter for spark-ignited engine; HO2S/O2S: heated/oxygen sensor; WR-HO2S or AFS: wide range/linear/heated air-fuel ratio sensor; NOXS: NOx sensor; PMS: PM sensor; RDQS: reductant quality sensor; NH3S: ammonia sensor; EGR: exhaust gas recirculation; EGRC: EGR cooler; AIR/AIRE: secondary air injection (belt driven)/(electric driven); PAIR: pulsed AIR; SFI/MFI: sequential/multiport fuel injection; DFI/IFI: direct/indirect fuel injection; TC/SC: turbo/super charger; CAC: charge air cooler; FFH: fuel fired heater; F/P/$: full/partial/partial with fines on-board diagnostic; DOR: direct ozone reducing; HCT: hydrocarbon trap; BCAN: bleed carbon canister; prefix 2: parallel; (2) suffix: series; CNG/LNG: compressed/liquefied natural gas; LPG: liquefied petroleum gas; E85: "85%" ethanol ("15%"gasoline) fuel; E10: "10%" ethanol ("90%"gasoline) fuel; A: automatic (with lockup); M: manual transmission; SA: semi-automatic transmission; CV: continuously variable transmission; SCV: selectable continuously variable transmission; AM: automated manual transmission; AMS: automated manual-selectable transmission; OT: other transmission; AER: all-electric range; EAER: equivalent AER; PHEV: plug-in hybrid electric vehicle

## 2018 MODEL YEAR: VEHICLE MODELS INFORMATION

| MAKE | MODEL | VEH CLASS | ENGINE (L) | TRANS TYPE | EVAPORATIVE FAMILY | EXH ECS | OBD |
|---|---|---|---|---|---|---|---|
| LAND ROVER | DISCOVERY | LDT4 | 3.0 | SA8 | * | 1 | $ |
| LAND ROVER | RANGE ROVER | LDT4 | 3.0 | SA8 | * | 1 | $ |
| LAND ROVER | RANGE ROVER SPORT | LDT4 | 3.0 | SA8 | * | 1 | $ |

EXHIBIT 3

 

Application for Certification

**JJLXT03.0GTR**

Page **1** of **39**

| L405 L494 L462 | Part 1 | Issued: 11/15/17 |
|---|---|---|

# Application for Emissions Certification

| | |
|---|---|
| Model Year: | 2018 |
| Durability Group: | JJLXDPDNNGTR |
| Test Group: | JJLXT03.0GTR |
| Summary Sheet No: | CSI-JJLXT03.0GTR |
| Durability Group Description: | Four Stroke, Diesel Cycle<br>Diesel Fuelled<br>Direct Fuel Injection<br>Ceramic Monolith Pt/Pd Catalyst |
| Test Group Description: | 3.0 litre TDV6 |
| Applicable Standards: | Federal LDT4 – Tier 3 Bin 160<br>California LDT2 – LEV 3 LEV160 |
| Carline Covered: | 210: Range Rover TDV6<br>220: Range Rover Sport TDV6<br>176: Discovery |

| Vehicles Tested: | EDV | Config | Test | Test Number |
|---|---|---|---|---|
| EDV / FEDV | LXFTT208 | 00 | FTP | GJLX91002795 |
| | | | HWY | GJLX91002796 |
| | | | US06 | GJLX91002794 |
| | | | SC03 | GJLX10037454 |
| | | | FTP20°F | GJLX10037453 |

| | |
|---|---|
| EPA Response Requested By: | November 30th, 2017 |
| For questions, Contact: | Vahakn Varjabedian  (201) 818 – 8139 |
| | Martin Haggett (+44) 24 7656 6678 |
| | Mark Osborne (+44) 24 7656 5311 |

REVISED:



Application for Certification
**JJLXT03.0GTR**

Page **2** of 39

**L405 L494 L462**                    **Part 1**                    Issued: 11/15/17

**Table of contents**

| Section | Contents | Reference, Applicability |
|---|---|---|
| 1 | Correspondence and Communications | Common Section, Section 1 |
| 2 | Durability Group Description | Common Section, Section 2 |
| 3 | Evaporative/Refueling Family Description | Not applicable |
| 4 | Durability Procedure Description | Common Section, Section 4 |
| 5 | Test Group Description | |
| 6 | Test Vehicle Description | |
| 7 | Test Results | |
| 8 | Emission Testing Waiver Statement | |
| 9 | OBD System Description | CBI Version Only |
| 10 | Description of Alternate-Fueled Vehicles | Not applicable |
| 12 | Description of Vehicles Covered by Certificate and Test Parameters | |
| 13 | Projected Sales | Common Section, Section 13 |
| 14 | Request for Certification | Common Section, Section 14 |
| 15 | Other Information | |
| 16 | Confidential Information | Common Section, Section 16 |
| 17 | California ARB Information | |
| 18 | Revisions | |

REVISED:

Application for Certification
**JJLXT03.0GTR**

| L405 L494 L462 | Part 1 | Issued: 11/15/17 |
| --- | --- | --- |

**5.      Test Group Description**

5.1.      Test Group name                    JJLXT03.0GTR

5.2.      Summary Sheet number         CSI- JJLXT03.0GTR

5.3.      Engine displacement             2993 cm³, (183 in.³)

5.4.      Arrangement and number of cylinders:

5.4.1.   Arrangement of cylinders:      V-Configuration

5.4.2.   Number of cylinders:            6

5.5.      Emission standards

5.5.1.   Vehicle class covered           Federal      – LDT4
                                                        California  – LDT2

5.5.2.   Participation in NLEV            Not applicable

5.5.3.   Emission standards class       Federal     – Tier 3 Bin 160
                                                        California – LEV 3 LEV160

5.5.4.   Applicable emission standards   Refer to Enclosure 1 of Section 7.

REVISED:



Application for Certification

**JJLXT03.0GTR**

Page **4** of **39**

| L405 L494 L462 | **Part 1** | Issued: 11/15/17 |

## 6.    Test Vehicle Description

### 6.1.    Test Vehicles

| Carline | Test Vehicle No. | Cfg. No. | Engine Displ. (cm³) | Emission Control System | Engine Code | Trans | ETW | Axle Ratio | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 210 | LKFVP020 | 00 | 2993 | DFI/TC/CAC/EGR/WR-H02S/OC/DPF/SCRC/NOXS(2)/PMS | 3.0AJD-16 | L8 | 5500 | 3.21 | DDV |
| 220 | LXFTT208 | 00 | 2993 | DFI/TC/CAC/EGR/WR-H02S/OC/DPF/SCRC/NOXS(2)/PMS | 3.0AJD-16 | L8 | 5500 | 3.21 | EDV / FEDV |
| 176 | 3DHTT007 | 00 | 2993 | DFI/TC/CAC/EGR/WR-H02S/OC/DPF/SCRC/NOXS(2)/PMS | 3.0AJD-17 | L8 | | | FEDV |

For complete vehicle descriptions, refer to Vehicle Information submitted to the EPA Central Data Exchange (CDX) Verify System, or to the Summary Sheet enclosed in Section 7 of this application.

REVISED:



Application for Certification

### JJLXT03.0GTR

Page **5** of **39**

| L405 L494 L462 | **Part 1** | Issued: 11/15/17 |

6.1.1.    Test Vehicle Description

Test Vehicle Information Details
Information Process Code : N
EPA Manufacturer Code : JLX
Vehicle Identification Text : LXFTT208
Vehicle Configuration Number : 0
Vehicle Configuration Details
Vehicle Description Details
Manufacturer Vehicle Configuration Number : 0
Test Group Name : GJLXT03.0GTR
Model Year : 2016
Actual Test Vehicle Make Text : Land Rover
Actual Test Vehicle Model Text : Range Rover Sport

Drive Source Details
Drive Source Identifier : C
Fuel Identifier : D

Fuel Cell Indicator : N
Rechargeable Energy Storage System Indicator : N
Off Board Charge Capability Indicator : N
Test Drive Code : 4
Shift Indicator Light Usage Identifier : 1
Aged Component Usage Identifier : 4
Odometer Correction Details
Correction Initial Value : 0
Correction Factor Value : 1.0
Correction Sign Identifier : -
Correction Units Code : M

Engine Code Text : 3.0AJD-16
Engine Rated Horsepower Value : 258
Engine Displacement Value : 3.0
Air Aspiration Details
Air Aspiration Method Identifier : TC
Air Aspiration Device Count : 1
Air Aspiration Configuration Identifier : N

Charge Air Cooler Identifier : L
Emissions Control Device Comments Text : Direct Fuel Injection, Mono Turbo, Charge Air Cooler,
Downpipe Oxidation Catalyst, Particle filter, SCR catalyst with DEF injection.
Vehicle Specifications Details
Curb Weight Value : 5140
Equivalent Test Weight Value : 5500
Gross Vehicle Weight Rating Value : 6614
NV Ratio Value : 23.9
Axle Ratio Value : 3.21

REVISED:



Application for Certification

**JJLXT03.0GTR**

Page **6** of **39**

| L405 L494 L462 | **Part 1** | Issued: 11/15/17 |

Transmission Specifications Details
Light Duty Transmission Type Identifier : SA
Transmission Lockup Indicator : Y
Transmission Creeper Gear Indicator : N
Transmission Gear Count : 8

Target Set Coefficient Details
Test Procedure Dynamometer Coefficients Category : Cold-CO
Target CoefficientA Value : 54.96
Target CoefficientB Value : 0.2912
Target CoefficientC Value : 0.02982
Set CoefficientA Value : -0.427
Set CoefficientB Value : -0.04342
Set CoefficientC Value : 0.02678

Target Set Coefficient Details
Test Procedure Dynamometer Coefficients Category : US06
Target CoefficientA Value : 49.47
Target CoefficientB Value : 0.2621
Target CoefficientC Value : 0.02684
Set CoefficientA Value : -0.427
Set CoefficientB Value : -0.04342
Set CoefficientC Value : 0.02678

Target Set Coefficient Details
Test Procedure Dynamometer Coefficients Category : C-H-E
Target CoefficientA Value : 49.47
Target CoefficientB Value : 0.2621
Target CoefficientC Value : 0.02684
Set CoefficientA Value : -0.427
Set CoefficientB Value : -0.04342
Set CoefficientC Value : 0.02678


EPA Generated Test Vehicle Details
Original Receipt Date : 20150629
Hybrid Vehicle Indicator : N
Adjusted Loaded Vehicle Weight Value : 5877
Loaded Vehicle Weight Value : 5440
Total Road Load Horsepower Value : 17.3

Transaction Status Details
Transaction Status Identifier : ACCEPTED

REVISED:



Application for Certification
## JJLXT03.0GTR

| L405 L494 L462 | **Part 1** | Issued: 11/15/17 |

Test Vehicle Information Details
Information Process Code : N
EPA Manufacturer Code : JLX
Vehicle Identification Text : 3DHTT007
Vehicle Configuration Number : 0
Vehicle Configuration Details
Vehicle Description Details
Manufacturer Vehicle Configuration Number : 0
Test Group Name : HJLXT03.0GTR
Model Year : 2017
Actual Test Vehicle Make Text : Land Rover
Actual Test Vehicle Model Text : Discovery

Drive Source Details
Drive Source Identifier : C
Fuel Identifier : D

Fuel Cell Indicator : N
Rechargeable Energy Storage System Indicator : N
Off Board Charge Capability Indicator : N
Test Drive Code : 4
Shift Indicator Light Usage Identifier : 1
Aged Component Usage Identifier : 4
Odometer Correction Details
Correction Initial Value : 0
Correction Factor Value : 1.0
Correction Sign Identifier : -
Correction Units Code : M

Engine Code Text : 3.0AJTD-16
Engine Rated Horsepower Value : 258
Engine Displacement Value : 3.0
Air Aspiration Details
Air Aspiration Method Identifier : TC
Air Aspiration Device Count : 1
Air Aspiration Configuration Identifier : N

Charge Air Cooler Identifier : L
Emissions Control Device Comments Text : Direct fuel injection, mono turbo, charge air cooler, cooled EGR, downpipe oxidation catalyst, particle filter, SCR catalyst with DEF injection.
Vehicle Specifications Details
Curb Weight Value : 5335
Equivalent Test Weight Value : 5500
Gross Vehicle Weight Rating Value : 6724
NV Ratio Value : 23.9
Axle Ratio Value : 3.21

REVISED:



Application for Certification

**JJLXT03.0GTR**

Page **8** of **39**

Transmission Specifications Details
Light Duty Transmission Type Identifier : SA
Transmission Lockup Indicator : Y
Transmission Creeper Gear Indicator : N
Transmission Gear Count : 8

Target Set Coefficient Details
Test Procedure Dynamometer Coefficients Category : C-H-E
Target CoefficientA Value : 68.64
Target CoefficientB Value : 0.0949
Target CoefficientC Value : 0.03360
Set CoefficientA Value : 7.194
Set CoefficientB Value : -0.0600
Set CoefficientC Value : 0.031325

Target Set Coefficient Details
Test Procedure Dynamometer Coefficients Category : US06
Target CoefficientA Value : 68.64
Target CoefficientB Value : 0.0949
Target CoefficientC Value : 0.03360
Set CoefficientA Value : 7.194
Set CoefficientB Value : -0.0600
Set CoefficientC Value : 0.031325

Target Set Coefficient Details
Test Procedure Dynamometer Coefficients Category : Cold-CO
Target CoefficientA Value : 76.26
Target CoefficientB Value : 0.1054
Target CoefficientC Value : 0.03733
Set CoefficientA Value : 7.194
Set CoefficientB Value : -0.0600
Set CoefficientC Value : 0.031325

Manufacturer Comment Text : Discovery FEDV 3.0 Diesel

EPA Generated Test Vehicle Details
Original Receipt Date : 20160926
Hybrid Vehicle Indicator : N
Adjusted Loaded Vehicle Weight Value : 6029
Loaded Vehicle Weight Value : 5635
Total Road Load Horsepower Value : 21.0

Transaction Status Details
Transaction Status Identifier : ACCEPTED

REVISED:

 

Application for Certification
**JJLXT03.0GTR**
Page **9** of **39**

6.2.     EDV Selection

All vehicle configurations certified are covered by data from the above EDVs.

6.3.     VERIFY Test Numbers

| EDV | Type of Test | Test Number. |
|-----|--------------|--------------|
| LXFTT208 | FTP | GJLX91002795 |
| | HWY | GJLX91002796 |
| | US06 | GJLX91002794 |
| | SC03 | GJLX10037454 |
| | FTP20°F | GJLX10037453 |

REVISED:



Application for Certification

**JJLXT03.0GTR**

Page **10** of **39**

| L405 L494 L462 | **Part 1** | Issued: 11/15/17 |

7.        **Test Results (Cover page)**

Refer to the enclosed Certification Summary Information Report processed by the EPA VERIFY system.

REVISED:

**Certification Summary Information Report**

| Manufacturer | Jaguar Land Rover Limited | Manufacturer Code | JLX |
|---|---|---|---|
| Test Group | JJLXT03.0GTR | Evaporative/Refueling Family | -- |
| Certificate Number | -- | CARB Executive Order # | -- |
| Certificate Issue Date | -- | Certificate Revision Date | -- |
| Certificate Effective Date | -- | Conditional Certificate | -- |
| CSI Revision # | -- | CSI Submission/Revision Date | 11/20/2017 06:35:11 AM |
| Model Year | 2018 | | |

## Test Group Information

| CSI Type | New | Running Change Reference Number | -- |
|---|---|---|---|
| GHG Exempt Status | Not Exempt | | |

## Drive Sources and Fuel(s)

**Drive Source  #1:**          Combustion Engine

| Fuel | Basic Fuel Metering System | Lean Burn Strategy Indicator |
|---|---|---|
| Diesel | Common Rail Direct Diesel Injection | -- |

| Hybrid Indicator | No | | |
|---|---|---|---|
| Multiple Fuel Storage | -- | Rechargeable Energy Storage System Indicator | No |
| Multiple Fuel Combustion | -- | Off-board Charge Capable Indicator | No |
| Fuel Cell Indicator | No | EPA Vehicle Class | LDT4 |
| Federal Clean Fuel Vehicle | No | Federal Clean Fuel Vehicle Standard | -- |
| Federal Clean Fuel Vehicle ILEV | No | California Partial Zero Emissions Vehicle Indicator | Yes |
| Durability Group Name | JJLXDPDNNGTR | Durability Group Equivalency Factor | 1 |
| Reduced Fee Test Group | No | Certification Region Code(s) | FA, CA |
| Complies with HD GHG 2b/3 regulations? | No | | |
| Introduction into Commerce Date | -- | CAP2000 Conditional Certificate? | N/A |
| Independent Commercial Importer? | -- | Alternative Fuel Converter Certificate? | -- |
| SFTP Federal Composite Compliance Identifier | Not Applicable | SFTP Tier 2 Composite CO Option | No |
| SFTP LEV-III Composite Compliance Indicator | No | | |
| OBD Compliance Type | CARB | OBD Demonstration Vehicle Test Group | JJLXV02.0RTX |
| Test Group OBD Compliance Level | Partial - with deficiencies | Number of Test Group OBD Deficiencies | 6 |
| OBD Deficiencies Comments | Deficiencies: 1. EGR response 2. Over boost 3. NOx sensor offset monitoring 4. Reduced efficiency SCR 5. Fuel System injector quality lean monitoring 6. UEGO Dynamic test | | |
| Mfr Test Group Comments | Tier 3 Bin 166 / LEV3 LEV160 Range Rover, Range Rover Sport, Discovery 3.0L TdV6. MFR FTP, HWY and US06 replaced by EPA tests. RS September 30th 2015 | | |
| Mfr Exhaust / Evap Standards Comments | -- | | |

| Test Group | JJLXT03.0GTR | Evaporative/Refueling Family | -- |
|---|---|---|---|

## Models Covered by this Certificate

| Carline Manufacturer | Division | Carline | Certification Region Code(s) | Drive System | Trans - Type | - # of Gears | Trans - Lockup |
|---|---|---|---|---|---|---|---|
| Jaguar Land Rover Limited | 2 - Land Rover | 210 - Range Rover | Federal | 4-Wheel Drive | Semi-Automatic | 8 | Yes |
| Jaguar Land Rover Limited | 2 - Land Rover | 220 - Range Rover Sport | Federal | 4-Wheel Drive | Semi-Automatic | 8 | Yes |
| Jaguar Land Rover Limited | 2 - Land Rover | 210 - Range Rover | California + CAA Section 177 states | 4-Wheel Drive | Semi-Automatic | 8 | Yes |
| Jaguar Land Rover Limited | 2 - Land Rover | 220 - Range Rover Sport | California + CAA Section 177 states | 4-Wheel Drive | Semi-Automatic | 8 | Yes |
| Jaguar Land Rover Limited | 2 - Land Rover | 176 - Discovery | Federal | 4-Wheel Drive | Semi-Automatic | 8 | Yes |
| Jaguar Land Rover Limited | 2 - Land Rover | 176 - Discovery | California + CAA Section 177 states | 4-Wheel Drive | Semi-Automatic | 8 | Yes |

## Engine Description

| | | | |
|---|---|---|---|
| **Hybrid Type** | -- | **Hybrid Description** | -- |
| **Engine Type** | 4-Stroke Spark Ignition | **Mfr Engine Description** | -- |
| **Engine Block Arrangement** | V-shaped engine | **Mfr Engine Block Arrangement Description** | -- |
| **Camless Valvetrain Indicator** | No | **Oil Viscosity/Classification** | 5W20 GF4 |
| **Number of Cylinders/Rotors** | 6 | **Mechanically Variable Compression Ratio Indicator** | Y |

## After Treatment Device(s) (ATD)

| ATD Number | ATD Type | ATD Precious Metal | Substrate Material | Substrate Construction |
|---|---|---|---|---|
| 1 | Oxidation catalyst | Platinum + Paladium | Ceramic | Monolith |
| 2 | Diesel Particulate Filter | Platinum + Paladium | Ceramic | Monolith |
| 3 | Selective Catalytic Reduction | -- | Ceramic | Monolith |

| | |
|---|---|
| **Mfr After Treatment Device (ATD) Comments** | Downpipe Oxidation Catalyst, Periodically Regenerating Diesel Particulate Filter, Selective Catalytic Reduction with Urea injection, EGR, Wide-range Exhaust Gas Oxygen sensor, NOx sensor, Soot sensor. |
| **Direct Ozone Reduction (DOR) Device** | Not Equipped |
| **Mfr Emission Control Device Comments** | -- |

| Test Group | JJLXT03.0GTR | Evaporative/Refueling Family | -- |
|---|---|---|---|

## Engine Configuration Number 1

| | | | |
|---|---|---|---|
| **Engine Displacement (liters)** | 3.0 | **Engine Rated Horsepower** | 258 |
| **Number of Inlet Valves Per Cylinder** | 2 | **Number of Exhaust Valves Per Cylinder** | 2 |
| **Air Aspiration Method** | Turbocharged | **Number of Air Aspiration Devices** | 1 |
| **Air Aspiration Device Configuration** | Single | **Charge Air Cooler Type** | Liquid |
| **Air Aspiration Drive Method(s)** | Mechanical | | |
| **Cylinder Deactivation** | No | | |
| **Cylinder Deactivation Description** | -- | | |
| **Variable Valve Timing** | No | | |
| **Variable Valve Timing System Description** | -- | | |
| **Variable Valve Lift?** | No | | |
| **Variable Valve Lift System Description** | -- | | |
| **Number of Knock Sensors** | 0 | **Number of Air/Fuel Sensors** | 2 |
| **Air/Fuel Sensor # 1 Type** | Heated air fuel | **Air/Fuel Sensor # 1 Description** | -- |
| **Air/Fuel Sensor # 2 Type** | Nitrogen oxide | **Air/Fuel Sensor # 2 Description** | -- |
| **Mfr Air/Fuel Sensor Comments** | -- | | |
| **Exhaust Gas Recirculation** | Yes | **Cooled Exhaust Gas Recirculation** | Yes |
| **EGR Type** | Electronic/Electric | **Exhaust Gas Recirculation Description if 'Other'** | -- |
| **Closed Loop Air Injection System** | No | | |
| **Air Injection Type** | Not Applicable | **Air Injection Type if 'Other'** | -- |
| **Mfr Engine Configuration Comments** | -- | | |

## Official Test Numbers

| Test Group Fuel | FTP | US06 | SC03 | Cold CO | Highway | EPA City Litmus Value | EPA City Litmus Threshold | EPA Highway Litmus Value | EPA Highway Litmus Threshold | CREE Weighting Factor |
|---|---|---|---|---|---|---|---|---|---|---|
| Diesel | GJLX91002896 | GJLX91002895 | GJLX10037454 | GJLX10037453 | GJLX91002892 | 21.8 | 21.0 | 28.9 | 26.9 | -- |

## SFTP LEV-III Official Test Numbers

| Test Group Fuel | FTP | US06 | SC03 |
|---|---|---|---|
| Diesel | GJLX91002896 | GJLX91002895 | GJLX10037454 |

| Test Group | JJLXT03.0GTR | Evaporative/Refueling Family | -- |
|---|---|---|---|

## Emission Data Vehicle Information

| | | | |
|---|---|---|---|
| Vehicle ID / Configuration | LXFTT208 / 0 | Manufacturer Vehicle Configuration Number | 0 |
| Original Test Group Name | GJLXT03.0GTR | Original Evaporative/Refueling Family | -- |
| Original Test Vehicle Model Year | 2016 | | |

## Vehicle Model

| | | | |
|---|---|---|---|
| Represented Test Vehicle Make | Land Rover | Represented Test Vehicle Model | Range Rover Sport |

## Leak Family Details

| | | | |
|---|---|---|---|
| Leak Family Identifier | -- | Leak Family Name | -- |

## Drive Sources and Fuel System Details

| Drive Source and Fuel# | Drive Source | Fuel |
|---|---|---|
| 1 | Combustion Engine | Diesel |

| | | | |
|---|---|---|---|
| Hybrid Indicator | No | | |
| Multiple Fuel Storage | -- | Multiple Fuel Combustion | -- |
| Fuel Cell Indicator | No | Rechargeable Energy Storage System Indicator | No |
| Rechargeable Energy Storage System | -- | Rechargeable Energy Storage System, if 'Other' | -- |
| Off-board charge Capable Indicator | No | | |
| Odometer Correction -- Initial | 0 | Odometer Correction Factor | 1 |
| Odometer Correction Sign | - = System Miles is equal to (Test odometer reading - Initial system miles) * Correction factor | | |
| Odometer Correction Units | Miles | | |
| Engine Code | 3.0AJD-16 | Rated Horsepower | 258 |
| Displacement (liters) | 3 | | |
| Air Aspiration Method | Turbocharged | Air Aspiration Method, if 'Other' | |
| Number of Air Aspiration Devices | 1 | Air Aspiration Device Configuration | Single |
| Charge Air Cooler Type | Liquid | Drive Mode While Testing | 4-Wheel Drive |
| Shift Indicator Light Usage | Not eqipped | Aged Emission Components | 4,000 (mi) |
| Curb Weight (lbs) | 5140 | Equivalent Test Weight (pounds) | 5500 |
| GVWR (lbs) | 6614 | N/V Ratio | 23.9 |
| Axle Ratio | 3.21 | | |
| Transmission Type | Semi-Automatic | # of Transmission Gears | 8 |
| Transmission Lockup | Yes | Creeper Gear | No |

| Test Group | JJLXT03.0GTR | Evaporative/Refueling Family | -- |
|---|---|---|---|

## Dynamometer Coefficients:

| Coefficient Category | Target Coefficients | | | Set Coefficients | | | EPA Calculated Total Road Load Horse Power for City/Highway/Evap Coefficients |
|---|---|---|---|---|---|---|---|
| | A (lbf) | B (lbf/mph) | C (lbf/mph**2) | A (lbf) | B (lbf/mph) | C (lbf/mph**2) | |
| City/Highway/Evap | 49.47 | 0.2621 | 0.02684 | -0.427 | -0.04342 | 0.02678 | 17.3 |
| Cold CO | 54.96 | 0.2912 | 0.02982 | -0.427 | -0.04342 | 0.02678 | N/A |
| US06 | 49.47 | 0.2621 | 0.02684 | -0.427 | -0.04342 | 0.02678 | N/A |

**Emission Control Device Comments**        Direct Fuel Injection, Mono Turbo, Charge Air Cooler, Downpipe Oxidation Catalyst, Particle filter, SCR catalyst with DEF injection.

**Manufacturer Test Vehicle Comments**      --

| Test Group | JJLXT03.0GTR | | Evaporative/Refueling Family | -- |
|---|---|---|---|---|

| Test # | **GJLX10037450** | Test Procedure | **2 - CVS 75 and later (w/o can. load)** |
|---|---|---|---|
| Exhaust Test # for this Evap Test | -- | Test Fuel Type | 19 - Federal Cert Diesel 7-15 PPM Sulfur |
| Test Date | 04/23/2015 | Fuel | Diesel |
| Fuel Batch ID | 140705 | Fuel Calibration Number | 4505 |
| Vehicle Class | LDT4 (ALVW > 5750, LVW 0-3750, GVW > 6000) | DF Type | Mfr. Determined |
| Verify Test Lab ID | JLR Whitley Emission Test Lab | | |
| E10 Evaporative Test Measurement Method | -- | | |
| Test Start Odometer Reading | 5135 | Odometer Units | M |
| 4WD Test Dyno | Yes | Diesel Adjustment Factor Usage | U |
| State of Charge Delta | No | | |
| Drive Cycle Speed Tolerance Criteria | Used Part 1066  (+/- 2.0 mph, +/- 1.0 sec) | Road Speed Fan Usage | No |

## Test Results

| Test Result Name | Unrounded Test Result | Verify Calculated FE Equivalent Value (miles per gallon) |
|---|---|---|
| **CO2 BAG 1 (Bag 1 Carbon Dioxide)** | 401.695 | -- |
| **FE BAG 1 (Bag 1 Fuel Economy)** | 25.2003 | 25.2003 |
| **CO2 BAG 2 (Bag 2 Carbon Dioxide)** | 356.317 | -- |
| **FE BAG 2 (Bag 2 Fuel Economy)** | 28.5525 | 28.5525 |
| **CO2 BAG 3 (Bag 3 Carbon Dioxide)** | 328.849 | -- |
| **FE BAG 3 (Bag 3 Fuel Economy)** | 30.9385 | 30.9385 |
| **METHANE (CH4 - Methane)** | 0.01878 | -- |
| **CO (Carbon Monoxide)** | 0.2402 | -- |
| **DT-ASCR (Drive Trace Absolute Speed Change Rating)** | 99.99 | -- |
| **DT-EER (Drive Trace Energy Economy Rating)** | 99.99 | -- |
| **DT-IWRR (Drive Trace Inertia Work Ratio Rating)** | 99.99 | -- |
| **HCHO (Formaldehyde)** | 0.00069 | -- |
| **MFR FE (Manufacturer Fuel Economy)** | 28.3854 | 28.3854 |
| **NOX (Nitrogen Oxide)** | 0.07362 | -- |
| **N2O (Nitrous Oxide)** | 0.00553 | -- |
| **HC-NM (Non-methane Hydrocarbon)** | 0.01715 | -- |
| **NMOG (Non-methane organic gas)** | 0.01715 | -- |
| **PM (Particulate Matter)** | 0.001 | -- |
| **HC-TOTAL (Total Hydrocarbon)** | 0.03542 | -- |

| Test Group | JJLXT03.0GTR | Evaporative/Refueling Family | -- |
|---|---|---|---|

| Test Result Name | Unrounded Test Result | Verify Calculated CREE/OPT-CREE |
|---|---|---|
| **Carbon-Related Exhaust Emissions** | 359 | 358 |

| Test Result Name | Unrounded Test Result | Verify Calculated CO2 |
|---|---|---|
| **Carbon dioxide** | 358.18 | -- |

**Manufacturer Test Comments**    JLR 16MY 3.0 TdV6 Diesel EDV. Range Rover Sport FEDV. RS 3rd July 2015

| Certification Region | Useful Life | Standard Level | Emission Name | Rounded Result | RAF | NMOG/NM HC Ratio | Diesel Adjustment Factor | Add DF | Mult DF | Certification Level | Standard | Pass/Fail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fed | 120,000 miles | Federal Tier 3 Bin 160 | METHANE | 0.0188 | -- | -- | 0.0000 UP | 0.0019 | -- | 0.021 | 0.030 | Pass |
| Fed | 120,000 miles | Federal Tier 3 Bin 160 | N2O | 0.0055 | -- | -- | 0.0004 UP | 0.0000 | -- | 0.006 | 0.020 | Pass |
| Fed | 150,000 miles | Federal Tier 3 Bin 160 | CO | 0.24 | -- | -- | -0.01 UP | 0.09 | -- | 0.3 | 4.2 | Pass |
| Fed | 150,000 miles | Federal Tier 3 Bin 160 | CREE | 358 | -- | -- | 0 UP | 0.000 | -- | 358 | -- | -- |
| Fed | 150,000 miles | Federal Tier 3 Bin 160 | HCHO | 0.0007 | -- | -- | 0.0000 UP | 0.0009 | -- | 0.002 | 0.004 | Pass |
| Fed | 150,000 miles | Federal Tier 3 Bin 160 | NMOG | 0.0172 | -- | 1.00 | 0.0002 UP | 0.0257 | -- | 0.043 | 99.999 | Pass |
| Fed | 150,000 miles | Federal Tier 3 Bin 160 | NMOG+NOX | 0.0908 | -- | -- | 0.0000 UP | -- | -- | 0.124 | 0.160 | Pass |
| Fed | 150,000 miles | Federal Tier 3 Bin 160 | NOX | 0.0736 | -- | -- | 0.0072 UP | 0.000 | -- | 0.081 | 99.999 | Pass |
| Fed | 150,000 miles | Federal Tier 3 Bin 160 | PM | 0.0010 | -- | -- | 0.0001 UP | 0.000 | -- | 0.001 | 0.003 | Pass |
| CA | 150,000 miles | California LEV-III LEV160 | CO | 0.24 | -- | -- | -0.01 UP | 0.09 | -- | 0.3 | 4.2 | Pass |
| CA | 150,000 miles | California LEV-III LEV160 | HCHO | 0.0007 | -- | 0.04 | 0.0000 UP | 0.0009 | -- | 0.002 | 0.004 | Pass |
| CA | 150,000 miles | California LEV-III LEV160 | NMOG | 0.0172 | -- | 1.0 | 0.0002 UP | 0.0257 | -- | 0.043 | 99.999 | Pass |
| CA | 150,000 miles | California LEV-III LEV160 | NMOG+NOX | 0.0908 | -- | -- | 0.0000 UP | -- | -- | 0.124 | 0.160 | Pass |
| CA | 150,000 miles | California LEV-III LEV160 | NOX | 0.0736 | -- | -- | 0.0072 UP | 0.000 | -- | 0.081 | 99.999 | Pass |
| CA | 150,000 miles | California LEV-III LEV160 | PM | 0.0010 | -- | -- | 0.0001 UP | 0.000 | -- | 0.001 | 0.003 | Pass |

**NOTE: For Non-charge depleting tests, the Rounded Result for CREE/OPT-CREE Emission names are Verify-calculated values.**

| Test Group | JJLXT03.0GTR | Evaporative/Refueling Family | -- |

| Test # | **GJLX10037453** | Test Procedure | **11 - Cold CO** |
|---|---|---|---|
| Exhaust Test # for this Evap Test | -- | Test Fuel Type | 19 - Federal Cert Diesel 7-15 PPM Sulfur |
| Test Date | 06/11/2015 | Fuel | N/A |
| Fuel Batch ID | D720_A | Fuel Calibration Number | 1 |
| Vehicle Class | N/A | DF Type | Mfr. Determined |
| Verify Test Lab ID | Allen Park Test Lab (Ford APTL) Dearborn | | |
| E10 Evaporative Test Measurement Method | -- | | |
| Test Start Odometer Reading | 5284 | Odometer Units | M |
| 4WD Test Dyno | Yes | Diesel Adjustment Factor Usage | U |
| State of Charge Delta | No | | |
| Drive Cycle Speed Tolerance Criteria | Used Part 1066  (+/- 2.0 mph, +/- 1.0 sec) | Road Speed Fan Usage | No |

## Test Results

| Test Result Name | Unrounded Test Result | Verify Calculated FE Equivalent Value (miles per gallon) |
|---|---|---|
| **CO2 BAG 1 (Bag 1 Carbon Dioxide)** | 526.6175 | -- |
| **FE BAG 1 (Bag 1 Fuel Economy)** | 19.1616 | 19.1616 |
| **CO2 BAG 2 (Bag 2 Carbon Dioxide)** | 421.4924 | -- |
| **FE BAG 2 (Bag 2 Fuel Economy)** | 24.1388 | 24.1388 |
| **CO2 BAG 3 (Bag 3 Carbon Dioxide)** | 381.9703 | -- |
| **FE BAG 3 (Bag 3 Fuel Economy)** | 26.6322 | 26.6322 |
| **CO (Carbon Monoxide)** | 0.7092 | -- |
| **DT-ASCR (Drive Trace Absolute Speed Change Rating)** | 99.99 | -- |
| **DT-EER (Drive Trace Energy Economy Rating)** | 99.99 | -- |
| **DT-IWRR (Drive Trace Inertia Work Ratio Rating)** | 99.99 | -- |
| **MFR FE (Manufacturer Fuel Economy)** | 25.2793 | 25.2793 |
| **HC-NM (Non-methane Hydrocarbon)** | 0 | -- |
| **HC-TOTAL (Total Hydrocarbon)** | 0.1226 | -- |

| Test Result Name | Unrounded Test Result | Verify Calculated CO2 |
|---|---|---|
| Carbon dioxide | 442.8528 | -- |

**Manufacturer Test Comments**     JLR 16MY 3.0 TdV6 Diesel EDV. Range Rover Sport FEDV. Upward Adjustment Factors included in all criteria pollutant and CO2 / GHG values. Tested at APTL Site 75. RS 3rd July 2015

| Test Group | JJLXT03.0GTR | Evaporative/Refueling Family | -- |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Test # | **GJLX91002896** | Test Procedure | **2 - CVS 75 and later (w/o can. load)** |
| Exhaust Test # for this Evap Test | -- | Test Fuel Type | 19 - Federal Cert Diesel 7-15 PPM Sulfur |
| Test Date | 09/18/2015 | Fuel | Diesel |
| Fuel Batch ID | F00023 | Fuel Calibration Number | 343 |
| Vehicle Class | LDT4 (ALVW > 5750, LVW 0-3750, GVW > 6000) | DF Type | Mfr. Determined |
| Verify Test Lab ID | -- | | |
| E10 Evaporative Test Measurement Method | -- | | |
| Test Start Odometer Reading | 6712 | Odometer Units | M |
| 4WD Test Dyno | No | Diesel Adjustment Factor Usage | U |
| State of Charge Delta | -- | | |
| Drive Cycle Speed Tolerance Criteria | Used Part 1066  (+/- 2.0 mph, +/- 1.0 sec) | Road Speed Fan Usage | No |

## Test Results

| Test Result Name | Unrounded Test Result | Verify Calculated FE Equivalent Value (miles per gallon) |
|---|---|---|
| **CO2 BAG 1 (Bag 1 Carbon Dioxide)** | 418.5162936 | -- |
| **FE BAG 1 (Bag 1 Fuel Economy)** | 24.227098 | -- |
| **CO2 BAG 2 (Bag 2 Carbon Dioxide)** | 352.3131444 | -- |
| **FE BAG 2 (Bag 2 Fuel Economy)** | 28.8756248 | -- |
| **CO2 BAG 3 (Bag 3 Carbon Dioxide)** | 327.3625362 | -- |
| **FE BAG 3 (Bag 3 Fuel Economy)** | 31.0783234 | -- |
| **METHANE (CH4 - Methane)** | 0.0188606 | -- |
| **CO (Carbon Monoxide)** | 0.1802939 | -- |
| **DT-ASCR (Drive Trace Absolute Speed Change Rating)** | -1.011147 | -- |
| **DT-EER (Drive Trace Energy Economy Rating)** | -0.719191 | -- |
| **DT-IWRR (Drive Trace Inertia Work Ratio Rating)** | -1.758418 | -- |
| **MFR FE (Manufacturer Fuel Economy)** | 28.3153487 | -- |
| **NOX (Nitrogen Oxide)** | 0.0377616 | -- |
| **N2O (Nitrous Oxide)** | 0.0181047 | -- |
| **HC-NM (Non-methane Hydrocarbon)** | 0.0115241 | -- |
| **NMOG (Non-methane organic gas)** | 0.0115241 | -- |
| **PM (Particulate Matter)** | 0.0000534 | -- |
| **HC-TOTAL (Total Hydrocarbon)** | 0.0290516 | -- |

| Test Group | JJLXT03.0GTR | Evaporative/Refueling Family | -- |
|---|---|---|---|

| Test Result Name | Unrounded Test Result | Verify Calculated CREE/OPT-CREE |
|---|---|---|
| Carbon-Related Exhaust Emissions | 0 | 364 |
| Optional Carbon-Related Exhaust Emissions | 0 | 370 |

| Test Result Name | Unrounded Test Result | Verify Calculated CO2 |
|---|---|---|
| Carbon dioxide | 359.2100028 | -- |

**Manufacturer Test Comments**    TC This test has particulate results. NMOG=NMHC TC N2O Not Measured.  OPT-CREE not determined.  CREE set to default value.

| Certification Region | Useful Life | Standard Level | Emission Name | Rounded Result | RAF | NMOG/NMHC Ratio | Diesel Adjustment Factor | Add DF | Mult DF | Certification Level | Standard | Pass/Fail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fed | 120,000 miles | Federal Tier 3 Bin 160 | METHANE | 0.0189 | -- | -- | 0.0000 UP | 0.0019 | -- | 0.021 | 0.030 | Pass |
| Fed | 120,000 miles | Federal Tier 3 Bin 160 | N2O | 0.0181 | -- | -- | 0.0004 UP | 0.0000 | -- | 0.018 | 0.020 | Pass |
| Fed | 150,000 miles | Federal Tier 3 Bin 160 | CO | 0.18 | -- | -- | -0.01 UP | 0.09 | -- | 0.3 | 4.2 | Pass |
| Fed | 150,000 miles | Federal Tier 3 Bin 160 | CREE | 364 | -- | -- | 0 UP | 0.000 | -- | 364 | -- | -- |
| Fed | 150,000 miles | Federal Tier 3 Bin 160 | NMOG | 0.0115 | -- | 1.00 | 0.0002 UP | 0.0257 | -- | 0.037 | 99.999 | Pass |
| Fed | 150,000 miles | Federal Tier 3 Bin 160 | NMOG+NOX | 0.0493 | -- | -- | 0.0000 UP | -- | -- | 0.082 | 0.160 | Pass |
| Fed | 150,000 miles | Federal Tier 3 Bin 160 | NOX | 0.0378 | -- | -- | 0.0072 UP | 0.000 | -- | 0.045 | 99.999 | Pass |
| Fed | 150,000 miles | Federal Tier 3 Bin 160 | PM | 0.0001 | -- | -- | 0.0001 UP | 0.000 | -- | 0.000 | 0.003 | Pass |
| CA | 150,000 miles | California LEV-III LEV160 | CO | 0.18 | -- | -- | -0.01 UP | 0.09 | -- | 0.3 | 4.2 | Pass |
| CA | 150,000 miles | California LEV-III LEV160 | NMOG | 0.0115 | -- | 1.0 | 0.0002 UP | 0.0257 | -- | 0.037 | 99.999 | Pass |
| CA | 150,000 miles | California LEV-III LEV160 | NMOG+NOX | 0.0493 | -- | -- | 0.0000 UP | -- | -- | 0.082 | 0.160 | Pass |
| CA | 150,000 miles | California LEV-III LEV160 | NOX | 0.0378 | -- | -- | 0.0072 UP | 0.000 | -- | 0.045 | 99.999 | Pass |
| CA | 150,000 miles | California LEV-III LEV160 | PM | 0.0001 | -- | -- | 0.0001 UP | 0.000 | -- | 0.000 | 0.003 | Pass |

**NOTE: For Non-charge depleting tests, the Rounded Result for CREE/OPT-CREE Emission names are Verify-calculated values.**

| Test Group | JJLXT03.0GTR | Evaporative/Refueling Family | -- |
|---|---|---|---|

| Test # | **GJLX91002892** | Test Procedure | **3 - HWFE** |
|---|---|---|---|
| Exhaust Test # for this Evap Test | -- | Test Fuel Type | 19 - Federal Cert Diesel 7-15 PPM Sulfur |
| Test Date | 09/18/2015 | Fuel | Diesel |
| Fuel Batch ID | F00023 | Fuel Calibration Number | 343 |
| Vehicle Class | LDT4 (ALVW > 5750, LVW 0-3750, GVW > 6000) | DF Type | Mfr. Determined |
| Verify Test Lab ID | -- | | |
| E10 Evaporative Test Measurement Method | -- | | |
| Test Start Odometer Reading | 6723 | Odometer Units | M |
| 4WD Test Dyno | No | Diesel Adjustment Factor Usage | U |
| State of Charge Delta | -- | | |
| Drive Cycle Speed Tolerance Criteria | Used Part 1066  (+/- 2.0 mph, +/- 1.0 sec) | Road Speed Fan Usage | No |

## Test Results

| Test Result Name | Unrounded Test Result | Verify Calculated FE Equivalent Value (miles per gallon) |
|---|---|---|
| METHANE (CH4 - Methane) | 0.0072374 | -- |
| CO (Carbon Monoxide) | 0.0084676 | -- |
| DT-ASCR (Drive Trace Absolute Speed Change Rating) | -0.030074 | -- |
| DT-EER (Drive Trace Energy Economy Rating) | -0.302829 | -- |
| DT-IWRR (Drive Trace Inertia Work Ratio Rating) | 0.102212 | -- |
| MFR FE (Manufacturer Fuel Economy) | 40.8931982 | -- |
| NOX (Nitrogen Oxide) | 0.000177 | -- |
| N2O (Nitrous Oxide) | 0.0070247 | -- |
| HC-NM (Non-methane Hydrocarbon) | 0.0007473 | -- |
| NMOG (Non-methane organic gas) | 0.0007473 | -- |
| HC-TOTAL (Total Hydrocarbon) | 0.0074732 | -- |

| Test Result Name | Unrounded Test Result | Verify Calculated CREE/OPT-CREE |
|---|---|---|
| Carbon-Related Exhaust Emissions | 0 | 253 |
| Optional Carbon-Related Exhaust Emissions | 0 | 255 |

| Test Result Name | Unrounded Test Result | Verify Calculated CO2 |
|---|---|---|
| Carbon dioxide | 248.8020274 | -- |

**Manufacturer Test Comments**        NMOG=NMHC TC N2O Not Measured.  OPT-CREE not determined.  CREE set to default value.

| Test Group | JJLXT03.0GTR | Evaporative/Refueling Family | -- |
|---|---|---|---|

| Certification Region | Useful Life | Standard Level | Emission Name | Rounded Result | RAF | NMOG/NM HC Ratio | Diesel Adjustment Factor | Add DF | Mult DF | Certification Level | Standard | Pass/Fail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fed | 150,000 miles | Federal Tier 3 Bin 160 | CREE | 253 | -- | -- | 0 UP | 0.000 | -- | 253 | -- | -- |
| Fed | 150,000 miles | Federal Tier 3 Bin 160 | NMOG | 0.0007 | -- | 1.0 | 0.0002 UP | 0.0257 | -- | 0.027 | 99.999 | Pass |
| Fed | 150,000 miles | Federal Tier 3 Bin 160 | NMOG+NOX | 0.0009 | -- | -- | 0.0000 UP | -- | -- | 0.034 | 0.160 | Pass |
| Fed | 150,000 miles | Federal Tier 3 Bin 160 | NOX | 0.0002 | -- | -- | 0.0072 UP | 0.000 | -- | 0.007 | 99.999 | Pass |
| CA | 150,000 miles | California LEV-III LEV160 | NMOG | 0.0007 | -- | 1.0 | 0.0002 UP | 0.0257 | -- | 0.027 | 99.999 | Pass |
| CA | 150,000 miles | California LEV-III LEV160 | NMOG+NOX | 0.0009 | -- | -- | 0.0000 UP | -- | -- | 0.034 | 0.160 | Pass |
| CA | 150,000 miles | California LEV-III LEV160 | NOX | 0.0002 | -- | -- | 0.0072 UP | 0.000 | -- | 0.007 | 99.999 | Pass |

**NOTE: For Non-charge depleting tests, the Rounded Result for CREE/OPT-CREE Emission names are Verify-calculated values.**

Certification Summary Information Report

| Test Group | JJLXT03.0GTR | Evaporative/Refueling Family | -- |

| | | | |
|---|---|---|---|
| Test # | **GJLX91002895** | Test Procedure | **90 - US06** |
| Exhaust Test # for this Evap Test | -- | Test Fuel Type | 19 - Federal Cert Diesel 7-15 PPM Sulfur |
| Test Date | 09/18/2015 | Fuel | Diesel |
| Fuel Batch ID | F00023 | Fuel Calibration Number | 343 |
| Vehicle Class | LDT4 (ALVW > 5750, LVW 0-3750, GVW > 6000) | DF Type | Mfr. Determined |
| Verify Test Lab ID | -- | | |
| E10 Evaporative Test Measurement Method | -- | | |
| Test Start Odometer Reading | 6744 | Odometer Units | M |
| 4WD Test Dyno | No | Diesel Adjustment Factor Usage | U |
| State of Charge Delta | -- | | |
| Drive Cycle Speed Tolerance Criteria | Used Part 1066  (+/- 2.0 mph, +/- 1.0 sec) | Road Speed Fan Usage | No |

## Test Results

| Test Result Name | Unrounded Test Result | Verify Calculated FE Equivalent Value (miles per gallon) |
|---|---|---|
| **CO2 BAG 1 (Bag 1 Carbon Dioxide)** | 617.8501395 | -- |
| **FE BAG 1 (Bag 1 Fuel Economy)** | 16.4683349 | -- |
| **CO2 BAG 2 (Bag 2 Carbon Dioxide)** | 323.7314084 | -- |
| **FE BAG 2 (Bag 2 Fuel Economy)** | 31.4302011 | -- |
| **METHANE (CH4 - Methane)** | 0.0030687 | -- |
| **CO (Carbon Monoxide)** | 0.0157658 | -- |
| **DT-ASCR (Drive Trace Absolute Speed Change Rating)** | -10.137842 | -- |
| **DT-EER (Drive Trace Energy Economy Rating)** | -2.781763 | -- |
| **DT-IWRR (Drive Trace Inertia Work Ratio Rating)** | -13.322641 | -- |
| **MFR FE (Manufacturer Fuel Economy)** | 26.1566005 | -- |
| **NOX (Nitrogen Oxide)** | 0.0183091 | -- |
| **N2O (Nitrous Oxide)** | 0.0183524 | -- |
| **HC-NM (Non-methane Hydrocarbon)** | 0 | -- |
| **NMOG (Non-methane organic gas)** | 0 | -- |
| **PM (Particulate Matter)** | 0.0003333 | -- |
| **HC-NM+NOX (SFTP Non-methane Hydrocarbon + Nitrogen Oxides for US06 or SC03)** | 0.0183091 | -- |
| **HC-TOTAL (Total Hydrocarbon)** | 0.002712 | -- |

| Test Group | JJLXT03.0GTR | Evaporative/Refueling Family | -- |
|---|---|---|---|

| Test Result Name | Unrounded Test Result | Verify Calculated CREE/OPT-CREE |
|---|---|---|
| Carbon-Related Exhaust Emissions | 0 | -- |
| Optional Carbon-Related Exhaust Emissions | 0 | -- |

| Test Result Name | Unrounded Test Result | Verify Calculated CO2 |
|---|---|---|
| Carbon dioxide | 388.5881306 | -- |

**Manufacturer Test Comments**    TC This test has particulate results. NMOG=NMHCTC US06 Bag 2 Drive Trace Results.  TC N2O Not Measured.  OPT-CREE not determined. CREE set to default value.

| Certification Region | Useful Life | Standard Level | Emission Name | Rounded Result | RAF | NMOG/NMHC Ratio | Diesel Adjustment Factor | Add DF | Mult DF | Certification Level | Standard | Pass/Fail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fed | 150,000 miles | Federal Tier 3 Bin 160 | CO | 0.02 | -- | -- | -0.01 UP | 0.00 | -- | 0.0 | 9.6 | Pass |
| Fed | 150,000 miles | Federal Tier 3 Bin 160 | NMOG | 0.0000 | -- | 1.0 | 0.0002 UP | 0.002 | -- | 0.002 | 99.999 | Pass |
| Fed | 150,000 miles | Federal Tier 3 Bin 160 | NMOG+NOX | 0.0183 | -- | -- | 0.0000 UP | -- | -- | 0.028 | 0.140 | Pass |
| Fed | 150,000 miles | Federal Tier 3 Bin 160 | NOX | 0.0183 | -- | -- | 0.0072 UP | 0.000 | -- | 0.026 | 99.999 | Pass |
| Fed | 150,000 miles | Federal Tier 3 Bin 160 | PM | 0.0003 | -- | -- | 0.0001 UP | 0.0000 | -- | 0.000 | 0.010 | Pass |
| CA | 150,000 miles | California LEV-III LEV160 | CO | 0.02 | -- | -- | -0.01 UP | 0.00 | -- | 0.0 | 9.6 | Pass |
| CA | 150,000 miles | California LEV-III LEV160 | NMOG | 0.0000 | -- | 1.00 | 0.0002 UP | 0.0023 | -- | 0.002 | 99.999 | Pass |
| CA | 150,000 miles | California LEV-III LEV160 | NMOG+NOX | 0.0183 | -- | -- | 0.0000 UP | -- | -- | 0.028 | 0.140 | Pass |
| CA | 150,000 miles | California LEV-III LEV160 | NOX | 0.0183 | -- | -- | 0.0072 UP | 0.000 | -- | 0.026 | 99.999 | Pass |
| CA | 150,000 miles | California LEV-III LEV160 | PM | 0.0003 | -- | -- | 0.0001 UP | 0.0000 | -- | 0.000 | 0.010 | Pass |

Certification Summary Information Report

| Test Group | JJLXT03.0GTR | Evaporative/Refueling Family | -- |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Test # | **GJLX10037454** | Test Procedure | **95 - SC03** |
| Exhaust Test # for this Evap Test | -- | Test Fuel Type | 19 - Federal Cert Diesel 7-15 PPM Sulfur |
| Test Date | 06/05/2015 | Fuel | Diesel |
| Fuel Batch ID | D720_A | Fuel Calibration Number | 1 |
| Vehicle Class | LDT4 (ALVW > 5750, LVW 0-3750, GVW > 6000) | DF Type | Mfr. Determined |
| Verify Test Lab ID | Allen Park Test Lab (Ford APTL) Dearborn | | |
| E10 Evaporative Test Measurement Method | -- | | |
| Test Start Odometer Reading | 5269 | Odometer Units | M |
| 4WD Test Dyno | Yes | Diesel Adjustment Factor Usage | U |
| State of Charge Delta | No | | |
| Drive Cycle Speed Tolerance Criteria | Used Part 1066  (+/- 2.0 mph, +/- 1.0 sec) | Road Speed Fan Usage | No |

## Test Results

| Test Result Name | Unrounded Test Result | Verify Calculated FE Equivalent Value (miles per gallon) |
|---|---|---|
| METHANE (CH4 - Methane) | 0.0141 | -- |
| CO (Carbon Monoxide) | 0.0249 | -- |
| DT-ASCR (Drive Trace Absolute Speed Change Rating) | 99.99 | -- |
| DT-EER (Drive Trace Energy Economy Rating) | 99.99 | -- |
| DT-IWRR (Drive Trace Inertia Work Ratio Rating) | 99.99 | -- |
| MFR FE (Manufacturer Fuel Economy) | 22.9355 | 22.9355 |
| NOX (Nitrogen Oxide) | 0.0457 | -- |
| HC-NM (Non-methane Hydrocarbon) | 0 | -- |
| NMOG (Non-methane organic gas) | 0 | -- |
| PM (Particulate Matter) | 0.002 | -- |
| HC-TOTAL (Total Hydrocarbon) | 0.008 | -- |

| Test Result Name | Unrounded Test Result | Verify Calculated CO2 |
|---|---|---|
| Carbon dioxide | 443.6058 | -- |

**Manufacturer Test Comments**     JLR 16MY 3.0 TdV6 Diesel EDV. Range Rover Sport FEDV. Tested at APTL Site 75. RS 3rd July 2015

| Test Group | | | JJLXT03.0GTR | | | | Evaporative/Refueling Family | | | | -- | |

| Certification Region | Useful Life | Standard Level | Emission Name | Rounded Result | RAF | NMOG/NMHC Ratio | Diesel Adjustment Factor | Add DF | Mult DF | Certification Level | Standard | Pass/Fail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fed | 150,000 miles | Federal Tier 3 Bin 160 | CO | 0.02 | -- | -- | -0.01 UP | 0.00 | -- | 0.0 | 3.2 | Pass |
| Fed | 150,000 miles | Federal Tier 3 Bin 160 | NMOG | 0.0000 | -- | 1.00 | 0.0002 UP | 0.0045 | -- | 0.005 | 99.999 | Pass |
| Fed | 150,000 miles | Federal Tier 3 Bin 160 | NMOG+NOX | 0.0457 | -- | -- | 0.0000 UP | -- | -- | 0.058 | 0.100 | Pass |
| Fed | 150,000 miles | Federal Tier 3 Bin 160 | NOX | 0.0457 | -- | -- | 0.0072 UP | 0.000 | -- | 0.053 | 99.999 | Pass |
| CA | 150,000 miles | California LEV-III LEV160 | CO | 0.02 | -- | -- | -0.01 UP | 0.00 | -- | 0.0 | 3.2 | Pass |
| CA | 150,000 miles | California LEV-III LEV160 | NMOG | 0.0000 | -- | 1.00 | 0.0002 UP | 0.0045 | -- | 0.005 | 99.999 | Pass |
| CA | 150,000 miles | California LEV-III LEV160 | NMOG+NOX | 0.0457 | -- | -- | 0.0000 UP | -- | -- | 0.059 | 0.100 | Pass |
| CA | 150,000 miles | California LEV-III LEV160 | NOX | 0.0457 | -- | -- | 0.0072 UP | 0.00095 | -- | 0.054 | 99.999 | Pass |

| Test Group | JJLXT03.0GTR | Evaporative/Refueling Family | -- |
|---|---|---|---|

## Fuel Properties

| | | | |
|---|---|---|---|
| **Fuel Batch ID** | **D720_A** | **Fuel Calibration Number** | **1** |
| Test Fuel Type | 19 - Federal Cert Diesel 7-15 PPM Sulfur | Fuel Batch Calibration Date | 01/01/2015 |
| Fuel Batch Calibration Effective Date | 01/01/2015 | Fuel Batch Calibration Ineffective Date | 01/01/2016 |
| Carbon Weight Fraction NMHC | -- | Carbon Weight Fraction HC | -- |
| Exhaust Carbon Weight Fraction | -- | Fuel Methanol Volume Fraction | -- |
| Fuel Density (grams/cubic ft) | -- | Fuel Specific Gravity | 0.852 |
| Fuel Ethanol Volume Percent (%) | -- | Fuel Net Heating Value (BTU / lb) | 18446 |
| Fuel Blend Carbon Weight Fraction | 0.868 | Weight Fraction CO2 | -- |
| | | | |
| **Fuel Batch ID** | **F00023** | **Fuel Calibration Number** | **343** |
| Test Fuel Type | 19 - Federal Cert Diesel 7-15 PPM Sulfur | Fuel Batch Calibration Date | 05/05/2015 |
| Fuel Batch Calibration Effective Date | 06/15/2015 | Fuel Batch Calibration Ineffective Date | 12/31/2030 |
| Carbon Weight Fraction NMHC | -- | Carbon Weight Fraction HC | -- |
| Exhaust Carbon Weight Fraction | -- | Fuel Methanol Volume Fraction | -- |
| Fuel Density (grams/cubic ft) | -- | Fuel Specific Gravity | 0.846 |
| Fuel Ethanol Volume Percent (%) | -- | Fuel Net Heating Value (BTU / lb) | 18462 |
| Fuel Blend Carbon Weight Fraction | 0.868 | Weight Fraction CO2 | -- |
| | | | |
| **Fuel Batch ID** | **140705** | **Fuel Calibration Number** | **4505** |
| Test Fuel Type | 19 - Federal Cert Diesel 7-15 PPM Sulfur | Fuel Batch Calibration Date | 01/07/2015 |
| Fuel Batch Calibration Effective Date | 01/07/2015 | Fuel Batch Calibration Ineffective Date | 01/06/2020 |
| Carbon Weight Fraction NMHC | -- | Carbon Weight Fraction HC | -- |
| Exhaust Carbon Weight Fraction | -- | Fuel Methanol Volume Fraction | -- |
| Fuel Density (grams/cubic ft) | -- | Fuel Specific Gravity | 0.846 |
| Fuel Ethanol Volume Percent (%) | -- | Fuel Net Heating Value (BTU / lb) | 18302 |
| Fuel Blend Carbon Weight Fraction | 0.875 | Weight Fraction CO2 | -- |

| Test Group | JJLXT03.0GTR | Evaporative/Refueling Family | -- |
|---|---|---|---|

### Consolidated List of Standards

## Exhaust Standards

| Cert Region | Federal | Cert/In-Use Code | Cert |
|---|---|---|---|
| Vehicle Class | LDT4 (ALVW > 5750, LVW 0-3750, GVW > 6000) | Standard Level | Federal Tier 3 Bin 160 |
| Fuel | Diesel | Test Procedure | SC03 |

| Useful Life | Emission Name | Rounded Result | RAF | NMOG / NMHC | Upward Diesel Adjustment Factor | Downward Diesel Adjustment Factor | Mult DF | Add DF | Std |
|---|---|---|---|---|---|---|---|---|---|
| 150,000 miles | CO | -- | -- | -- | -0.01 | -0.17 | -- | 0.00 | 3.2 |
| 150,000 miles | NMOG | -- | -- | 1.00 | 0.0002 | 0.0035 | -- | 0.0045 | 99.999 |
| 150,000 miles | NMOG+NOX | -- | -- | -- | 0.0000 | 0.0000 | -- | 0.000 | 0.100 |
| 150,000 miles | NOX | -- | -- | -- | 0.0072 | 0.1298 | -- | 0.000 | 99.999 |

| Cert Region | California + CAA Section 177 states | Cert/In-Use Code | Both |
|---|---|---|---|
| Vehicle Class | LDT4 (ALVW > 5750, LVW 0-3750, GVW > 6000) | Standard Level | California LEV-III LEV160 |
| Fuel | Diesel | Test Procedure | US06 |

| Useful Life | Emission Name | Rounded Result | RAF | NMOG / NMHC | Upward Diesel Adjustment Factor | Downward Diesel Adjustment Factor | Mult DF | Add DF | Std |
|---|---|---|---|---|---|---|---|---|---|
| 150,000 miles | CO | -- | -- | -- | -0.01 | -0.17 | -- | 0.00 | 9.6 |
| 150,000 miles | NMOG | -- | -- | 1.00 | 0.0002 | 0.0035 | -- | 0.0023 | 99.999 |
| 150,000 miles | NMOG+NOX | -- | -- | -- | 0.0000 | 0.0000 | -- | 0.0000 | 0.140 |
| 150,000 miles | NOX | -- | -- | -- | 0.0072 | 0.1298 | -- | 0.000 | 99.999 |
| 150,000 miles | PM | -- | -- | -- | 0.0001 | 0.0019 | -- | 0.0000 | 0.010 |

| Test Group | JJLXT03.0GTR | Evaporative/Refueling Family | -- |
|---|---|---|---|

| Cert Region | Federal | Cert/In-Use Code | Both |
|---|---|---|---|
| Vehicle Class | LDT4 (ALVW > 5750, LVW 0-3750, GVW > 6000) | Standard Level | Federal Tier 3 Bin 160 |
| Fuel | Diesel | Test Procedure | US06 |

| Useful Life | Emission Name | Rounded Result | RAF | NMOG / NMHC | Upward Diesel Adjustment Factor | Downward Diesel Adjustment Factor | Mult DF | Add DF | Std |
|---|---|---|---|---|---|---|---|---|---|
| 150,000 miles | CO | -- | -- | -- | -0.01 | -0.17 | -- | 0.00 | 9.6 |
| 150,000 miles | NMOG | -- | -- | 1.0 | 0.0002 | 0.0035 | -- | 0.002 | 99.999 |
| 150,000 miles | NMOG+NOX | -- | -- | -- | 0.0000 | 0.0000 | -- | 0.000 | 0.140 |
| 150,000 miles | NOX | -- | -- | -- | 0.0072 | 0.1298 | -- | 0.000 | 99.999 |
| 150,000 miles | PM | -- | -- | -- | 0.0001 | 0.0019 | -- | 0.0000 | 0.010 |

| Cert Region | Federal | Cert/In-Use Code | Both |
|---|---|---|---|
| Vehicle Class | LDT4 (ALVW > 5750, LVW 0-3750, GVW > 6000) | Standard Level | Federal Tier 3 Bin 160 |
| Fuel | Diesel | Test Procedure | CVS 75 and later (w/o can. load) |

| Useful Life | Emission Name | Rounded Result | RAF | NMOG / NMHC | Upward Diesel Adjustment Factor | Downward Diesel Adjustment Factor | Mult DF | Add DF | Std |
|---|---|---|---|---|---|---|---|---|---|
| 120,000 miles | METHANE | -- | -- | -- | 0.0000 | 0.0003 | -- | 0.0019 | 0.030 |
| 120,000 miles | N2O | -- | -- | -- | 0.0004 | 0.0080 | -- | 0.0000 | 0.020 |
| 150,000 miles | CO | -- | -- | -- | -0.01 | -0.17 | -- | 0.09 | 4.2 |
| 150,000 miles | CREE | -- | -- | -- | 0 | 0 | -- | 0.000 | 999.9999 |
| 150,000 miles | HCHO | -- | -- | -- | 0.0000 | 0.0002 | -- | 0.0009 | 0.004 |
| 150,000 miles | NMOG | -- | -- | 1.00 | 0.0002 | 0.0035 | -- | 0.0257 | 99.999 |
| 150,000 miles | NMOG+NOX | -- | -- | -- | 0.0000 | 0.0000 | -- | 0.000 | 0.160 |
| 150,000 miles | NOX | -- | -- | -- | 0.0072 | 0.1298 | -- | 0.000 | 99.999 |
| 150,000 miles | PM | -- | -- | -- | 0.0001 | 0.0019 | -- | 0.000 | 0.003 |

| Test Group | | JJLXT03.0GTR | | Evaporative/Refueling Family | | -- | | |
|---|---|---|---|---|---|---|---|---|

| Cert Region | | California + CAA Section 177 states | | Cert/In-Use Code | | Both | | |
|---|---|---|---|---|---|---|---|---|
| Vehicle Class | | LDT4 (ALVW > 5750, LVW 0-3750, GVW > 6000) | | Standard Level | | California LEV-III LEV160 | | |
| Fuel | | Diesel | | Test Procedure | | CVS 75 and later (w/o can. load) | | |

| Useful Life | Emission Name | Rounded Result | RAF | NMOG / NMHC | Upward Diesel Adjustment Factor | Downward Diesel Adjustment Factor | Mult DF | Add DF | Std |
|---|---|---|---|---|---|---|---|---|---|
| 150,000 miles | CO | -- | -- | -- | -0.01 | -0.17 | -- | 0.09 | 4.2 |
| 150,000 miles | HCHO | -- | -- | 0.04 | 0.0000 | 0.0002 | -- | 0.0009 | 0.004 |
| 150,000 miles | NMOG | -- | -- | 1.0 | 0.0002 | 0.0035 | -- | 0.0257 | 99.999 |
| 150,000 miles | NMOG+NOX | -- | -- | -- | 0.0000 | 0.0000 | -- | 0.0257 | 0.160 |
| 150,000 miles | NOX | -- | -- | -- | 0.0072 | 0.1298 | -- | 0.000 | 99.999 |
| 150,000 miles | PM | -- | -- | -- | 0.0001 | 0.0019 | -- | 0.000 | 0.003 |

| Cert Region | | California + CAA Section 177 states | | Cert/In-Use Code | | Both | | |
|---|---|---|---|---|---|---|---|---|
| Vehicle Class | | LDT4 (ALVW > 5750, LVW 0-3750, GVW > 6000) | | Standard Level | | California LEV-III LEV160 | | |
| Fuel | | Diesel | | Test Procedure | | HWFE | | |

| Useful Life | Emission Name | Rounded Result | RAF | NMOG / NMHC | Upward Diesel Adjustment Factor | Downward Diesel Adjustment Factor | Mult DF | Add DF | Std |
|---|---|---|---|---|---|---|---|---|---|
| 150,000 miles | NMOG | -- | -- | 1.0 | 0.0002 | 0.0035 | -- | 0.0257 | 99.999 |
| 150,000 miles | NMOG+NOX | -- | -- | -- | 0.0000 | 0.0000 | -- | 0.000 | 0.160 |
| 150,000 miles | NOX | -- | -- | -- | 0.0072 | 0.1298 | -- | 0.000 | 99.999 |

| Cert Region | | Federal | | Cert/In-Use Code | | Both | | |
|---|---|---|---|---|---|---|---|---|
| Vehicle Class | | LDT4 (ALVW > 5750, LVW 0-3750, GVW > 6000) | | Standard Level | | Federal Tier 3 Bin 160 | | |
| Fuel | | Diesel | | Test Procedure | | HWFE | | |

| Useful Life | Emission Name | Rounded Result | RAF | NMOG / NMHC | Upward Diesel Adjustment Factor | Downward Diesel Adjustment Factor | Mult DF | Add DF | Std |
|---|---|---|---|---|---|---|---|---|---|
| 150,000 miles | CREE | -- | -- | -- | 0 | 0 | -- | 0.000 | 999.9999 |
| 150,000 miles | NMOG | -- | -- | 1.0 | 0.0002 | 0.0035 | -- | 0.0257 | 99.999 |
| 150,000 miles | NMOG+NOX | -- | -- | -- | 0.0000 | 0.0000 | -- | 0.0000 | 0.160 |
| 150,000 miles | NOX | -- | -- | -- | 0.0072 | 0.1298 | -- | 0.000 | 99.999 |

| Test Group | JJLXT03.0GTR | Evaporative/Refueling Family | -- |
|---|---|---|---|
| Cert Region | California + CAA Section 177 states | Cert/In-Use Code | Both |
| Vehicle Class | LDT4 (ALVW > 5750, LVW 0-3750, GVW > 6000) | Standard Level | California LEV-III LEV160 |
| Fuel | Diesel | Test Procedure | SC03 |

| Useful Life | Emission Name | Rounded Result | RAF | NMOG / NMHC | Upward Diesel Adjustment Factor | Downward Diesel Adjustment Factor | Mult DF | Add DF | Std |
|---|---|---|---|---|---|---|---|---|---|
| 150,000 miles | CO | -- | -- | -- | -0.01 | -0.17 | -- | 0.00 | 3.2 |
| 150,000 miles | NMOG | -- | -- | 1.00 | 0.0002 | 0.0035 | -- | 0.0045 | 99.999 |
| 150,000 miles | NMOG+NOX | -- | -- | -- | 0.0000 | 0.0000 | -- | 0.0000 | 0.100 |
| 150,000 miles | NOX | -- | -- | -- | 0.0072 | 0.1298 | -- | 0.00095 | 99.999 |

| Test Group | JJLXT03.0GTR | Evaporative/Refueling Family | -- |
|---|---|---|---|

## Glossary

**Useful Life**

| | | | |
|---|---|---|---|
| 4 | 4,000 miles | 120 | 120,000 miles |
| 50 | 50,000 miles | 150 | 150,000 miles |
| 100 | 100,000 miles | | |

**Emission Name**

| | | | |
|---|---|---|---|
| HC-TOTAL | Total Hydrocarbon | METHANOL | CH3OH - Methanol |
| CO | Carbon Monoxide | N2O | Nitrous Oxide |
| CO2 | Carbon dioxide | SPITBACK | Spitback Hydrocarbon in grams |
| CREE | Carbon-Related Exhaust Emissions | AMP-HRS | Integrated Amp-hours |
| OPT-CREE | Optional Carbon-Related Exhaust Emissions | START-SOC | System Start State of Charge Watt-hours |
| NOX | Nitrogen Oxide | END-SOC | System End State of Charge Watt-hours |
| PM | Particulate Matter | ACT-DISTANCE | Actual Distance Driven (miles) |
| PM-COMP | SFTP Composite Particulate Matter | AS-VOLT | Average System Voltage |
| HC-NM | Non-methane Hydrocarbon | CO2 BAG 1 | Bag 1 Carbon Dioxide |
| OMHCE | Organic material Hydrocarbon Equivalent | CO2 BAG 2 | Bag 2 Carbon Dioxide |
| OMNMHCE | Organic material non-methane HC equivalent | CO2 BAG 3 | Bag 3 Carbon Dioxide |
| NMOG | Non-methane organic gas | CO2 BAG 4 | Bag 4 Carbon Dioxide |
| HCHO | Formaldehyde | NMOG+NOX | Non-methane organic gases plus Nitrogen Oxides |
| H3C2HO | Acetaldehyde | NMOG+NOX-COMP | SFTP Composite Non-methane Organic Gases + Nitrogen Oxides |
| HC-NM+NOX | SFTP Non-methane Hydrocarbon + Nitrogen Oxides for US06 or SC03 | DT-IWRR | Drive Trace Inertia Work Ratio Rating |
| HC-NM+NOX-COMP | SFTP Composite Non-methane Hydrocarbon + Nitrogen Oxides | DT-ASCR | Drive Trace Absolute Speed Change Rating |
| CO-COMP | SFTP Composite Carbon Monoxide | DT-EER | Drive Trace Energy Economy Rating |
| ETHANOL | C2H5OH - Ethanol | COMB-CREE | Combined Carbon-Related Exhaust Emissions |
| FE BAG 1 | Bag 1 Fuel Economy | COMB-OPT-CREE | Combined Optional Carbon-Related Exhaust Emissions |
| FE BAG 2 | Bag 2 Fuel Economy | HC-TOTAL-EQUIV | Total Hydrocarbon equivalent - Evap only |
| FE BAG 3 | Bag 3 Fuel Economy | METHANE-COMB | Combined CH4 for HD 2b/3 vehicles only |
| FE BAG 4 | Bag 4 Fuel Economy | N2O-COMB | Combined Nitrous Oxide for HD 2b/3 vehicles only |
| MFR FE | Manufacturer Fuel Economy | LEAK-DIA | Effective Leak Diameter (inches) |
| HC | Hydrocarbon for Running Loss and ORVR | LEAK-GAS CAP | Gas Cap Leakage (cc/min) |
| METHANE | CH4 - Methane | CO2-COMB | Combined Carbon Dioxide for HD 2b/3 Vehicles Only |

**Certification Region**

| | | | |
|---|---|---|---|
| CA | California + CAA Section 177 states | FA | Federal |

**Exhaust Emission Standard Level**

| | | | |
|---|---|---|---|
| B1 | Federal Tier 2 Bin 1 | L3ULEV340 | California LEV-III ULEV340 |
| B2 | Federal Tier 2 Bin 2 | L3ULEV250 | California LEV-III ULEV250 |
| B3 | Federal Tier 2 Bin 3 | L3ULEV200 | California LEV-III ULEV200 |
| B4 | Federal Tier 2 Bin 4 | L3SULEV170 | California LEV-III SULEV170 |
| B5 | Federal Tier 2 Bin 5 | L3SULEV150 | California LEV-III SULEV150 |

| Test Group | JJLXT03.0GTR | Evaporative/Refueling Family | -- |
|---|---|---|---|
| B6 | Federal Tier 2 Bin 6 | L3LEV630 | California LEV-III LEV630 |
| B7 | Federal Tier 2 Bin 7 | L3ULEV570 | California LEV-III ULEV570 |
| B8 | Federal Tier 2 Bin 8 | L3ULEV400 | California LEV-III ULEV400 |
| B9 | Federal Tier 2 Bin 9 | L3ULEV270 | California LEV-III ULEV270 |
| B10 | Federal Tier 2 Bin 10 | L3SULEV230 | California LEV-III SULEV230 |
| B11 | Federal Tier 2 Bin 11 | L3SULEV200 | California LEV-III SULEV200 |
| HDV1 | HDV1 (Federal HD chassis Class 2b GVW 8501-10000) | T3B160 | Federal Tier 3 Bin 160 |
| HDV2 | HDV2 (Federal HD chassis Class 3 GVW 10001-14000) | T3B125 | Federal Tier 3 Bin 125 |
| L2 | California LEV-II LEV | T3B110 | Federal Tier 3 Transitional Bin 110 |
| L2OP | California LEV-II LEV Optional | T3B85 | Federal Tier 3 Transitional Bin 85 |
| U2 | California LEV-II ULEV | T3SULEV30 | Federal Tier 3 Transitional  LEV-II SULEV30 Carryover |
| S2 | California LEV-II SULEV | T3B70 | Federal Tier 3 Bin 70 |
| ZEV | California ZEV | T3B50 | Federal Tier 3 Bin 50 |
| OT | Other | T3B30 | Federal Tier 3 Bin 30 |
| T1 | Federal Tier 1 | T3B20 | Federal Tier 3 Bin 20 |
| PZEV | California PZEV | T3B0 | Federal Tier 3 Bin 0 |
| L2LEV160 | California LEV-II LEV160 | HDV2B395 | Federal Tier 3 HD Class 2b Transitional Bin 395 |
| L2ULEV125 | California LEV-II ULEV125 | HDV2B340 | Federal Tier 3 HD Class 2b Transitional Bin 340 |
| L2SULEV30 | California LEV-II SULEV30 | HDV2B250 | Federal Tier 3 HD Class 2b Bin 250 |
| L2LEV395 | California LEV-II LEV395 | HDV2B200 | Federal Tier 3 HD Class 2b Bin 200 |
| L2ULEV340 | California LEV-II ULEV340 | HDV2B170 | Federal Tier 3 HD Class 2b Bin 170 |
| L2LEV630 | California LEV-II LEV630 | HDV2B150 | Federal Tier 3 HD Class 2b Bin 150 |
| L2ULEV570 | California LEV-II ULEV570 | HDV2B0 | Federal Tier 3 HD Class 2b Bin 0 |
| L3LEV160 | California LEV-III LEV160 | HDV3B630 | Federal Tier 3 HD Class 3 Transitional Bin 630 |
| L3ULEV125 | California LEV-III ULEV125 | HDV3B570 | Federal Tier 3 HD Class 3 Transitional Bin 570 |
| L3ULEV70 | California LEV-III ULEV70 | HDV3B400 | Federal Tier 3 HD Class 3 Bin 400 |
| L3ULEV50 | California LEV-III ULEV50 | HDV3B270 | Federal Tier 3 HD Class 3 Bin 270 |
| L3SULEV30 | California LEV-III SULEV30 | HDV3B230 | Federal Tier 3 HD Class 3 Bin 230 |
| L3SULEV20 | California LEV-III SULEV20 | HDV3B200 | Federal Tier 3 HD Class 3 Bin 200 |
| L3LEV395 | California LEV-III LEV395 | HDV3B0 | Federal Tier 3 HD Class 3 Bin 0 |

**Transmission Type Code**

| AMS | Automated Manual- Selectable (e.g. Automated Manual with paddles) | M | Manual |
|---|---|---|---|
| A | Automatic | OT | Other |
| AM | Automated Manual | SA | Semi-Automatic |
| CVT | Continuously Variable | SCV | Selectable Continuously Variable (e.g. CVT with paddles) |

**Drive System Code**

| 4 | 4-Wheel Drive | P | Part-time 4-Wheel Drive |
|---|---|---|---|
| F | 2-Wheel Drive, Front | A | All Wheel Drive |
| R | 2-Wheel Drive, Rear | | |

Case 2:20-cv-05679-CCC-JRA   Document 54   Filed 08/09/22   Page 124 of 155 PageID: 686

| Test Group | JJLXT03.0GTR | Evaporative/Refueling Family | -- |
|---|---|---|---|

**Additional Terms and Acronyms**

| | | | |
|---|---|---|---|
| AFC | Alternative Fuel Converter | ICI | Independent Commercial Importer |
| CSI | Certificate Summary Information | ORVR | Onboard Refueling Vapor Recovery |
| DF | Deterioration Factor | SIL | Shift Indicator Light |
| Evap | Evaporation, Evaporative | Trans | Transmission |



Application for Certification
**JJLXT03.0GTR**                                                   Page **11** of **39**

| L405 L494 L462 | **Part 1** | Issued: 11/15/17 |

8.        **Emission Testing Waiver Statements**

### EPA Regulations

### Certification Short Test (CST)

Based on Jaguar Land Rover's engineering judgment and to the best of Jaguar Land Rover's information and belief, all vehicles contained within engine test group JJLXT03.0GTR are expected to conform with the following emissions standards under 40CFR86.1811-01(f) for which emissions data are not provided, as allowed under 40CFR86.1829.01(b)(4)(B):

### High Altitude Testing

Based on an engineering evaluation of appropriate high-altitude emission testing Jaguar Land Rover state that light-duty vehicles included in this application comply with the applicable emission standards at high altitude.
According to 40 CFR §86.1829-01(b)(1)(ii)(B) Jaguar Land Rover waive high altitude emissions data submittal on the basis of this statement.

### Data submittal waiver for Idle CO Testing

Based on an engineering evaluation of appropriate Idle CO emissions Jaguar Land Rover state that light-duty vehicles included in this application comply with all applicable idle CO emission standards.
According to 40 CFR §86.1829-01(b)(5)(ii) Jaguar Land Rover waive Idle CO emissions data submittal on the basis of this statement.

### Data submittal waiver for Formaldehyde (HCHO) Measurement

Based on test data from engineering programmes Jaguar Land Rover elect to use a ratio of HCHO = NMHC x 0.04 in order to express HCHO emissions.

### Data submittal waiver for Non-Methane Organic Gas (NMOG) Measurement

Based on test data from engineering programmes Jaguar Land Rover use the following NMOG:NMHC ratios in order to express NMOG emissions:

Cold and Hot Start tests NMOG = NMHC x 1.00

REVISED:

 

Application for Certification

**JJLXT03.0GTR**

Page **12** of **39**

| L405 L494 L462 | Part 1 | Issued: 11/15/17 |

### Data submittal waiver for Spit-Back testing

All Jaguar Land Rover Gasoline fuelled vehicles are certified to the refuelling emissions standards in §86.1811-04(e), and inherently meet the fuel dispensing spitback standards as part of compliance with the refueling emissions requirements.

Compliance with the applicable standards is for the Full Useful life of the vehicle.

Fuel dispensing spitback testing of Jaguar Land Rover vehicles is therefore waived in accordance with §86.1810-01(l).

### Data submittal waiver for refuelling test for diesel-fuelled vehicles

Due to the low vapor pressure of diesel fuel, vehicle fuel tank temperatures, and low hydrocarbon vapour concentrations associated with diesel-fuelled vehicles, Jaguar Land Rover attest that diesel fuelled vehicles will meet the 0.20 grams/gallon refuelling emission standard without a control system.

REVISED:



Application for Certification

**JJLXT03.0GTR**                    Page **13** of **39**

| L405 L494 L462 | Part 1 | Issued: 11/15/17 |

### 9.    OBD Compliance Statement

Jaguar Land Rover states that the OBD system for Test Group JJLXT03.0GTR meets the full intent of the clean air act as amended in 1970 section 202(m), and the applicable federal OBD regulations, contained in 40 CFR §86.005-17 and 40 CFR §86.1806-01. Furthermore, Jaguar Land Rover states that the OBD system complies with all the requirements of Title 13 CCR 1968.2.

REVISED:



Application for Certification
**JJLXT03.0GTR**

Page **14** of **39**

| L405 L494 L462 | **Part 1** | Issued: 11/15/17 |

## 11.        AECD Descriptions

Refer to Section 16.

REVISED:



Application for Certification

## JJLXT03.0GTR

Page **15** of **39**

**L405 L494 L462**                    **Part 1**                    Issued: 11/15/17

## 12.     Description of Vehicles Covered by Certificate and Test Parameters

### 12.1.        Description of Vehicle

| Carline | Model Name | Vehicle Class Fed/CAL | Emission Control System Description / Emission Control System Configuration | Engine Code | Nº Valves/ Cyl | Sales Area | Trans & Over-drive | SIL | Standard Tire Size (optional sizes) | N/V Ratio | ETW - lb. | Fuel Tank Volume - gal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 210 | Range Rover | LDT4/ LDT2 | DFI/TC/CAC/EGR/EGRC/WR-H02S/OC/DPF/SCRC/NOXS(2)/PMS | 3.0AJD-16 | 4 | 50-state | S8 | No | **255/55R20** (235/65R19) (275/45R21) (275/40R22) | 23.9 23.9 24.1 24.2 | 5500 | 22.5 |
| 220 | Range Rover Sport | LDT4/ LDT2 | DFI/TC/CAC/EGR/EGRC/WR-H02S/OC/DPF/SCRC/NOXS(2)/PMS | 3.0AJD-16 | 4 | 50-state | S8 | No | **255/55R20** (235/65R19) (275/45R21) (275/40R22) | 23.9 23.9 24.1 24.2 | 5500 | 21.1 |
| 176 | Discovery | LDT4/ LDT2 | DFI/TC/CAC/EGR/EGRC/WR-H02S/OC/DPF/SCRC/NOXS(2)/PMS | 3.0AJD-16 | 4 | 50-state | S8 | No | **255/55R20** (235/65R19) (275/45R21) (285/40R22) | 23.9 23.9 24.1 23.9 | 5500 | 22.5 |

REVISED:



Application for Certification

**JJLXT03.0GTR**

| L405 L494 L462 | Part 1 | Issued: 11/15/17 |
| --- | --- | --- |

12.2.    Test Parameters

12.2.1.    Engine Starting Procedure

With the Smart key inside the vehicle and the brake pedal pressed, press and release the START/STOP button to start the engine.

REVISED:



Application for Certification

**JJLXT03.0GTR**

Page **17** of **39**

| L405 L494 L462 | Part 1 | Issued: 11/15/17 |
|---|---|---|

12.2.2.    Shift Schedules

Shifting

## Automatic Transmission Summary

8HP70

| A/T code | Class | No. of fwd gears | Overdrive | Gear ratios |
|---|---|---|---|---|
| 8HP70 | automatic | 8 | yes | 4.714 |
| | | | | 3.143 |
| | | | | 2.106 |
| | | | | 1.667 |
| | | | | 1.285 |
| | | | | 1.000 |
| | | | | 0.839 |
| | | | | 0.667 |

## General Description

The 8HP70 is an electronically controlled, fully automatic, synchronous 8 speed overdrive transmission with input through a three phase, single stage torque converter.  The torque converter incorporates an internal friction clutch which transmits engine torque mechanically when applied in either locked or controlled slip phase.
The shift points and converter clutch application are functions of throttle pedal position and vehicle speed.  Each transmission calibration contains the individual shift points for the corresponding transmission application.

*Special Features:*
The torque converter lock up clutch does not have a torsional damper but has a controlled slip function; this calibrated amount of slip allows lock up to be applied at lower engine speeds without causing NVH problems.
The automatic transmission fluid is a fill for life oil and does not require service. There is no dipstick tube.
The rotary selector allows the selection of Park, Reverse, Neutral, Drive and Drive (S) ranges.
A manual sequential shift option is included. Sequential manual gear selection is selected by moving the transmission gear selector to the "S" (Sequential shift) position. Upshifts and downshifts may then be made by operating steering wheel mounted shift paddles.

REVISED:



Application for Certification

**JJLXT03.0GTR**                                    Page **18** of 39

| L405 L494 L462 | **Part 1** | Issued: 11/15/17 |

## Manual Transmission Summary

Manual transmissions are not available.

## Shifting/Special Testing

### Shifting Instruction

### Gear-shift Interlock
A brake pedal/gear-shift interlock is incorporated in the gear selector mechanism. The gear selector lever may only be moved from the Park position if the ignition is "on" and footbrake is pressed.

### Single Mode
During normal forward operation of the vehicle the transmission shifts automatically when the transmission selector is positioned in "Drive".

### User Selectable Modes
The Range Rover and LR4 models covered by this application are fitted with a rotary transmission selector with P-R-N-D-S positions. Manual shifting is available by operating paddles attached to the rear of the steering wheel. Manual shifting is enabled by moving the selector to the "S" position and operating the shift paddles.
The Range Rover Sport model is fitted with a more traditional selector which operates through R-N-D modes sequentially by moving the selector forward or backward. The vehicle is moved out of P by pressing a release lever on the front of the selector lever while simultaneously depressing the brake pedal. P may be reselected from any gear position by pressing the button located on the top of the selector. Manual shifting is available by operating paddles attached to the rear of the steering wheel, or by operating the select lever (rearward for an upchange, forward for a downchange) while the lever is in the manual position. Manual shifting is enabled by moving the selector to the left.

### Chassis Dynamometer Operation
If the vehicle is going to be operated on a chassis dynamometer, disable the traction control facility immediately after selecting drive.

### Shift Schedules
As defined in VERIFY

### Special Testing Procedures

### Cooling Fans
For all emissions/fuel economy test cycles, a single fan, placed in the 'down' position, is required for engine cooling purposes.

REVISED:





12.2.3.    EPA Shift Schedule:          FTA / HWA

12.2.4.    Dynamometer Loading Information (LVW):

| Model | ETW (lbs.) | Tyre size | Target Coefficients | | | Set Coefficients* | | |
|---|---|---|---|---|---|---|---|---|
| | | | A | B | C | a | b | c |
| Range Rover | 5500 | 255/55/R20 | 48.334 | 0.26172 | 0.027425 | -0.427 | -0.0434 | 0.0267836 |
| Range Rover Sport | 5500 | 255/55R20 | 49.467 | 0.26206 | 0.026841 | -0.427 | -0.0434 | 0.0267836 |
| Discovery | 5500 | 255/55R20 | 68.64 | 0.0949 | 0.03360 | 7.194 | -0.0060 | 0.0313250 |

* 4WD Dynamometer

REVISED:





### 12.2.5.    Evaporative/Refuelling Data

Not applicable to diesel test groups.



Application for Certification

**JJLXT03.0GTR**

| **L405 L494 L462** | **Part 1** | Issued: 11/15/17 |

## 14.     Request for Certification

### 14.1.     Statement of Compliance

Refer to Common Section, Section 14.

### 14.2.     Request for Certificate

Based on Jaguar Land Rover's good engineering judgment, all the vehicles described in this Application for Certification comply with all applicable intermediate and full useful life standards.

Therefore, Jaguar Land Rover herewith applies for a federal Certificate of Conformity and a California ARB Executive Order for Test Group JJLXT03.0GTR.

This Test Group complies with all applicable regulations contained in Title 40, Code of Federal Regulations, Part 86 and the California Code of Regulations.

Martin Haggett
Lead Engineer
Jaguar Land Rover Emissions Certification.

REVISED:

 

Application for Certification

## JJLXT03.0GTR

| L405 L494 L462 | **Part 1** | Issued: 11/15/17 |
|---|---|---|

## 15.    Other Information

15.1.    Label according to 40 CFR § 86.1807-01 and according to California Motor Vehicle Emission Control Label Specifications.

15.1.1.



15.1.2.    Label Location: Under-bonnet.

REVISED:



Application for Certification

**JJLXT03.0GTR**

Page **23** of **39**

| L405 L494 L462 | Part 1 | Issued: 11/15/17 |
|---|---|---|

15.2.   Fee Filing Form

See attached page

REVISED:

# US EPA Fee Form

## General Information

| | |
|---|---|
| Date: | 03/20/2017 |
| Process Code: | Submit New Filing Fee Form |
| Manufacturer Code: | JLX |
| Manufacturer Name: | Jaguar Land Rover Limited |

## Manufacturer Contact

| | |
|---|---|
| Name: | Vahakn Varjabedian |
| Email Address: | vvarjabe@jaguarlandrover.com |
| Phone: | (201) 818-8139 |
| Calendar Year complete application submitted to EPA: | 2017 |
| Engine Family / Evaporative Family / Test Group: | JJLXT03.0GTR |

## Certificate Request Type (Industry Sector Code)

- (●) On-Highway LDV, LTD, MDVPV, HDV Chassis Cert (Federal) (A, B, D, J, T, V)
- ( ) On-Highway HDE Dyno Cert (Federal) (E, H)
- ( ) On-Highway LD ICI, MDPV ICI, HDV ICI (A, B, D, J, T, V)
- ( ) On-Highway Motorcycle (C)
- ( ) On-Highway HDV Evap (F)
- ( ) On-Highway LDV, LTD, MDVPV, HDV Chassis Cert (California-Only) (A, B, D, J, T, V)
- ( ) On-Highway HDE Dyno Cert (California-Only) (E, H)

- ( ) Nonroad CI (L)
- ( ) Nonroad SI (B, S)
- ( ) Locomotive (G, K)
- ( ) All Nonroad Recreational, excluding Marine engines (X, Y)
- ( ) All Marine (Including IMO) (M, N, W)
- ( ) Component Certification for Evaporative Emissions (P)

| | |
|---|---|
| IMO Name (Required for dual US/IMO Marine Only): | |
| ICI VIN Number (Required for ICIs Only): | |
| Do you qualify for a Reduced Fee (RF)? | |
| What is the total number of vehicles, engines, or units covered?: | |
| What is the aggregate total retail value of the vehicles, engines or units covered?: | |

## Payment Information

| | |
|---|---|
| Amount Owed: | 24,770.00 |
| Payment Type: | Offline ACH |

## Comments:

Test Group JJLXT03.0GTR

*EPA Form Number 3520-29*
*OMB Control No. 2060-0545*
*Approval expires 12/31/2019*
*The public reporting and recordkeeping burden for this collection of information is estimated to average 20 minutes per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates, and any suggested methods for minimizing respondent burden, including through the use of automated collection techniques to the Director, Collection Strategies Division, U.S. Environmental Protection Agency (2822T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed forms to this address.*

*EPA Form Number 3520-29*

*OMB Control No. 2060-0545*

*Approval expires 12/31/2019*

*The public reporting and recordkeeping burden for this collection of information is estimated to average 20 minutes per response.  Send comments on the Agency's need for this information, the accuracy of the provided burden estimates, and any suggested methods for minimizing respondent burden, including through the use of automated collection techniques to the Director, Collection Strategies Division, U.S. Environmental Protection Agency (2822T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460.  Include the OMB control number in any correspondence.  Do not send the completed forms to this address.*



Application for Certification

**JJLXT03.0GTR**

Page **24** of **39**

| L405 L494 L462 | Part 1 | Issued: 11/15/17 |
|---|---|---|

15.3.  OBD System Approval Letter

See attached page

REVISED:



Application for Certification

**JJLXT03.0GTR**

Page **25** of **39**

| L405 L494 L462 | **Part 1** | Issued: 11/15/17 |
|---|---|---|

## Other Information

### Adjustable Parameters

There are no parameters present on any vehicle covered by this application that can be considered adjustable within the context of 40CFR Part 86.1833-01.

### Fuel Specifications

#### Fuels Recommended to the Owner

Full statements concerning fuel recommendations are contained in the Vehicle Owners Handbooks.

#### Test and Service Accumulation Fuel

All test and service accumulation fuels relating to this Application for Certification are equivalent to those specified in 40CFR Part 86, Subpart S, and the California Exhaust Emission Standards and Test Procedures for 2001 and Subsequent Model Passenger Cars, Light-Duty Trucks, and Medium-Duty Vehicles.  Specifications and/or analyses will be supplied on request.

### Lubricant specifications

#### Engine

|  | Factory fill | Recommended to ultimate purchaser | To be used in test vehicles |
|---|---|---|---|
| Generic type | Hydrocarbon | Hydrocarbon | Hydrocarbon |
| Service designation V6 | STJLR.03.5005 | STJLR.03.5005 | STJLR.03.5005 |
| Viscosity V6 | SAE 5W30 | SAE 5W30 | SAE 5W30 |
| Friction modifier | None | None | None |

#### Automatic Transmissions

The transmissions are sealed for life and the factory fill materials are listed below.  All lubricants are hydrocarbon based and contain no friction modifiers.

#### ZF 8HP70 8 Speed Transmission: Shell M12108

#### Drive Axle and Differential

The differentials are sealed for life and the factory fill materials are listed below.  All lubricants are hydrocarbon based and contain no friction modifiers.

#### All Test Groups: Texaco Multigears 75W140

REVISED:

Application for Certification



**JJLXT03.0GTR**

Page **26** of **39**

| L405 L494 L462 | Part 1 | Issued: 11/15/17 |
| --- | --- | --- |

16.   Confidential Information

16.1.   OBD Summary Table

See attached pages

REVISED:



Application for Certification

**JJLXT03.0GTR**

Page **27** of **39**

| L405 L494 L462 | Part 1 | Issued: 11/15/17 |
|---|---|---|

16.2.   Diesel engine and after treatment system AECD submission.

See attached pages

REVISED:



Application for Certification

**JJLXT03.0GTR**

Page **28** of **39**

| L405 L494 L462 | **Part 1** | Issued: 11/15/17 |
| --- | --- | --- |

## 17.    California ARB Information

17.1.    Statements

Refer to Common Section, Section 17

17.2.    Fill Pipe Specification

Refer to Common Section, Section 17

17.3.    Projected Sales

Refer to Common Section, Section 16, Confidential Information

17.4.    Evaporative Emission Deterioration

17.4.1.    Evaporative Family Identification

Not applicable to diesel test groups.

17.4.2.    Parameters of Evaporative Family.

Refer to Common Section, Section 3

17.4.3.    Selection of Emission Data Vehicle for Evaporative Emission

Not applicable to diesel test groups.

17.4.4.    Selection of Durability Data Vehicle for Evaporative Emissions

Not applicable to diesel test groups.

17.4.5.    Bench Test Procedure

Not applicable to diesel test groups.

17.4.6.    Test Results for Evaporative Emissions
Not applicable to diesel test groups.

REVISED:

## 17.5. Supplemental Data Sheets

### 17.5.1. Common

| | |
|---|---|
| Manufacturer | Jaguar Land Rover Limited |
| Vehicle Model(s) | Range Rover, Range Rover Sport. |
| Test Group | JJLXT03.0GTR |
| Evaporative Family | Not applicable |
| Engine Type(s): | 3.0 liter DI V6 turbocharged |
| Liters (CID) | 3.0 (183 $in.^3$) |
| Drive System | Front engine, four-wheel drive |

### 17.5.2. Abbreviations

#### 17.5.2.1. Ignition System

| | |
|---|---|
| ECM | Engine Control Module |
| EI | Electronic Ignition |

#### 17.5.2.2. Exhaust Emission Control System

| | |
|---|---|
| OC | Oxidation Catalyst |
| DPF | Diesel Particulate Filter |
| SCRC | Selective Catalytic Reduction |
| EGR | Exhaust Gas Recirculation |
| WR-HO2S | Heated Exhaust Gas Oxygen Sensor |
| NOXS(2) | Two Nitrogen Oxide Sensors |
| PMS | Particle Mass Sensor |

#### 17.5.2.3. Special Features

| | |
|---|---|
| OBD II | On-Board Diagnostics II |

#### 17.5.2.4. Fuel System

| | |
|---|---|
| DFI | Direct Fuel Injection |
| TC | Turbocharger |



Application for Certification

**JJLXT03.0GTR**                                    Page **30** of **39**

| **L405 L494 L462** | **Part 1** | Issued: 11/15/17 |

### 17.5.3.  2018 Air Resources Board Supplemental Data Sheet
Passenger Cars, Light Duty Truck and Medium Duty Vehicles

**Manufacturer:**  Jaguar Land Rover Limited      **Test Group:**  JJLXT03.0GTR      **Evap. Fam:**  Not Applicable

**All Eng. Codes in Test Group:**     CA ____  49S ____  50S __X__  AB965 ____  **ORVR**  YES ____  NO __X__

**Veh. Class:**  PC ____  LDT1 ____  LDT2 __X__  MDV1 ____  MDV2 ____  MDV3 ____  MDV4 ____  MDV5 ____

**Single Cert. Std. for Multi-Class Test Group:** __N/A__  **Exhaust Std.:**  USEPA T2B6 (LEV160 ) ____ X

**Fuel Type(s):**  Dedicated __X__  Flex-Fuel ____  Dual Fuel ____  Bi-Fuel ____  Gasoline ____  Diesel __X__

CNG ____  LNG ____  LPG ____  M85 ____  Other (specify ____

**Emission Test Fuel(s):**  Tier 2 ____  CBG ____  CNG ____  LPG ____  M85 ____  Other (specify) ____

Diesel: 13 CCR 2282 ____  40 CFR 86.113-90 ____  40 CFR 86.113-94 __X__

**Evaporative Test Procedure:**  California ____  Federal ____

**Service Accum.:**  Std. AMA ____  Mod AMA ____  Mfr ADP ____  Other (specify) __EPA SRC__

**NMOG Test Procedure:**  N/A ____  Std __X__  Equiv. ____  **R/L Test Proc:**  SHED ____  Pt Source ____

**Engine Configuration:** __V-6__  **Displacement** __3.0__ Liters  __183__ Cubic Inches

**Valves per Cylinder** 4  **Rated HP**
3.0AJD-16                   258  @  3750  RPM

**Engine:**  Front __X__  Mid ____  Rear ____  **Drive:**  FWD ____  RWD ____  4WD-FT __X__  4WD-PT ____

**Exhaust ECS 2 (3.0AJD-16):**     DFI, TC, CAC, EGR, WR-H02S, OC, DPF, SCRC, NOXS(2), PMS

| Engine Code | Vehicle Model | Trans. Type | ETW (lbs.) | Ignition (ECM/PCM) Part No. | Catalytic Converter Part No. |
|---|---|---|---|---|---|
| 3.0AJD-16 | Range Rover | S8 | 5500 | HPLA-12C520-P* | FPLA-5H240-A* |
| 3.0AJD-16 | Range Rover Sport | S8 | 5500 | HPLA-12C520-P* | FPLA-5H240-A* |

REVISED:



Application for Certification

**JJLXT03.0GTR**                                                     Page **31** of 39

---

**L405 L494 L462**                     **Part 1**                     Issued: 11/15/17

---

### 17.5.4.    2018 Model Year Air Resources Board Certification Review Sheet
Passenger Cars, Light Duty Truck and Medium Duty Vehicles

**Manufacturer:**    Jaguar Land Rover Limited    **Test Group:**    JJLXT03.0GTR    **Evap. Fam.:**    Not Applicable

**All Eng. Codes in Test Group:**    CA ____    49S ____    50S ____    X    AB965 ____    **ORVR**    YES ____    NO    X

**Exhaust Std.:**    USEPA T2B6 (LEV 3 LEV160)    X

**Veh. Class:**    PC ____    LDT1 ____    LDT2    X    MDV1 ____    MDV2 ____    MDV3 ____    MDV4 ____    MDV5 ____

**Single Cert. Std. for Multi-Class Test Group:**    N/A

**Fuel Type(s):**    Dedicated    X    Flex-Fuel ____    Dual Fuel ____    Bi-Fuel ____    Gasoline ____    Diesel    X

**Emission Test Fuel(s):**    Tier 2 ____    CBG ____    CNG ____    LPG ____    M85 ____    Other (specify) ____

Diesel:    13 CCR 2282 ____    40 CFR 86.113-90 ____    40 CFR 86.113-94    X

**Evaporative Test Procedure:**    California ____    Federal    X

**Service Accum.:**    Std. AMA ____    Mod AMA ____    Mfr ADP ____    Other (specify)    EPA SRC

**NMOG Test Procedure:**    N/A ____    Std    X    Equiv. ____    **R/L Test Proc.:**    SHED ____    Pt Source ____

**Engine Configuration:**    V-6    **Displacement**    3.0    Liters    183    Cubic Inches

**Valves per Cylinder**    4    **Rated HP**
3.0AJD-16                                   258    @    3750    RPM

**Engine:**    Front    X    Mid ____    Rear ____    **Drive:**    FWD ____    RWD ____    4WD-FT    X    4WD-PT ____

**Exhaust ECS 2 (3.0AJD-16):**    DFI, TC, CAC, EGR, WR-H02S, OC, DPF, SCRC, NOXS(2), PMS

|  |  | **Chapter** |  |  | **Chapter** |
|---|---|---|---|---|---|
| 1 | Authorized Representative | Common Section, Sec 1 | 22 | Gen. Std, Increase in Emissions | Part 1, Section 17 |
| 2 | Fuel Specifications | Common Section, Sec 17 |  | Safety, Meets all Requirements | Common Section, Sec 14 |
| 3 | Test Equipment | Common Section, Sec 17 | 23 | Driveability Statement | Common Section, Sec 17 |
| 4 | Test Procedure | Common Section, Sec 16 | 24 | Adjustable Parameters | None |
| 5 | Mileage Accumulation Route | Not applicable | 25 | Tamper Resistance Method(s) | N/A |
| 6 | Emiss. Warranty Statement | Common Section, Sec 17 | 26 | Fill Pipe Specifications | Common Section, Sec 17 |
| 7 | Maint: Cert/Req'd/Recm'd | Common Section, Sec 17 | 27 | High Altitude Compliance | Common Section, Sec 17 |
| 8 | Emiss.Label/Vac. Hose Diag. | Part 1, Section 15 | 28 | OBD Sys.incl.Marked Revisions | Common Section, Sec 9 |
| 9 | Evap. Control System | Common Section, Sec 3 | 29 | I&M Test Procedure & Data | Common Section, Sec 17 |
| 10 | Engine Parameters | Part 1, Section 7 | 30 | 50 Degree F Compliance | Common Section, Sec 17 |
| 11 | Fuel System | Common Section, Sec 3 | 31 | Manufacturer's RAF | N/A |
| 12 | Ignition System | N/A | 32 | Phase In Sched: | N/A |
| 13 | Emission Control Systems | Part 1, Section 6 |  | ORVR | Common Section, Sec 16 |
| 14 | Projected Sales (LDT/MDV Split) | Common Section, Sec 16 |  | LEVII Tailpipe | Common Section, Sec 16 |
| 15 | Vehicle Description | Part 1, Section 6 |  | LEVII Evap | Common Section, Sec 16 |
| 16 | Evap. Bench Test Procedure | Common Section, Sec 16 |  | ULEV | Common Section, Sec 16 |
| 17 | R/L Temp & Press Profiles | Part 1, Section 12 | 33 | AB965 Credits/Withdrawals | N/A |
| 18 | EDV Selection | Common Section, Sec 2 | 34 | EPA Certificate | CAP2000 EAP Applied |
| 19 | Prod.Veh.same as Test Veh.St. | Part 1, Section 17 | 35 | Equiv. NMOG Proc--ARB Approval | Not applicable |
| 20 | Emiss. Label Durability St. | Common Section, Sec 17 | 36 |  |  |

REVISED:



Application for Certification

## JJLXT03.0GTR

Page **32** of **39**

| **L405 L494 L462** | **Part 1** | Issued: 11/15/17 |

| 21 | Test Vehicle Information | Durability Data Vehicle | Emission Data Vehicle |
|---|---|---|---|
| | C/O or C/A | C/O | C/O |
| | MY & ID | LKFVP020 | LXFTT208 |
| | Vehicle Log Page(s) | On request | On request |
| | Zero Mile Book Page(s) | On request | On request |
| | Maint. Logs & Engr. Eval. | On request | On request |

### 2018 Model Year Certification Review Sheet
### Passenger Cars, Light Duty Truck and Medium Duty Vehicles

Manufacturer:          Jaguar Land Rover Limited

Test Group:             JJLXT03.0GTR

Evaporative Family:    Not Applicable

| Emission Data Vehicle ID [3] | Engine Code & Displ. | Test Loc. | Trans | ETW [ lb. ] | $TRLHP_{50}$ [ hp ] | CITY | | HWY | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | MPG | $CO_{2\,(g/m)}$ | MPG | $CO_{2\,(g/m)}$ |
| LXFTT208 | 3.0AJD-16, 3.0 litre | MAN | L8 | 5500 | 17.3 | 28.39 | 358.18 | 41.36 | 246.18 |
| | | | | EPA Test No. & Date | | GJLX10037450 (04/23/15) | | GJLX10037451 (04/23/15) | |

REVISED:



Application for Certification

**JJLXT03.0GTR**

Page **33** of **39**

**L405 L494 L462**          **Part 1**                    Issued: 11/15/17

PROJECTED EMISSIONS

(grams/mile)

| Emission Data Vehicle ID (3) | Engine Code & Displ | Test Loc | Trans | TW ETW | TRLHP | MPG City/Hwy | NMOG* +NOx | CO | HCHO | PM | Hwy NMOG +NOx | City CO2 | Hwy CO2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LXFTT208 | 3.0AJD-16 | Man. | L8 | 5500 | 26.3 | 27.9/40.3 | | | | | | | |
| | | | | | | (150k) | 0.082 | 0.3 | 0.002 | 0.000 | 0.034 | 359.2 | 248.8 |

(1)          The above EDV(s) comply with standards at 50K of:

and with standards at 120k of:

and with standards at 150k of:    0.160    4.2    0.004    0.003    0.160

The NMOG values include RAF(s) of:    Not Applicable    X    NMOG    _____    Methane (CNG or LNG only)    _____

* NMOG calculated using NMHC x 1.0 multiplicative factor.

(2)          Emissions include additive DFs (with applicable RAF) at 50k of:

and additive DFs at 120k of:

(3)          and DFs at 150k of:    0.0257    0.09    0.0009    0.000    0.0257

REVISED:



Application for Certification

**JJLXT03.0GTR**

Page **34** of **39**

**L405 L494 L462**        **Part 1**        Issued: 11/15/17

SFTP Test Results:

Test Vehicle LXFTT208

| Useful Life | Emissions | Certification level | Emission Standard | Tier |
|---|---|---|---|---|
| 4k | NMOG+NOx-US06 | 0.028 | 0.140 | LEV III |
| 4k | CO-US06 | 0.0 | 9.6 | LEV III |
| 4k | CO2-US06 | 388.59 | | |
| 4k | NMOG+NOx-SC03 | 0.059 | 0.100 | LEV III |
| 4k | CO-SC03 | 0.0 | 3.2 | LEV III |
| 4k | CO2-SC03 | 443.6 | | |

CO2 data sources:

| Test | EPA Test # | Date |
|---|---|---|
| FTP | GJLX91002795 | 18-Sept-15 |
| Hwy | GJLX91002796 | 18-Sept-15 |
| US06 | GJLX91002794 | 18-Sept-15 |
| SC03 | GJLX10037454 | 05-June-15 |

Remarks

REVISED:





17.5.5. Environmental Performance Label for Test Group JJLXT03.0GTR

Greenhouse gas values are generated in accordance with the EPA Greenhouse gas rules.



Method for Calculation of $CO_2$ Equivalent Value & GHG score:

$CO_2$ Equivalent Value =

$CO_2$ + (296 x N20) + (23 x CH4) – A/C Direct Emissions Allowance – A/C Indirect Emissions Allowance

> Where:
> A/C-direct is credit for "Low leak" A/C system
> A/C-indirect is credit for "Improved system"
> Fuel Adjustment Factor = 1.0 (gasoline)

$CO_2$ equivalent emissions values calculated according to 3(a)(1)(A) of the CALIFORNIA ENVIRONMENTAL PERFORMANCE LABEL SPECIFICATIONS FOR 2009 AND SUBSEQUENT MODEL YEAR PASSENGER CARS, LIGHT-DUTY TRUCKS, AND MEDIUM-DUTY PASSENGER VEHICLES Adopted: May 2, 2008 and Title 13, California Code of Regulations, Section § 1961.1(a)(1)(B)

Global Warming Scores are selected from the table in 3(c) in the same section.

Smog score for Test Group JJLXT03.0GTR= 4 (LEV3 LEV160)

Environmental Performance Label

Jaguar Land Rover products for the 2016 Model Year will be fitted with labels which indicate the results obtained from the Federal Fuel Economy and Greenhouse Gas Emissions testing program in lieu of separate California labels.

Jaguar Land Rover Ltd hereby states that labels fitted to vehicles covered by this application comply with all relevant Federal specifications for Material, Color, and Label Format Requirements described in 40CFR Parts 85, 86 and 600, 49CFR Part 575, and related Manufacturer Guidance issued by the US Environmental Protection Agency and the National Highway Traffic Safety Administration.

REVISED:



Application for Certification

**JJLXT03.0GTR**

Page **37** of **39**

| L405 L494 L462 | **Part 1** | Issued: 11/15/17 |
| --- | --- | --- |

17.6.    Vehicle weights

17.6.1.    Curb weight:

>5332 lb Range Rover
>5093 lb Range Rover Sport 5 seat
>5153 lb Range Rover Sport 7 seat
>5333 lb Discovery 5 Seat
>5449 lb Discovery 7 Seat

17.6.2.    Gross vehicle weight rating:

>6724 lb Range Rover
>6503 lb Range Rover Sport
>6944 lb Range Rover Sport 7 seat
>6724 lb Discovery 5 Seat
>6989 lb Discovery 7 Seat

17.6.3.    Equivalent test weight (LVW basis):

>5500 lb Range Rover
>5500 lb Range Rover Sport
>5500 lb Range Rover Sport 7 seat
>5500 lb Discovery 5 Seat
>5500 lb Discovery 7 Seat

17.6.4.    Equivalent Test Weight (ALVW basis):

>6000 lb Range Rover
>6000 lb Range Rover Sport
>6000 lb Range Rover Sport 7 seat
>6000 lb Discovery 5 Seat
>6000 lb Discovery 7 Seat

REVISED:



Application for Certification

**JJLXT03.0GTR**

Page **38** of **39**

| L405 L494 L462 | Part 1 | Issued: 11/15/17 |
| --- | --- | --- |

17.7.    Exhaust standards to which this test group is certified
Applicable Standards: LEV3 LEV160 Light Duty Truck 6000 - 8500 lb. (GVWR)

<u>150k</u>

| | | |
| --- | --- | --- |
| NMOG+NOx | 160 | mg/mi. |
| CO | 4.2 | g/mi. |
| HCHO | 4 | mg/mi. |
| Hwy-NMOG+NOx | 160 | mg/mi. |
| Particulates | 0.003 | g/mi. |
| Cold CO | - | g/mi. |

17.8.    NMHC to NMOG Ratio and NMHC to HCHO Ratio

The following ratios were used during the certification process

NMHC : NMOG   1 : 1.00
NMHC : HCHO   1 : 0.04

REVISED:

Case 2:20-cv-05679-CCC-JRA    Document 54    Filed 08/29/22    Page 155 of 155 PageID: 717


## 18. REVISION LOG

| Revision No. | Revision Date | Pages Affected | Description of Revision |
|---|---|---|---|

REVISED: